**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Dessin Fournir, Inc.** | |

| | | | |
|---|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Dessin Fournir Companies** | |

| | | | |
|---|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **48-1123042** | |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Mailing address, if different from principal place of business**

**308 W. Mill St.**
**Plainville, KS 67663**
Number, Street, City, State & ZIP Code

P.O. Box, Number, Street, City, State & ZIP Code

**Rooks**
County

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.dessinfournir.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor    **Dessin Fournir, Inc.**                  Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | District | When | Case number |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | _____ | | _____ | |
| | District | When | Case number, if known | |
| | _____ | _____ | _____ | |

| Debtor | Dessin Fournir, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

| Debtor | **Dessin Fournir, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 8, 2019**
                 MM / DD / YYYY

**X /s/ Charles G. Comeau**                **Charles G. Comeau**
Signature of authorized representative of debtor      Printed name

Title    **President**

---

**18. Signature of attorney**

**X /s/ Edward J. Nazar**           Date   **April 8, 2019**
Signature of attorney for debtor                MM / DD / YYYY

**Edward J. Nazar**
Printed name

**Hinkle Law Firm LLC**
Firm name

**1617 N. Waterfront Parkway, Suite 400**
**Wichita, KS 67206**
Number, Street, City, State & ZIP Code

Contact phone   **316-267-2000**      Email address   **enazar@hinklaw.com**

**09845 KS**
Bar number and State

Official Form 201       Voluntary Petition for Non-Individuals Filing for Bankruptcy       page 4

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Dessin Fournir, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF KANSAS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Astra Bank 207 Eagle Dr. Abilene, KS 67410** | | **Loans 121692 and Industrial Revenue Bonds** | | | | **$1,028,234.87** |
| **Internal Revenue Service Centralized Insolvency P O Box 7346 Philadelphia, PA 19101-7346** | | | | | | **$274,447.60** |
| **Bank One Cardmember Services P O Box 94014 Palatine, IL 60094** | | | | | | **$153,012.39** |
| **Marina Packing, Inc 741 Lairport Street El Segundo, CA 90245** | | | | | | **$84,466.95** |
| **Jessica Jubelirer Design Attn: Purchasing 427 East Silver Spring Drive Whitefish Bay, WI 53217** | | **Customer Deposits** | | | | **$82,721.00** |
| **Holly Hunt, LTD 801 W Adams Street Suite 700 Chicago, IL 60607** | | | | | | **$81,834.84** |
| **Assurance Partners 2090 S Ohio P O Box 1213 Salina, KS 67402** | | | | | | **$58,405.38** |
| **Regal Designer Delivery, LLC P O Box 1997 Forney, TX 75126** | | | | | | **$57,741.35** |

| Debtor | **Dessin Fournir, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Luis Watkins Cstm Wright IrnLL 3737 Durango Ave Los Angeles, CA 90034** | | | | | | $54,549.00 |
| **Amy Cassell Atelier Attn: Victoria 2836 North Greenview Chicago, IL 60657** | | **Customer Deposits** | | | | $50,430.13 |
| **Shears & Window SFDC 101 Henry Adams St., Ste 256 San Francisco, CA 94103-5277** | | **Customer Deposits** | | | | $50,227.50 |
| **Jacobs/Schneider Design, Inc. 1012 East 75th Street Indianapolis, IN 46240** | | **Customer Deposits** | | | | $47,700.95 |
| **Josie McCarthy Associates 4438 Travis Street Dallas, TX 75205** | | **Customer Deposits** | | | | $40,770.00 |
| **Plan B Interior Design 85 Avenue A #4C New York, NY 10009** | | **Customer Deposits** | | | | $39,821.20 |
| **Leah Bolger Design 142 Green Bay Road Winnetka, IL 60093** | | **Customer Deposits** | | | | $37,230.00 |
| **Ambiente Einrichtungskonzep te AG Marktgasse 6 Rapperswil, CH-8640** | | | | | | $36,342.50 |
| **Benson Interiors, Inc P O Box 700 Hamilton, MA 01936** | | **Customer Deposits** | | | | $35,090.00 |
| **Michael Smith Inc 270 Lafayette Street 3rd Floor New York, NY 10112** | | **Customer Deposits** | | | | $33,684.00 |
| **Charles Comeau 400 S Jefferson Plainville, KS 67663** | | | | | | $33,000.00 |

Debtor **Dessin Fournir, Inc.**                                        Case number *(if known)*
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **TLC Packing & Shipping Inc 11733 E Slauson Ave Santa Fe Springs, CA 90670** | | | | | | **$32,488.80** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Dessin Fournir, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.**    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Astra Bank**<br>**Balance as of 2/28/19** | **Business Account** | **3389** | **$31,164.91** |
| 3.2. | **Astra Bank**<br>**Balance as of 2/28/19** | **Money Market Account** | **3400** | **$740.81** |
| 3.3. | **Bank of Hays**<br>**Balance as of 2/28/19** | **Business Checking** | **9845** | **$0.00** |

**4.**    **Other cash equivalents** *(Identify all)*

**5.**    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$31,905.72** |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Dessin Fournir, Inc.**                                    Case number *(If known)* _____
          Name

■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:        **7,936.00**    -              **0.00** = ....              **$7,936.00**
                            face amount          doubtful or uncollectible accounts

---

12.    **Total of Part 3.**                                                    | **$7,936.00** |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19.  **Raw materials** **Hardware Inventory** | | **$0.00** | | **$61,226.90** |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** **Showroom Models** **See Attached** | | **$0.00** | | **$132,520.00** |
| **Product Inventory** | | **$0.00** | | **$3,526,027.59** |
| 22.  **Other inventory or supplies** **Antique Prototypes** **See Attached** | | **$0.00** | | **$126,240.00** |

---

23.    **Total of Part 5.**                                                  | **$3,846,014.49** |

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property                    page 2

Debtor     **Dessin Fournir, Inc.**                                    Case number *(If known)* _____
           <sub>Name</sub>

■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---------|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---------|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** **Office Equipment** **See Attached** | **$0.00** | | **$1,104,869.60** |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
     Add lines 39 through 42.  Copy the total to line 86.     | **$1,104,869.60** |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---------|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |

Official Form 206A/B                     Schedule A/B Assets - Real and Personal Property                     page 3

Debtor __**Dessin Fournir, Inc.**_____     Case number *(if known)* _____
              Name

| | | |
|---|---|---|
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | |
| | **Machinery & Equipment** | |
| | **See Attached** | $0.00 | $188,414.27 |

| | | | |
|---|---|---|---|
| | **Upholstery Shop Equipment** | | |
| | **See Attached** | $0.00 | $16,049.00 |

| | | | |
|---|---|---|---|
| | **Upholstery Shop Fixtures** | | |
| | **See Attached** | $0.00 | $12,869.00 |

51. **Total of Part 8.**                                                                     | $217,332.27 |

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **308 and 310 W. Mill St.**<br>**Plainville, KS 67663** | | $0.00 | | $850,000.00 |
| 55.2. **223 W. Mill St.**<br>**Plainville, KS 67663** | | $0.00 | | $100,000.00 |
| 55.3. **211 W. Mill St.**<br>**Plainville, KS 67663**<br>**Warehouse - Storage** | | $0.00 | | $64,000.00 |
| 55.4. **111 N. Jefferson St.**<br>**Plainville, KS 67663** | | $0.00 | | $400,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Dessin Fournir, Inc.**            Case number *(If known)* _____
Name

56.    **Total of Part 9.**                                  | **$1,414,000.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
     ■ No
     ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No. Go to Part 11.
     ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** **Trademark** **Registered on the Register of the Japan Patent Office** **Registration Number: 4641825** | **$0.00** | | **Unknown** |
| **Trademark** **Trademark registered in the US Patent and Trademark Office** **Registration Number: 2,649,147** | **$0.00** | | **Unknown** |
| **Trademark** **Registered with the European Community Trademark** **Registration Number: 002700680** | **$0.00** | | **Unknown** |
| **Trademark for Gerard** **Registered with the United States Patent and Trademark Office** **Registration Number: 2,668,667** | **$0.00** | | **Unknown** |
| **Trademark** **US Patent and Trademark Office** **Serial No. 76/341660** | **$0.00** | | **Unknown** |
| **Trademark** **Tothetradeware** **Registration Number: 3709321** | **$0.00** | | **Unknown** |
| **Trademark** **Tothetradeware** **Registraton Number: 77327094** | **$0.00** | | **Unknown** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Dessin Fournir, Inc.**                         Case number *(If known)*
             Name

| | | | |
|---|---|---|---|
| 61. | **Internet domain names and websites** | | |
| | **Dessin Fournir domain name** | | |
| | **dessinfournir.com** | **$0.00** | **Unknown** |

| | | |
|---|---|---|
| 62. | **Licenses, franchises, and royalties** | |
| 63. | **Customer lists, mailing lists, or other compilations** | |
| 64. | **Other intangibles, or intellectual property** | |
| 65. | **Goodwill** | |

| | | |
|---|---|---|
| 66. | **Total of Part 10.** | **$0.00** |
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

---

| Debtor | **Dessin Fournir, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$31,905.72** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$7,936.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$3,846,014.49** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$1,104,869.60** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$217,332.27** | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................> | | **$1,414,000.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$5,208,058.08** + 91b. | **$1,414,000.00** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$6,622,058.08** |

48-1123042
01/01/2016 - 12/31/2016
Sorted: General - category

DESSIN/FOURNIR, INC. [26308]
**Depreciation Expense**
Financial
01/01/2017 - 12/31/2017

04/17/17
2:57:52PM

| System No. | Description | Date In Service | Life | Cost/Other Basis | Bus./Inv. % | Sec. 179/ Bonus/ (Cur. Yr. Only) | Salvage/ Basis Adj. | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation/ (Sec. 179) | Total Depreciation/ (Sec. 179) | Method | Conv. | Special Allowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ANTIQUE PROTOTYPES** | | | | | | | | | | | | | |
| 628 | ANTIQUE PROT | 01/01/98 | 5.0000 | 10,883.00 | 100.0000 | 0.00 | 1,088.00 | 9,795.00 | 0.00 | 9,795.00 | SL | N/A | 0.00 |
| 629 | ANTIQUE PROT | 07/01/98 | 5.0000 | 22,876.00 | 100.0000 | 0.00 | 2,288.00 | 20,588.00 | 0.00 | 20,588.00 | SL | N/A | 0.00 |
| 630 | MAPLE ARMCH | 01/17/99 | 5.0000 | 4,655.00 | 100.0000 | 0.00 | 466.00 | 4,189.00 | 0.00 | 4,189.00 | SL | N/A | 0.00 |
| 631 | ANTIQUE PROT | 08/26/99 | 5.0000 | 4,800.00 | 100.0000 | 0.00 | 480.00 | 4,320.00 | 0.00 | 4,320.00 | SL | N/A | 0.00 |
| 632 | ANTIQUE PROT | 08/31/99 | 5.0000 | 8,548.00 | 100.0000 | 0.00 | 855.00 | 7,693.00 | 0.00 | 7,693.00 | SL | N/A | 0.00 |
| 633 | ANTIQUE PROT | 09/02/99 | 5.0000 | 4,796.00 | 100.0000 | 0.00 | 480.00 | 4,316.00 | 0.00 | 4,316.00 | SL | N/A | 0.00 |
| 634 | ANTIQUE PROT | 10/06/99 | 5.0000 | 2,600.00 | 100.0000 | 0.00 | 260.00 | 2,340.00 | 0.00 | 2,340.00 | SL | N/A | 0.00 |
| 635 | ANTIQUE PROT | 10/20/99 | 5.0000 | 7,642.00 | 100.0000 | 0.00 | 764.00 | 6,878.00 | 0.00 | 6,878.00 | SL | N/A | 0.00 |
| 636 | ANTIQUE PROT | 10/20/99 | 5.0000 | 12,343.00 | 100.0000 | 0.00 | 1,234.00 | 11,109.00 | 0.00 | 11,109.00 | SL | N/A | 0.00 |
| 637 | ANTIQUE PROT | 12/20/99 | 5.0000 | 1,324.00 | 100.0000 | 0.00 | 132.00 | 1,192.00 | 0.00 | 1,192.00 | SL | N/A | 0.00 |
| 638 | ANTIQUE PROT | 02/10/00 | 5.0000 | 166.00 | 100.0000 | 0.00 | 17.00 | 149.00 | 0.00 | 149.00 | SL | N/A | 0.00 |
| 639 | ANTIQUE PROT | 05/31/00 | 5.0000 | 14,171.00 | 100.0000 | 0.00 | 1,417.00 | 12,754.00 | 0.00 | 12,754.00 | SL | N/A | 0.00 |
| 640 | ANTIQUE PROT | 11/17/00 | 5.0000 | 583.00 | 100.0000 | 0.00 | 58.00 | 525.00 | 0.00 | 525.00 | SL | N/A | 0.00 |
| 641 | ANTIQUE PROT | 11/30/00 | 5.0000 | 5,636.00 | 100.0000 | 0.00 | 564.00 | 5,072.00 | 0.00 | 5,072.00 | SL | N/A | 0.00 |
| 642 | ANTIQUE PROT | 11/30/00 | 5.0000 | 1,000.00 | 100.0000 | 0.00 | 100.00 | 900.00 | 0.00 | 900.00 | SL | N/A | 0.00 |
| 643 | ANTIQUE PROT | 11/30/00 | 5.0000 | 880.00 | 100.0000 | 0.00 | 88.00 | 792.00 | 0.00 | 792.00 | SL | N/A | 0.00 |
| 644 | ANTIQUE PROT | 11/30/00 | 5.0000 | 2,640.00 | 100.0000 | 0.00 | 264.00 | 2,376.00 | 0.00 | 2,376.00 | SL | N/A | 0.00 |
| 645 | ANTIQUE PROT | 11/30/00 | 5.0000 | 2,240.00 | 100.0000 | 0.00 | 224.00 | 2,016.00 | 0.00 | 2,016.00 | SL | N/A | 0.00 |
| 646 | ANTIQUE PROT | 11/30/00 | 5.0000 | 3,330.00 | 100.0000 | 0.00 | 333.00 | 2,997.00 | 0.00 | 2,997.00 | SL | N/A | 0.00 |
| 647 | ANTIQUE PROT | 11/30/00 | 5.0000 | 11,500.00 | 100.0000 | 0.00 | 1,150.00 | 10,350.00 | 0.00 | 10,350.00 | SL | N/A | 0.00 |
| 648 | ANTIQUE PROT | 12/01/00 | 5.0000 | 1,676.00 | 100.0000 | 0.00 | 168.00 | 1,508.00 | 0.00 | 1,508.00 | SL | N/A | 0.00 |
| 649 | PROTOTYPE | 03/19/01 | 5.0000 | 350.00 | 100.0000 | 0.00 | 35.00 | 315.00 | 0.00 | 315.00 | SL | N/A | 0.00 |
| 650 | PROTOTYPE | 06/07/01 | 5.0000 | 1,601.00 | 100.0000 | 0.00 | 160.00 | 1,441.00 | 0.00 | 1,441.00 | SL | N/A | 0.00 |
| **Subtotal: ANTIQUE PROTOTYPES** | | | | 126,240.00 | | 0.00 | 12,625.00 | 113,615.00 | 0.00 | 113,615.00 | | | 0.00 |
| Less dispositions and exchanges: | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| **Net for: ANTIQUE PROTOTYPES** | | | | 126,240.00 | | 0.00 | 12,625.00 | 113,615.00 | 0.00 | 113,615.00 | | | 0.00 |
| **BUILDINGS (x s)** | | | | | | | | | | | | | |
| 573 | LEASEHOLD IM | 07/01/96 | 40.0000 | 3,350.00 | 100.0000 | 0.00 | 335.00 | 1,545.42 | 75.38 | 1,620.80 | SL | N/A | 0.00 |
| 574 | BASEMENT REI | 01/01/99 | 40.0000 | 43,565.00 | 100.0000 | 0.00 | 4,357.00 | 17,645.80 | 980.20 | 18,626.00 | SL | N/A | 0.00 |
| 575 | IMPROVEMENT | 09/01/99 | 40.0000 | 25,745.00 | 100.0000 | 0.00 | 2,575.00 | 10,042.25 | 579.25 | 10,621.50 | SL | N/A | 0.00 |
| 576 | PLUMBING | 09/01/99 | 40.0000 | 4,633.00 | 100.0000 | 0.00 | 463.00 | 1,807.25 | 104.25 | 1,911.50 | SL | N/A | 0.00 |
| 577 | LIGHT FIXTURE | 09/01/99 | 40.0000 | 2,698.00 | 100.0000 | 0.00 | 270.00 | 1,052.30 | 60.70 | 1,113.00 | SL | N/A | 0.00 |
| 578 | ELECTRIC WOF | 09/01/99 | 40.0000 | 13,971.00 | 100.0000 | 0.00 | 1,397.00 | 5,450.15 | 314.35 | 5,764.50 | SL | N/A | 0.00 |
| 579 | CONTRACT FEE | 09/01/99 | 40.0000 | 5,183.00 | 100.0000 | 0.00 | 518.00 | 2,021.67 | 116.63 | 2,138.30 | SL | N/A | 0.00 |
| 580 | CEMENT | 09/01/99 | 40.0000 | 1,830.00 | 100.0000 | 0.00 | 183.00 | 713.62 | 41.18 | 754.80 | SL | N/A | 0.00 |
| 581 | IMPROVEMENT | 09/01/99 | 40.0000 | 3,791.00 | 100.0000 | 0.00 | 379.00 | 1,478.70 | 85.30 | 1,564.00 | SL | N/A | 0.00 |
| 582 | IMPROVEMENT | 09/01/99 | 40.0000 | 10,221.00 | 100.0000 | 0.00 | 1,022.00 | 3,986.82 | 229.98 | 4,216.80 | SL | N/A | 0.00 |
| 583 | IMPROVEMENT | 09/01/99 | 40.0000 | 10,777.00 | 100.0000 | 0.00 | 1,078.00 | 4,204.32 | 242.48 | 4,446.80 | SL | N/A | 0.00 |
| 584 | IMPROVEMENT | 09/01/99 | 40.0000 | 37,211.00 | 100.0000 | 0.00 | 3,721.00 | 14,515.25 | 837.25 | 15,352.50 | SL | N/A | 0.00 |
| 585 | PLUMBING/HE/ | 09/01/99 | 40.0000 | 15,000.00 | 100.0000 | 0.00 | 1,500.00 | 5,851.50 | 337.50 | 6,189.00 | SL | N/A | 0.00 |
| 586 | IMPROVEMENT | 09/01/99 | 40.0000 | 84,399.00 | 100.0000 | 0.00 | 8,440.00 | 32,922.82 | 1,898.98 | 34,821.80 | SL | N/A | 0.00 |
| 587 | IMPROVEMENT | 09/01/99 | 40.0000 | 17,160.00 | 100.0000 | 0.00 | 1,716.00 | 6,693.90 | 386.10 | 7,080.00 | SL | N/A | 0.00 |
| 588 | IMPROVEMENT | 01/01/00 | 40.0000 | 109,508.00 | 100.0000 | 0.00 | 10,951.00 | 41,893.37 | 2,463.93 | 44,357.30 | SL | N/A | 0.00 |

| System No. | Description | Date In Service | Life | Cost / Other Basis | Bus. / Inv. % | Sec. 179/ Bonus/(Cur. Yr. Only) | Salvage/ Basis Adj. | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation/ (Sec. 179) | Total Depreciation/ (Sec. 179) | Method | Conv. | Special Allowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **BUILDINGS** | | | | | | | | | | | | | |
| 589 | IMPROVEMENT | 01/01/00 | 40.0000 | 14,625.00 | 100.0000 | 0.00 | 1,463.00 | 5,594.45 | 329.05 | 5,923.50 | SL | N/A | 0.00 |
| 590 | HEATING | 01/01/00 | 40.0000 | 5,104.00 | 100.0000 | 0.00 | 510.00 | 1,952.65 | 114.85 | 2,067.50 | SL | N/A | 0.00 |
| 591 | ELECTRIC | 01/01/00 | 40.0000 | 4,939.00 | 100.0000 | 0.00 | 494.00 | 1,889.17 | 111.13 | 2,000.30 | SL | N/A | 0.00 |
| 592 | CONTRACTOR: | 01/01/00 | 40.0000 | 24,549.00 | 100.0000 | 0.00 | 2,455.00 | 9,391.15 | 552.35 | 9,943.50 | SL | N/A | 0.00 |
| 593 | BLINDS | 01/01/00 | 40.0000 | 2,312.00 | 100.0000 | 0.00 | 231.00 | 884.27 | 52.03 | 936.30 | SL | N/A | 0.00 |
| 594 | BUILDING | 11/23/99 | 40.0000 | 180,000.00 | 100.0000 | 0.00 | 18,000.00 | 69,294.00 | 4,050.00 | 73,344.00 | SL | N/A | 0.00 |
| 595 | HEATING & A/C | 01/25/00 | 40.0000 | 26,576.00 | 100.0000 | 0.00 | 2,658.00 | 10,127.55 | 597.95 | 10,725.50 | SL | N/A | 0.00 |
| 596 | ALLEY DOOR | 09/12/00 | 40.0000 | 4,825.00 | 100.0000 | 0.00 | 483.00 | 1,769.95 | 108.55 | 1,878.50 | SL | N/A | 0.00 |
| 597 | BUILDING | 09/11/00 | 40.0000 | 25,000.00 | 100.0000 | 0.00 | 2,500.00 | 9,172.50 | 562.50 | 9,735.00 | SL | N/A | 0.00 |
| 598 | ELECTRICAL W | 02/16/00 | 40.0000 | 1,123.00 | 100.0000 | 0.00 | 112.00 | 426.52 | 25.28 | 451.80 | SL | N/A | 0.00 |
| 599 | LETTERING | 03/01/00 | 40.0000 | 854.00 | 100.0000 | 0.00 | 85.00 | 324.07 | 19.23 | 343.30 | SL | N/A | 0.00 |
| 600 | BUILDING REH | 06/01/02 | 40.0000 | 130,642.00 | 100.0000 | 0.00 | 13,064.00 | 42,876.05 | 2,939.45 | 45,815.50 | SL | N/A | 0.00 |
| 601 | RAMP | 06/01/02 | 15.0000 | 1,875.00 | 100.0000 | 0.00 | 188.00 | 1,640.23 | 37.49 | 1,677.72 | SL | N/A | 0.00 |
| 602 | RAILINGS | 06/01/02 | 15.0000 | 784.00 | 100.0000 | 0.00 | 78.00 | 686.63 | 15.69 | 702.32 | SL | N/A | 0.00 |
| 603 | 223 W MILL BU | 06/01/02 | 40.0000 | 9,581.00 | 100.0000 | 0.00 | 958.00 | 3,144.22 | 215.58 | 3,359.80 | SL | N/A | 0.00 |
| 604 | LANDSCAPING | 06/01/02 | 15.0000 | 439.00 | 100.0000 | 0.00 | 44.00 | 383.97 | 8.78 | 392.75 | SL | N/A | 0.00 |
| 605 | PLUMBING | 06/01/02 | 40.0000 | 3,304.00 | 100.0000 | 0.00 | 330.00 | 1,084.15 | 74.35 | 1,158.50 | SL | N/A | 0.00 |
| 606 | CONCRETE WC | 06/01/02 | 15.0000 | 17,820.00 | 100.0000 | 0.00 | 1,782.00 | 15,595.80 | 356.40 | 15,952.20 | SL | N/A | 0.00 |
| 690 | DEMOLITION | 05/31/03 | 40.0000 | 1,886.00 | 100.0000 | 0.00 | 189.00 | 576.87 | 42.43 | 619.30 | SL | N/A | 0.00 |
| 691 | FRAMING | 06/30/03 | 40.0000 | 6,312.00 | 100.0000 | 0.00 | 631.00 | 1,918.27 | 142.03 | 2,060.30 | SL | N/A | 0.00 |
| 692 | HVAC | 06/30/03 | 40.0000 | 11,419.00 | 100.0000 | 0.00 | 1,142.00 | 3,470.37 | 256.93 | 3,727.30 | SL | N/A | 0.00 |
| 693 | HVAC | 07/31/03 | 40.0000 | 1,570.00 | 100.0000 | 0.00 | 157.00 | 473.97 | 35.33 | 509.30 | SL | N/A | 0.00 |
| 694 | ELECTRICAL W | 07/31/03 | 40.0000 | 1,849.00 | 100.0000 | 0.00 | 185.00 | 558.40 | 41.60 | 600.00 | SL | N/A | 0.00 |
| 695 | CONCRETE WC | 07/31/03 | 15.0000 | 1,235.00 | 100.0000 | 0.00 | 124.00 | 994.63 | 74.07 | 1,068.70 | SL | N/A | 0.00 |
| 696 | CABLING | 07/31/03 | 15.0000 | 418.00 | 100.0000 | 0.00 | 42.00 | 372.80 | 0.00 | 372.80 | SL | N/A | 0.00 |
| 697 | ELECTRICAL W | 08/31/03 | 40.0000 | 9,680.00 | 100.0000 | 0.00 | 968.00 | 2,905.20 | 217.80 | 3,123.00 | SL | N/A | 0.00 |
| 698 | HVAC | 08/31/03 | 40.0000 | 246.00 | 100.0000 | 0.00 | 25.00 | 73.77 | 5.53 | 79.30 | SL | N/A | 0.00 |
| 699 | LIGHT FIXTURE | 09/25/03 | 40.0000 | 1,894.00 | 100.0000 | 0.00 | 189.00 | 1,694.17 | 0.00 | 1,694.17 | SL | N/A | 0.00 |
| 700 | PLUMBING AN | 10/23/03 | 40.0000 | 405.00 | 100.0000 | 0.00 | 41.00 | 119.90 | 9.10 | 129.00 | SL | N/A | 0.00 |
| 701 | ELECTRICAL W | 12/11/03 | 40.0000 | 1,870.00 | 100.0000 | 0.00 | 187.00 | 549.72 | 42.08 | 591.80 | SL | N/A | 0.00 |
| 702 | GLASS DOORS | 12/16/03 | 40.0000 | 6,714.00 | 100.0000 | 0.00 | 671.00 | 1,970.72 | 151.08 | 2,121.80 | SL | N/A | 0.00 |
| 703 | MATERIALS | 07/31/03 | 40.0000 | 985.00 | 100.0000 | 0.00 | 99.00 | 297.35 | 22.15 | 319.50 | SL | N/A | 0.00 |
| 704 | MATERIALS | 08/31/03 | 40.0000 | 1,678.00 | 100.0000 | 0.00 | 168.00 | 503.75 | 37.75 | 541.50 | SL | N/A | 0.00 |
| 705 | MATERIALS | 09/30/03 | 40.0000 | 650.00 | 100.0000 | 0.00 | 65.00 | 193.67 | 14.63 | 208.30 | SL | N/A | 0.00 |
| 745 | NEW OFFICE EI | 02/19/04 | 40.0000 | 1,322.00 | 100.0000 | 0.00 | 132.00 | 382.75 | 29.75 | 412.50 | SL | N/A | 0.00 |
| 746 | WINDOW SHAC | 02/19/04 | 40.0000 | 1,659.00 | 100.0000 | 0.00 | 166.00 | 1,485.24 | 0.00 | 1,485.24 | SL | N/A | 0.00 |
| 747 | MILLWORK - W | 02/19/04 | 40.0000 | 6,120.00 | 100.0000 | 0.00 | 612.00 | 1,771.30 | 137.70 | 1,909.00 | SL | N/A | 0.00 |
| 748 | NETWORK WIR | 02/19/04 | 40.0000 | 612.00 | 100.0000 | 0.00 | 61.00 | 177.02 | 13.78 | 190.80 | SL | N/A | 0.00 |
| 799 | SIDEWALK - NO | 08/23/05 | 15.0000 | 3,825.00 | 100.0000 | 0.00 | 383.00 | 2,606.23 | 229.47 | 2,835.70 | SL | N/A | 0.00 |
| 800 | LEASEHOLD IM | 11/15/05 | 15.0000 | 1,170.00 | 100.0000 | 0.00 | 117.00 | 780.80 | 70.20 | 851.00 | SL | N/A | 0.00 |
| 834 | BATHROOM VA | 02/27/06 | 40.0000 | 1,754.00 | 100.0000 | 0.00 | 175.00 | 428.32 | 39.48 | 467.80 | SL | N/A | 0.00 |
| 835 | LIGHTING - GR | 04/30/06 | 40.0000 | 931.00 | 100.0000 | 0.00 | 93.00 | 223.55 | 20.95 | 244.50 | SL | N/A | 0.00 |
| 836 | ROOF 211 W M | 05/30/06 | 40.0000 | 18,373.00 | 100.0000 | 0.00 | 1,838.00 | 4,378.77 | 413.53 | 4,792.30 | SL | N/A | 0.00 |
| 837 | ROOF ALLEY 2 | 05/30/06 | 40.0000 | 3,706.00 | 100.0000 | 0.00 | 371.00 | 882.42 | 83.38 | 965.80 | SL | N/A | 0.00 |
| 845 | 221 W MILL (FR | 10/15/05 | 40.0000 | 17,060.00 | 100.0000 | 0.00 | 1,706.00 | 4,303.65 | 383.85 | 4,687.50 | SL | N/A | 0.00 |
| 846 | Land 221 W Mill | 10/15/05 | 7.0000 | 2,940.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | No Calc | N/A | 0.00 |
| 856 | BUILDING IMPF | 12/01/08 | 40.0000 | 497,323.00 | 100.0000 | 0.00 | 49,732.00 | 90,450.72 | 11,189.78 | 101,640.50 | SL | N/A | 0.00 |
| 857 | DECORATIVE LI | 12/01/08 | 10.0000 | 9,394.00 | 100.0000 | 0.00 | 939.00 | 6,834.46 | 845.50 | 7,679.96 | SL | N/A | 0.00 |
| 858 | CARPETING | 12/01/08 | 10.0000 | 9,303.00 | 100.0000 | 0.00 | 930.00 | 6,768.17 | 837.30 | 7,605.47 | SL | N/A | 0.00 |
| 859 | SIDEWALK - NC | 12/01/08 | 15.0000 | 14,781.00 | 100.0000 | 0.00 | 1,478.00 | 7,168.87 | 886.87 | 8,055.74 | SL | N/A | 0.00 |

| System No. | Description | Date In Service | Life | Cost / Other Basis | Bus./ Inv. % | Sec. 179/ Bonus/ (Cur. Yr. Only) | Salvage/ Basis Adj. | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation/ (Sec. 179) | Total Depreciation/ (Sec. 179) | Method | Conv. | Special Allowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **BUILDINGS** | | | | | | | | | | | | | |
| 860 | WINDOW BLIND | 12/01/08 | 10.0000 | 1,772.00 | 100.0000 | 0.00 | 177.00 | 1,289.29 | 159.50 | 1,448.79 | SL | N/A | 0.00 |
| 861 | SIGNAGE | 12/01/08 | 10.0000 | 2,423.00 | 100.0000 | 0.00 | 242.00 | 1,762.97 | 218.10 | 1,981.07 | SL | N/A | 0.00 |
| 862 | WORK STATION | 12/01/08 | 10.0000 | 5,044.00 | 100.0000 | 0.00 | 504.00 | 3,669.83 | 454.00 | 4,123.83 | SL | N/A | 0.00 |
| **Subtotal: BUILDINGS** | | | | 1,491,723.00 | | 0.00 | 148,879.00 | 480,100.39 | 36,029.77 | 516,130.16 | | | 0.00 |

## OFFICE EQUIPMENT

| Item | Date | Life | Cost | Rate | | Depr | Value | | Value SL | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FAX MACHINE | 02/04/93 | 5.0000 | 422.00 | 100.0000 | 0.00 | 0.00 | 422.00 | 0.00 | 422.00 SL | N/A | 0.00 |
| COMPUTER | 12/10/93 | 5.0000 | 2,622.00 | 100.0000 | 0.00 | 0.00 | 2,622.00 | 0.00 | 2,622.00 SL | N/A | 0.00 |
| COMPUTER - LI | 01/12/96 | 5.0000 | 2,302.00 | 100.0000 | 0.00 | 0.00 | 2,302.00 | 0.00 | 2,302.00 SL | N/A | 0.00 |
| COMPUTER - O | 02/01/96 | 5.0000 | 2,497.00 | 100.0000 | 0.00 | 0.00 | 2,497.00 | 0.00 | 2,497.00 SL | N/A | 0.00 |
| FILE CABINET | 04/04/96 | 10.0000 | 206.00 | 100.0000 | 0.00 | 21.00 | 185.00 | 0.00 | 185.00 SL | N/A | 0.00 |
| PHONE SYSTEI | 08/03/96 | 10.0000 | 1,200.00 | 100.0000 | 0.00 | 120.00 | 1,080.00 | 0.00 | 1,080.00 SL | N/A | 0.00 |
| COPIER - PRINT | 09/18/96 | 5.0000 | 849.00 | 100.0000 | 0.00 | 0.00 | 849.00 | 0.00 | 849.00 SL | N/A | 0.00 |
| OFFICE FURNIT | 09/18/96 | 10.0000 | 1,264.00 | 100.0000 | 0.00 | 126.00 | 1,138.00 | 0.00 | 1,138.00 SL | N/A | 0.00 |
| HP DESKJET PF | 12/10/96 | 5.0000 | 481.00 | 100.0000 | 0.00 | 0.00 | 481.00 | 0.00 | 481.00 SL | N/A | 0.00 |
| STARIWAY | 11/11/96 | 10.0000 | 450.00 | 100.0000 | 0.00 | 45.00 | 405.00 | 0.00 | 405.00 SL | N/A | 0.00 |
| SHELVING | 11/14/96 | 10.0000 | 1,027.00 | 100.0000 | 0.00 | 103.00 | 924.00 | 0.00 | 924.00 SL | N/A | 0.00 |
| ROLLING STAF | 12/12/96 | 10.0000 | 623.00 | 100.0000 | 0.00 | 62.00 | 561.00 | 0.00 | 561.00 SL | N/A | 0.00 |
| RICOH COPIER | 05/07/97 | 5.0000 | 2,456.00 | 100.0000 | 0.00 | 0.00 | 2,456.00 | 0.00 | 2,456.00 SL | N/A | 0.00 |
| FILE CABINET | 07/08/97 | 10.0000 | 376.00 | 100.0000 | 0.00 | 38.00 | 338.00 | 0.00 | 338.00 SL | N/A | 0.00 |
| OFFICE FURNIT | 07/28/97 | 10.0000 | 504.00 | 100.0000 | 0.00 | 50.00 | 454.00 | 0.00 | 454.00 SL | N/A | 0.00 |
| SHELVING | 09/02/97 | 10.0000 | 270.00 | 100.0000 | 0.00 | 27.00 | 243.00 | 0.00 | 243.00 SL | N/A | 0.00 |
| FAX MACHINE ( | 09/24/97 | 10.0000 | 300.00 | 100.0000 | 0.00 | 30.00 | 270.00 | 0.00 | 270.00 SL | N/A | 0.00 |
| PHONE SYSTEI | 10/27/97 | 5.0000 | 2,354.00 | 100.0000 | 0.00 | 235.00 | 2,119.00 | 0.00 | 2,119.00 SL | N/A | 0.00 |
| COPIER | 11/14/97 | 10.0000 | 3,680.00 | 100.0000 | 0.00 | 0.00 | 3,680.00 | 0.00 | 3,680.00 SL | N/A | 0.00 |
| FAX MACHINE | 11/14/97 | 10.0000 | 719.00 | 100.0000 | 0.00 | 72.00 | 647.00 | 0.00 | 647.00 SL | N/A | 0.00 |
| COMPUTER | 11/14/97 | 5.0000 | 2,196.00 | 100.0000 | 0.00 | 0.00 | 2,196.00 | 0.00 | 2,196.00 SL | N/A | 0.00 |
| FILE CABINET | 12/02/97 | 10.0000 | 306.00 | 100.0000 | 0.00 | 31.00 | 275.00 | 0.00 | 275.00 SL | N/A | 0.00 |

## MACHINERY & EQUIPMENT

| System No. | Description | Date In Service | Life | Cost / Other Basis | Bus./Inv. % | Sec. 179/ Bonus/ (Cur. Yr. Only) | Salvage/ Basis Adj. | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation/ (Sec. 179) | Total Depreciation/ (Sec. 179) | Method | Conv. | Special Allowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | COMPUTER (LA | 02/11/97 | 5.0000 | 2,087.00 | 100.0000 | 0.00 | 0.00 | 2,087.00 | 0.00 | 2,087.00 | SL | N/A | 0.00 |
| 128 | PICTURES IN C | 11/17/00 | 10.0000 | 1,028.00 | 100.0000 | 0.00 | 103.00 | 921.08 | 0.00 | 921.08 | SL | N/A | 0.00 |
| 669 | RUGS - CA | 01/27/03 | 10.0000 | 1,849.00 | 100.0000 | 0.00 | 185.00 | 1,652.00 | 0.00 | 1,652.00 | SL | N/A | 0.00 |
| 679 | COMPUTER -C/ | 09/17/03 | 5.0000 | 2,835.00 | 100.0000 | 0.00 | 0.00 | 2,835.00 | 0.00 | 2,835.00 | SL | N/A | 0.00 |
| 684 | 14 COMPUTER: | 10/30/03 | 5.0000 | 25,579.00 | 100.0000 | 0.00 | 0.00 | 25,579.00 | 0.00 | 25,579.00 | SL | N/A | 0.00 |
| 708 | HP LASERJET F | 03/04/04 | 5.0000 | 1,083.00 | 100.0000 | 0.00 | 0.00 | 1,063.64 | 0.00 | 1,063.64 | SL | N/A | 0.00 |
| 721 | COMPUTERS (2 | 08/31/04 | 5.0000 | 1,769.00 | 100.0000 | 0.00 | 0.00 | 1,740.17 | 0.00 | 1,740.17 | SL | N/A | 0.00 |
| 722 | CHARIS (2) CA | 09/02/04 | 10.0000 | 1,467.00 | 100.0000 | 0.00 | 147.00 | 1,308.00 | 0.00 | 1,308.00 | SL | N/A | 0.00 |
| 726 | ARTWORK (CA) | 10/26/04 | 10.0000 | 2,230.00 | 100.0000 | 0.00 | 223.00 | 1,992.73 | 0.00 | 1,992.73 | SL | N/A | 0.00 |
| 763 | COMPUTER AZ | 03/31/05 | 5.0000 | 891.00 | 100.0000 | 0.00 | 0.00 | 877.09 | 0.00 | 877.09 | SL | N/A | 0.00 |
| 764 | OFFICE CHAIR- | 04/15/05 | 10.0000 | 754.00 | 100.0000 | 0.00 | 75.00 | 670.62 | 0.00 | 670.62 | SL | N/A | 0.00 |
| 767 | COMPUTER AZ | 04/21/05 | 5.0000 | 1,379.00 | 100.0000 | 0.00 | 0.00 | 1,364.54 | 0.00 | 1,364.54 | SL | N/A | 0.00 |
| 778 | COPIER (CA) | 07/21/05 | 10.0000 | 2,975.00 | 100.0000 | 0.00 | 298.00 | 2,662.75 | 0.00 | 2,662.75 | SL | N/A | 0.00 |
| 779 | LA WRK STATIC | 08/16/05 | 5.0000 | 1,352.00 | 100.0000 | 0.00 | 0.00 | 1,317.99 | 0.00 | 1,317.99 | SL | N/A | 0.00 |
| 791 | 3 SYSTEMS (1) | 09/12/05 | 5.0000 | 2,764.00 | 100.0000 | 0.00 | 0.00 | 2,700.05 | 0.00 | 2,700.05 | SL | N/A | 0.00 |
| 792 | 06 ISUZU 16' V | 09/27/05 | 5.0000 | 40,339.00 | 100.0000 | 0.00 | 0.00 | 39,749.13 | 0.00 | 39,749.13 | SL | N/A | 0.00 |
| 796 | RACKING | 11/16/05 | 10.0000 | 22,184.00 | 100.0000 | 0.00 | 2,218.00 | 19,879.03 | 0.00 | 19,879.03 | SL | N/A | 0.00 |
| ~~798~~ | ~~ISUZU~~ | ~~11/23/05~~ | ~~5.0000~~ | ~~2,255.00~~ | ~~100.0000~~ | ~~0.00~~ | ~~625.00~~ | ~~1,059.60~~ | ~~0.00~~ | ~~1,059.60~~ | ~~SL~~ | ~~N/A~~ | ~~0.00~~ |
| 806 | LIGHTING KIT F | 01/31/06 | 5.0000 | 737.00 | 100.0000 | 0.00 | 74.00 | 657.40 | 0.00 | 657.40 | SL | N/A | 0.00 |
| 821 | COMPUTER - H | 08/31/06 | 5.0000 | 1,284.00 | 100.0000 | 0.00 | 0.00 | 1,263.19 | 0.00 | 1,263.19 | SL | N/A | 0.00 |
| 822 | OFFICE WORKS | 09/06/06 | 10.0000 | 5,660.00 | 100.0000 | 0.00 | 566.00 | 5,043.35 | 0.00 | 5,043.35 | SL | N/A | 0.00 |
| 824 | STEP LOAD BE. | 10/20/06 | 10.0000 | 3,831.00 | 100.0000 | 0.00 | 383.00 | 3,430.00 | 0.00 | 3,430.00 | SL | N/A | 0.00 |
| 826 | COMPUTER - B | 10/25/06 | 5.0000 | 1,132.00 | 100.0000 | 0.00 | 0.00 | 1,116.99 | 0.00 | 1,116.99 | SL | N/A | 0.00 |
| 828 | OFFICE CHAIRS | 11/01/06 | 10.0000 | 4,029.00 | 100.0000 | 0.00 | 403.00 | 3,594.75 | 0.00 | 3,594.75 | SL | N/A | 0.00 |
| 829 | SERVER - LA (C | 11/20/06 | 5.0000 | 3,929.00 | 100.0000 | 0.00 | 0.00 | 3,886.21 | 0.00 | 3,886.21 | SL | N/A | 0.00 |
| 830 | COMPUTER BA | 11/20/06 | 5.0000 | 1,794.00 | 100.0000 | 0.00 | 0.00 | 1,774.39 | 0.00 | 1,774.39 | SL | N/A | 0.00 |
| 848 | INDUSTRY CON | 04/30/09 | 10.0000 | 1,495.00 | 100.0000 | 0.00 | 150.00 | 1,031.17 | 134.50 | 1,165.67 | SL | N/A | 0.00 |
| ~~849~~ | ~~HONDA PILOT~~ | ~~05/10/09~~ | ~~5.0000~~ | ~~33,172.00~~ | ~~100.0000~~ | ~~0.00~~ | ~~3,316.00~~ | ~~31,001.00~~ | ~~0.00~~ | ~~31,001.00~~ | ~~SL~~ | ~~N/A~~ | ~~0.00~~ |
| ~~882~~ | ~~2013 Ford Trans~~ | ~~02/28/14~~ | ~~5.0000~~ | ~~4,515.00~~ | ~~100.0000~~ | ~~0.00~~ | ~~0.00~~ | ~~2,558.64~~ | ~~202.05~~ | ~~2,161.55~~ | ~~SL~~ | ~~N/A~~ | ~~0.00~~ |
| | Subtotal: MACHINERY & EQUIPMENT | | | 188,414.27 | | 0.00 | 9,172.00 | 175,792.79 | 1,037.55 | 176,830.34 | | | 0.00 |
| | Less dispositions and exchanges: | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| | Net for: MACHINERY & EQUIPMENT | | | 188,414.27 | | 0.00 | 9,172.00 | 175,792.79 | 1,037.55 | 176,830.34 | | | 0.00 |

## OFFICE EQUIPMENT

| System No. | Description | Date In Service | Life | Cost / Other Basis | Bus. / Inv. % | Sec. 179/ Bonus/(Cur. Yr. Only) | Salvage/Basis Adj. | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation/ (Sec. 179) | Total Depreciation/ (Sec. 179) | Method | Conv. | Special Allowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | SHELVING | 12/16/97 | 10.0000 | 17,107.00 | 100.0000 | 0.00 | 1,711.00 | 15,396.00 | 0.00 | 15,396.00 | SL | N/A | 0.00 |
| 26 | EPSON PRINTE | 12/17/97 | 5.0000 | 465.00 | 100.0000 | 0.00 | 0.00 | 465.00 | 0.00 | 465.00 | SL | N/A | 0.00 |
| 27 | LADDER | 01/26/98 | 10.0000 | 485.00 | 100.0000 | 0.00 | 49.00 | 433.00 | 0.00 | 433.00 | SL | N/A | 0.00 |
| 28 | HEATERS | 02/16/98 | 10.0000 | 4,500.00 | 100.0000 | 0.00 | 450.00 | 4,000.00 | 0.00 | 4,000.00 | SL | N/A | 0.00 |
| 29 | ACER COMPUT | 04/08/98 | 5.0000 | 1,884.00 | 100.0000 | 0.00 | 0.00 | 1,884.00 | 0.00 | 1,884.00 | SL | N/A | 0.00 |
| 30 | CYBERMAX CO | 05/12/98 | 5.0000 | 1,593.00 | 100.0000 | 0.00 | 0.00 | 1,593.00 | 0.00 | 1,593.00 | SL | N/A | 0.00 |
| 31 | HP DESKJET PI | 05/18/98 | 5.0000 | 421.00 | 100.0000 | 0.00 | 0.00 | 421.00 | 0.00 | 421.00 | SL | N/A | 0.00 |
| 32 | FAX/PRINTER | 06/02/98 | 5.0000 | 546.00 | 100.0000 | 0.00 | 0.00 | 546.00 | 0.00 | 546.00 | SL | N/A | 0.00 |
| 33 | MAC GRAPHIC! | 06/02/98 | 5.0000 | 1,599.00 | 100.0000 | 0.00 | 0.00 | 1,599.00 | 0.00 | 1,599.00 | SL | N/A | 0.00 |
| 34 | MAC GRAPHIC! | 06/02/98 | 5.0000 | 1,999.00 | 100.0000 | 0.00 | 0.00 | 1,999.00 | 0.00 | 1,999.00 | SL | N/A | 0.00 |
| 35 | MAC GRAPHIC! | 06/02/98 | 5.0000 | 800.00 | 100.0000 | 0.00 | 0.00 | 800.00 | 0.00 | 800.00 | SL | N/A | 0.00 |
| 36 | MAC GRAPHIC! | 06/02/98 | 5.0000 | 3,359.00 | 100.0000 | 0.00 | 0.00 | 3,359.00 | 0.00 | 3,359.00 | SL | N/A | 0.00 |
| 37 | L SHAPED DES | 07/06/98 | 10.0000 | 1,348.00 | 100.0000 | 0.00 | 135.00 | 1,213.00 | 0.00 | 1,213.00 | SL | N/A | 0.00 |
| 38 | L SHAPE DESK | 08/10/98 | 10.0000 | 449.00 | 100.0000 | 0.00 | 45.00 | 404.00 | 0.00 | 404.00 | SL | N/A | 0.00 |
| 39 | CYBERMAX CO | 09/10/98 | 5.0000 | 1,733.00 | 100.0000 | 0.00 | 0.00 | 1,733.00 | 0.00 | 1,733.00 | SL | N/A | 0.00 |
| 40 | COMPUSA CON | 09/10/98 | 5.0000 | 568.00 | 100.0000 | 0.00 | 0.00 | 568.00 | 0.00 | 568.00 | SL | N/A | 0.00 |
| 41 | ACER COMPUT | 10/28/98 | 5.0000 | 1,621.00 | 100.0000 | 0.00 | 0.00 | 1,621.00 | 0.00 | 1,621.00 | SL | N/A | 0.00 |
| 42 | STEEL DINING | 11/05/98 | 10.0000 | 960.00 | 100.0000 | 0.00 | 96.00 | 864.00 | 0.00 | 864.00 | SL | N/A | 0.00 |
| 43 | PIPE LAMP | 11/05/98 | 10.0000 | 420.00 | 100.0000 | 0.00 | 42.00 | 378.00 | 0.00 | 378.00 | SL | N/A | 0.00 |
| 44 | PROFESSIONAl | 11/12/98 | 10.0000 | 28,088.00 | 100.0000 | 0.00 | 0.00 | 28,088.00 | 0.00 | 28,088.00 | SL | N/A | 0.00 |
| 45 | OFFICE CHAIR! | 01/11/99 | 10.0000 | 2,877.00 | 100.0000 | 0.00 | 288.00 | 2,582.90 | 0.00 | 2,582.90 | SL | N/A | 0.00 |
| 46 | TELEHPONE S\ | 01/11/99 | 10.0000 | 1,747.00 | 100.0000 | 0.00 | 175.00 | 1,568.20 | 0.00 | 1,568.20 | SL | N/A | 0.00 |
| 47 | COMPUTER DT | 01/11/99 | 5.0000 | 6,150.00 | 100.0000 | 0.00 | 0.00 | 6,150.00 | 0.00 | 6,150.00 | SL | N/A | 0.00 |
| 48 | NETWORK SER | 01/31/99 | 5.0000 | 32,896.00 | 100.0000 | 0.00 | 0.00 | 32,896.00 | 0.00 | 32,896.00 | SL | N/A | 0.00 |
| 49 | REFRIGERATO! | 01/19/99 | 10.0000 | 688.00 | 100.0000 | 0.00 | 69.00 | 615.90 | 0.00 | 615.90 | SL | N/A | 0.00 |
| 50 | FILE CABINETS | 01/28/99 | 10.0000 | 274.00 | 100.0000 | 0.00 | 27.00 | 245.70 | 0.00 | 245.70 | SL | N/A | 0.00 |
| 51 | TELEPHONE S\ | 02/05/99 | 10.0000 | 8,286.00 | 100.0000 | 0.00 | 829.00 | 7,387.70 | 0.00 | 7,387.70 | SL | N/A | 0.00 |
| 52 | HEAVY DUTY S | 02/22/99 | 10.0000 | 933.00 | 100.0000 | 0.00 | 93.00 | 835.00 | 0.00 | 835.00 | SL | N/A | 0.00 |
| 53 | HP LASERJET f | 03/04/99 | 10.0000 | 2,639.00 | 100.0000 | 0.00 | 0.00 | 2,639.00 | 0.00 | 2,639.00 | SL | N/A | 0.00 |
| 54 | FAX MACHINE | 03/04/99 | 5.0000 | 398.00 | 100.0000 | 0.00 | 0.00 | 398.00 | 0.00 | 398.00 | SL | N/A | 0.00 |
| 55 | INKJET PRINTE | 03/08/99 | 5.0000 | 892.00 | 100.0000 | 0.00 | 0.00 | 892.00 | 0.00 | 892.00 | SL | N/A | 0.00 |
| 56 | RICOH COPY N | 03/08/99 | 5.0000 | 5,852.00 | 100.0000 | 0.00 | 0.00 | 5,852.00 | 0.00 | 5,852.00 | SL | N/A | 0.00 |
| 57 | 17' COMPUTEF | 03/18/99 | 5.0000 | 372.00 | 100.0000 | 0.00 | 0.00 | 372.00 | 0.00 | 372.00 | SL | N/A | 0.00 |
| 58 | COMPUTER | 03/18/99 | 5.0000 | 1,920.00 | 100.0000 | 0.00 | 0.00 | 1,920.00 | 0.00 | 1,920.00 | SL | N/A | 0.00 |
| 59 | COMPUTER | 03/23/99 | 5.0000 | 1,920.00 | 100.0000 | 0.00 | 0.00 | 1,920.00 | 0.00 | 1,920.00 | SL | N/A | 0.00 |
| 60 | COMPUTERS | 04/07/99 | 5.0000 | 3,636.00 | 100.0000 | 0.00 | 0.00 | 3,636.00 | 0.00 | 3,636.00 | SL | N/A | 0.00 |
| 61 | WORK TABLES | 04/12/99 | 10.0000 | 538.00 | 100.0000 | 0.00 | 54.00 | 478.47 | 0.00 | 478.47 | SL | N/A | 0.00 |
| 62 | CONFERENCE` | 04/27/99 | 10.0000 | 4,719.00 | 100.0000 | 0.00 | 472.00 | 4,218.88 | 0.00 | 4,218.88 | SL | N/A | 0.00 |
| 63 | computer | 05/11/99 | 5.0000 | 1,752.00 | 100.0000 | 0.00 | 0.00 | 1,752.00 | 0.00 | 1,752.00 | SL | N/A | 0.00 |
| 64 | office workstatic | 06/07/99 | 10.0000 | 10,682.00 | 100.0000 | 0.00 | 1,068.00 | 9,523.87 | 0.00 | 9,523.87 | SL | N/A | 0.00 |
| 65 | telephone syste | 06/08/99 | 10.0000 | 11,537.00 | 100.0000 | 0.00 | 1,154.00 | 10,282.40 | 0.00 | 10,282.40 | SL | N/A | 0.00 |
| 66 | storage shelves | 06/10/99 | 10.0000 | 723.00 | 100.0000 | 0.00 | 72.00 | 644.80 | 0.00 | 644.80 | SL | N/A | 0.00 |
| 67 | warehouse shel | 06/28/99 | 10.0000 | 10,000.00 | 100.0000 | 0.00 | 1,000.00 | 8,939.00 | 0.00 | 8,939.00 | SL | N/A | 0.00 |
| 68 | chair | 08/31/99 | 10.0000 | 237.00 | 100.0000 | 0.00 | 24.00 | 211.72 | 0.00 | 211.72 | SL | N/A | 0.00 |
| 69 | MIRROR | 09/13/99 | 10.0000 | 495.00 | 100.0000 | 0.00 | 50.00 | 440.46 | 0.00 | 440.46 | SL | N/A | 0.00 |
| 70 | PRINTER | 09/17/99 | 5.0000 | 1,393.00 | 100.0000 | 0.00 | 0.00 | 1,393.00 | 0.00 | 1,393.00 | SL | N/A | 0.00 |
| 71 | BAR STOOLS | 11/17/99 | 10.0000 | 1,022.00 | 100.0000 | 0.00 | 102.00 | 916.67 | 0.00 | 916.67 | SL | N/A | 0.00 |
| 72 | MONITOR | 11/29/99 | 5.0000 | 132.00 | 100.0000 | 0.00 | 0.00 | 132.00 | 0.00 | 132.00 | SL | N/A | 0.00 |
| 73 | FAX MACHINE | 12/06/99 | 5.0000 | 956.00 | 100.0000 | 0.00 | 0.00 | 956.00 | 0.00 | 956.00 | SL | N/A | 0.00 |
| 74 | SOFA | 12/08/99 | 10.0000 | 1,915.00 | 100.0000 | 0.00 | 192.00 | 1,705.88 | 0.00 | 1,705.88 | SL | N/A | 0.00 |

# OFFICE EQUIPMENT

| System No. | Description | Date In Service | Life | Cost / Other Basis | Bus./ Inv. % | Sec. 179/ Bonus/ (Cur. Yr. Only) | Salvage/ Basis Adj. | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation/ (Sec. 179) | Total Depreciation/ (Sec. 179) | Method | Conv. | Special Allowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75 | RUGS | 12/08/09 | 10.0000 | 1,796.00 | 100.0000 | 0.00 | 180.00 | 1,600.27 | 0.00 | 1,600.27 | SL | N/A | 0.00 |
| 76 | PAINTINGS | 12/15/99 | 10.0000 | 2,000.00 | 100.0000 | 0.00 | 200.00 | 1,779.00 | 0.00 | 1,779.00 | SL | N/A | 0.00 |
| 77 | FRAMES & PICT | 12/20/99 | 10.0000 | 1,415.00 | 100.0000 | 0.00 | 142.00 | 1,266.99 | 0.00 | 1,266.99 | SL | N/A | 0.00 |
| 78 | WAREHOUSE S | 07/09/99 | 10.0000 | 4,877.00 | 100.0000 | 0.00 | 488.00 | 4,345.78 | 0.00 | 4,345.78 | SL | N/A | 0.00 |
| 80 | COMPUTER | 07/09/99 | 5.0000 | 1,756.00 | 100.0000 | 0.00 | 0.00 | 1,756.00 | 0.00 | 1,756.00 | SL | N/A | 0.00 |
| 81 | PRINTERS | 07/09/99 | 5.0000 | 764.00 | 100.0000 | 0.00 | 0.00 | 764.00 | 0.00 | 764.00 | SL | N/A | 0.00 |
| 82 | MAC COMPUTE | 09/08/99 | 5.0000 | 5,069.00 | 100.0000 | 0.00 | 0.00 | 5,069.00 | 0.00 | 5,069.00 | SL | N/A | 0.00 |
| 83 | 2 CHAIRS & SO | 10/04/99 | 10.0000 | 1,500.00 | 100.0000 | 0.00 | 150.00 | 1,338.00 | 0.00 | 1,338.00 | SL | N/A | 0.00 |
| 84 | GRAPHICS PRII | 10/31/99 | 5.0000 | 3,167.00 | 100.0000 | 0.00 | 0.00 | 3,167.00 | 0.00 | 3,167.00 | SL | N/A | 0.00 |
| 85 | REFRIGERATOI | 11/03/99 | 10.0000 | 2,340.00 | 100.0000 | 0.00 | 234.00 | 2,087.55 | 0.00 | 2,087.55 | SL | N/A | 0.00 |
| 86 | DISHWASHER | 11/03/99 | 10.0000 | 649.00 | 100.0000 | 0.00 | 65.00 | 579.20 | 0.00 | 579.20 | SL | N/A | 0.00 |
| 87 | MICROWAVE | 11/03/99 | 10.0000 | 441.00 | 100.0000 | 0.00 | 44.00 | 393.48 | 0.00 | 393.48 | SL | N/A | 0.00 |
| 88 | CLOCK | 11/18/99 | 10.0000 | 849.00 | 100.0000 | 0.00 | 85.00 | 761.07 | 0.00 | 761.07 | SL | N/A | 0.00 |
| 89 | COMPUTER NE | 11/30/99 | 5.0000 | 1,094.00 | 100.0000 | 0.00 | 0.00 | 1,094.00 | 0.00 | 1,094.00 | SL | N/A | 0.00 |
| 90 | COMPUTER | 11/30/99 | 5.0000 | 1,987.00 | 100.0000 | 0.00 | 0.00 | 1,987.00 | 0.00 | 1,987.00 | SL | N/A | 0.00 |
| 91 | LADDER | 12/22/99 | 10.0000 | 459.00 | 100.0000 | 0.00 | 46.00 | 411.16 | 0.00 | 411.16 | SL | N/A | 0.00 |
| 92 | OFFICE FURNIT | 03/10/99 | 10.0000 | 11,845.00 | 100.0000 | 0.00 | 1,185.00 | 10,552.83 | 0.00 | 10,552.83 | SL | N/A | 0.00 |
| 93 | DESK & FILE C/ | 03/24/99 | 10.0000 | 14,427.00 | 100.0000 | 0.00 | 1,443.00 | 12,911.80 | 0.00 | 12,911.80 | SL | N/A | 0.00 |
| 94 | DESK & FILE C/ | 12/06/99 | 10.0000 | 18,796.00 | 100.0000 | 0.00 | 1,880.00 | 16,759.27 | 0.00 | 16,759.27 | SL | N/A | 0.00 |
| 95 | RUG | 12/31/99 | 10.0000 | 1,140.00 | 100.0000 | 0.00 | 114.00 | 1,017.65 | 0.00 | 1,017.65 | SL | N/A | 0.00 |
| 96 | RUG | 12/31/99 | 10.0000 | 1,341.00 | 100.0000 | 0.00 | 134.00 | 1,197.34 | 0.00 | 1,197.34 | SL | N/A | 0.00 |
| 97 | COLOR PRINTE | 08/09/00 | 5.0000 | 276.00 | 100.0000 | 0.00 | 0.00 | 276.00 | 0.00 | 276.00 | SL | N/A | 0.00 |
| 98 | B210 COMPUTI | 08/15/00 | 5.0000 | 3,399.00 | 100.0000 | 0.00 | 0.00 | 3,399.00 | 0.00 | 3,399.00 | SL | N/A | 0.00 |
| 99 | COMPUTER | 07/17/00 | 5.0000 | 1,696.00 | 100.0000 | 0.00 | 0.00 | 1,696.00 | 0.00 | 1,696.00 | SL | N/A | 0.00 |
| 100 | FLASH READEF | 03/17/00 | 5.0000 | 308.00 | 100.0000 | 0.00 | 0.00 | 308.00 | 0.00 | 308.00 | SL | N/A | 0.00 |
| 101 | USB IMAGEMA | 06/22/00 | 5.0000 | 413.00 | 100.0000 | 0.00 | 0.00 | 413.00 | 0.00 | 413.00 | SL | N/A | 0.00 |
| 102 | LS & SM MEZZ/ | 08/25/00 | 10.0000 | 11,933.00 | 100.0000 | 0.00 | 1,193.00 | 10,672.50 | 0.00 | 10,672.50 | SL | N/A | 0.00 |
| 103 | INSTALL RAPID | 09/19/00 | 10.0000 | 3,868.00 | 100.0000 | 0.00 | 387.00 | 3,464.27 | 0.00 | 3,464.27 | SL | N/A | 0.00 |
| 104 | RAPID RACK SI | 10/17/00 | 10.0000 | 363.00 | 100.0000 | 0.00 | 36.00 | 325.93 | 0.00 | 325.93 | SL | N/A | 0.00 |
| 105 | 22' OF CABINE | 06/29/00 | 10.0000 | 860.00 | 100.0000 | 0.00 | 86.00 | 768.05 | 0.00 | 768.05 | SL | N/A | 0.00 |
| 106 | 12 CHAIRS | 12/13/00 | 10.0000 | 5,700.00 | 100.0000 | 0.00 | 570.00 | 5,071.50 | 0.00 | 5,071.50 | SL | N/A | 0.00 |
| 107 | TIME RECORDE | 04/25/00 | 10.0000 | 401.00 | 100.0000 | 0.00 | 40.00 | 359.23 | 0.00 | 359.23 | SL | N/A | 0.00 |
| 108 | TIME RECORDE | 11/07/00 | 10.0000 | 352.00 | 100.0000 | 0.00 | 35.00 | 314.18 | 0.00 | 314.18 | SL | N/A | 0.00 |
| 109 | DECORATIVE E | 02/15/00 | 10.0000 | 3,585.00 | 100.0000 | 0.00 | 359.00 | 3,187.20 | 0.00 | 3,187.20 | SL | N/A | 0.00 |
| 110 | FABRIC FOR CI | 08/11/00 | 10.0000 | 1,122.00 | 100.0000 | 0.00 | 112.00 | 999.50 | 0.00 | 999.50 | SL | N/A | 0.00 |
| 111 | LEATHER CLUE | 09/20/00 | 10.0000 | 2,400.00 | 100.0000 | 0.00 | 240.00 | 2,149.00 | 0.00 | 2,149.00 | SL | N/A | 0.00 |
| 112 | CABINET | 08/22/00 | 10.0000 | 647.00 | 100.0000 | 0.00 | 65.00 | 578.35 | 0.00 | 578.35 | SL | N/A | 0.00 |
| 113 | CABINET | 09/26/00 | 10.0000 | 670.00 | 100.0000 | 0.00 | 67.00 | 598.80 | 0.00 | 598.80 | SL | N/A | 0.00 |
| 114 | NEC PHONE | 08/25/00 | 10.0000 | 375.00 | 100.0000 | 0.00 | 38.00 | 335.06 | 0.00 | 335.06 | SL | N/A | 0.00 |
| 115 | REFRIGERATOI | 08/30/00 | 10.0000 | 945.00 | 100.0000 | 0.00 | 95.00 | 843.58 | 0.00 | 843.58 | SL | N/A | 0.00 |
| 116 | REIMBURSE CI | 12/14/00 | 10.0000 | 3,616.00 | 100.0000 | 0.00 | 362.00 | 3,215.97 | 0.00 | 3,215.97 | SL | N/A | 0.00 |
| 117 | SHELVING | 07/27/00 | 10.0000 | 4,350.00 | 100.0000 | 0.00 | 435.00 | 3,888.75 | 0.00 | 3,888.75 | SL | N/A | 0.00 |
| 118 | PRINTS | 07/12/00 | 10.0000 | 2,070.00 | 100.0000 | 0.00 | 207.00 | 1,842.23 | 0.00 | 1,842.23 | SL | N/A | 0.00 |
| 119 | CRATING FOR I | 07/14/00 | 10.0000 | 275.00 | 100.0000 | 0.00 | 28.00 | 243.69 | 0.00 | 243.69 | SL | N/A | 0.00 |
| 120 | PH CRATING F( | 07/17/00 | 10.0000 | 225.00 | 100.0000 | 0.00 | 23.00 | 201.50 | 0.00 | 201.50 | SL | N/A | 0.00 |
| 121 | CASE FOR PAL | 01/01/00 | 10.0000 | 80.00 | 100.0000 | 0.00 | 8.00 | 72.00 | 0.00 | 72.00 | SL | N/A | 0.00 |
| 122 | PALM V | 01/01/00 | 10.0000 | 739.00 | 100.0000 | 0.00 | 74.00 | 659.46 | 0.00 | 659.46 | SL | N/A | 0.00 |
| 123 | RECEPTIONIST | 06/30/00 | 10.0000 | 4,010.00 | 100.0000 | 0.00 | 401.00 | 3,581.18 | 0.00 | 3,581.18 | SL | N/A | 0.00 |
| 124 | OPEN BOOKCA | 07/17/00 | 10.0000 | 1,212.00 | 100.0000 | 0.00 | 121.00 | 1,086.75 | 0.00 | 1,086.75 | SL | N/A | 0.00 |
| 125 | BOB'S DESK | 01/25/00 | 10.0000 | 1,045.00 | 100.0000 | 0.00 | 105.00 | 934.00 | 0.00 | 934.00 | SL | N/A | 0.00 |

## OFFICE EQUIPMENT

| System No. | Description | Date in Service | Life | Cost / Other Basis | Bus. / Inv. % | Sec. 179/ Bonus/ (Cur. Yr. Only) | Salvage/ Basis Adj. | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation/ (Sec. 179) | Total Depreciation/ (Sec. 179) | Method | Conv. | Special Allowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 126 | SALADINO LAW | 01/01/00 | 10.0000 | 1,639.00 | 100.0000 | 0.00 | 164.00 | 1,462.71 | 0.00 | 1,462.71 | SL | N/A | 0.00 |
| 127 | TWIG ROCKER | 01/20/00 | 10.0000 | 242.00 | 100.0000 | 0.00 | 24.00 | 216.60 | 0.00 | 216.60 | SL | N/A | 0.00 |
| 129 | RICOH COPY N | 01/01/00 | 5.0000 | 1,000.00 | 100.0000 | 0.00 | 0.00 | 1,000.00 | 0.00 | 1,000.00 | SL | N/A | 0.00 |
| 130 | RICOH COPY N | 01/31/00 | 5.0000 | 1,000.00 | 100.0000 | 0.00 | 0.00 | 1,000.00 | 0.00 | 1,000.00 | SL | N/A | 0.00 |
| 131 | RICOH COPY N | 03/07/00 | 5.0000 | 1,483.00 | 100.0000 | 0.00 | 0.00 | 1,483.00 | 0.00 | 1,483.00 | SL | N/A | 0.00 |
| 132 | RICOH COPY N | 11/23/00 | 5.0000 | 1,000.00 | 100.0000 | 0.00 | 0.00 | 1,000.00 | 0.00 | 1,000.00 | SL | N/A | 0.00 |
| 133 | PAINTINGS | 02/06/00 | 10.0000 | 1,240.00 | 100.0000 | 0.00 | 124.00 | 1,105.20 | 0.00 | 1,105.20 | SL | N/A | 0.00 |
| 134 | PHONE SYSTEI | 01/26/00 | 10.0000 | 5,056.00 | 100.0000 | 0.00 | 506.00 | 4,520.00 | 0.00 | 4,520.00 | SL | N/A | 0.00 |
| 135 | PHONE SYSTEI | 02/07/00 | 10.0000 | 4,028.00 | 100.0000 | 0.00 | 403.00 | 3,589.00 | 0.00 | 3,589.00 | SL | N/A | 0.00 |
| 136 | SPEAKERS/LIN | 02/07/00 | 10.0000 | 634.00 | 100.0000 | 0.00 | 63.00 | 565.20 | 0.00 | 565.20 | SL | N/A | 0.00 |
| 37 | ANALOG TERM | 02/07/00 | 10.0000 | 467.00 | 100.0000 | 0.00 | 47.00 | 416.00 | 0.00 | 416.00 | SL | N/A | 0.00 |
| 138 | PENTIUM SYST | 02/26/00 | 5.0000 | 4,069.00 | 100.0000 | 0.00 | 0.00 | 4,069.00 | 0.00 | 4,069.00 | SL | N/A | 0.00 |
| 139 | PENTIUM SYST | 06/15/00 | 5.0000 | 2,753.00 | 100.0000 | 0.00 | 0.00 | 2,753.00 | 0.00 | 2,753.00 | SL | N/A | 0.00 |
| 140 | PENTIUM SYST | 08/10/00 | 5.0000 | 3,847.00 | 100.0000 | 0.00 | 0.00 | 3,847.00 | 0.00 | 3,847.00 | SL | N/A | 0.00 |
| 141 | HP LASER JET | 09/26/00 | 5.0000 | 3,157.00 | 100.0000 | 0.00 | 0.00 | 3,157.00 | 0.00 | 3,157.00 | SL | N/A | 0.00 |
| 142 | TWIG ROCKER | 01/22/00 | 10.0000 | 495.00 | 100.0000 | 0.00 | 50.00 | 443.00 | 0.00 | 443.00 | SL | N/A | 0.00 |
| 143 | GOLD CHAIRS/ | 03/02/00 | 10.0000 | 2,379.00 | 100.0000 | 0.00 | 238.00 | 2,124.04 | 0.00 | 2,124.04 | SL | N/A | 0.00 |
| 144 | RECEPTION SH | 09/05/00 | 10.0000 | 312.00 | 100.0000 | 0.00 | 31.00 | 278.59 | 0.00 | 278.59 | SL | N/A | 0.00 |
| 045 | RECEPTION SH | 09/25/00 | 10.0000 | 94.00 | 100.0000 | 0.00 | 9.00 | 85.00 | 0.00 | 85.00 | SL | N/A | 0.00 |
| 146 | JAMES PLANTE | 03/23/00 | 10.0000 | 1,833.00 | 100.0000 | 0.00 | 183.00 | 1,640.50 | 0.00 | 1,640.50 | SL | N/A | 0.00 |
| 047 | JAMES PLANTE | 07/12/00 | 10.0000 | 2,548.00 | 100.0000 | 0.00 | 255.00 | 2,268.14 | 0.00 | 2,268.14 | SL | N/A | 0.00 |
| 148 | HP932 PRINTEI | 04/14/00 | 5.0000 | 213.00 | 100.0000 | 0.00 | 0.00 | 213.00 | 0.00 | 213.00 | SL | N/A | 0.00 |
| 149 | OKIDATA PRIN1 | 08/15/00 | 5.0000 | 579.00 | 100.0000 | 0.00 | 0.00 | 579.00 | 0.00 | 579.00 | SL | N/A | 0.00 |
| 150 | GALVANIZED T, | 07/19/00 | 10.0000 | 2,798.00 | 100.0000 | 0.00 | 280.00 | 2,506.50 | 0.00 | 2,506.50 | SL | N/A | 0.00 |
| 151 | UMBRELLA BA! | 10/11/00 | 10.0000 | 289.00 | 100.0000 | 0.00 | 29.00 | 257.33 | 0.00 | 257.33 | SL | N/A | 0.00 |
| 052 | AERON CHAIRE | 12/05/00 | 10.0000 | 15,773.00 | 100.0000 | 0.00 | 1,577.00 | 14,064.20 | 0.00 | 14,064.20 | SL | N/A | 0.00 |
| 053 | AERON CHAIRE | 11/30/00 | 10.0000 | 5,439.00 | 100.0000 | 0.00 | 544.00 | 4,855.92 | 0.00 | 4,855.92 | SL | N/A | 0.00 |
| 054 | AERON CHAIRE | 11/29/00 | 10.0000 | 85.00 | 100.0000 | 0.00 | 9.00 | 76.00 | 0.00 | 76.00 | SL | N/A | 0.00 |
| 055 | REIMB CHUCK | 10/23/00 | 10.0000 | 960.00 | 100.0000 | 0.00 | 96.00 | 858.60 | 0.00 | 858.60 | SL | N/A | 0.00 |
| 056 | MAS 90 MODUI | 12/20/00 | 5.0000 | 882.00 | 100.0000 | 0.00 | 0.00 | 882.00 | 0.00 | 882.00 | SL | N/A | 0.00 |
| 157 | ADDITIONAL U! | 12/20/00 | 5.0000 | 2,859.00 | 100.0000 | 0.00 | 0.00 | 2,859.00 | 0.00 | 2,859.00 | SL | N/A | 0.00 |
| 158 | GRAPHICS | 11/30/00 | 10.0000 | 3,321.00 | 100.0000 | 0.00 | 332.00 | 2,965.88 | 0.00 | 2,965.88 | SL | N/A | 0.00 |
| 159 | SHELVES | 01/11/00 | 10.0000 | 315.00 | 100.0000 | 0.00 | 32.00 | 280.24 | 0.00 | 280.24 | SL | N/A | 0.00 |
| 160 | SONY MEMORY | 01/05/01 | 10.0000 | 312.00 | 100.0000 | 0.00 | 31.00 | 277.96 | 0.00 | 277.96 | SL | N/A | 0.00 |
| 161 | 10HP COMPRE | 01/23/01 | 10.0000 | 1,193.00 | 100.0000 | 0.00 | 119.00 | 1,067.20 | 0.00 | 1,067.20 | SL | N/A | 0.00 |
| 162 | PEDESTAL TRA | 01/23/01 | 10.0000 | 600.00 | 100.0000 | 0.00 | 60.00 | 537.00 | 0.00 | 537.00 | SL | N/A | 0.00 |
| 163 | TIME CLOCK | 01/26/01 | 10.0000 | 351.00 | 100.0000 | 0.00 | 35.00 | 313.80 | 0.00 | 313.80 | SL | N/A | 0.00 |
| 164 | COMPUTERS-P | 01/27/01 | 5.0000 | 4,043.00 | 100.0000 | 0.00 | 0.00 | 4,043.00 | 0.00 | 4,043.00 | SL | N/A | 0.00 |
| 165 | BEAR TRACK P | 01/31/01 | 10.0000 | 371.00 | 100.0000 | 0.00 | 37.00 | 331.20 | 0.00 | 331.20 | SL | N/A | 0.00 |
| 166 | DIGITAL CAMEI | 01/31/01 | 5.0000 | 1,047.00 | 100.0000 | 0.00 | 0.00 | 1,047.00 | 0.00 | 1,047.00 | SL | N/A | 0.00 |
| 167 | MICROWAVE/P | 02/12/01 | 10.0000 | 1,197.00 | 100.0000 | 0.00 | 120.00 | 1,065.10 | 0.00 | 1,065.10 | SL | N/A | 0.00 |
| 168 | COMP EQUIP G | 02/12/01 | 5.0000 | 2,229.00 | 100.0000 | 0.00 | 0.00 | 2,229.00 | 0.00 | 2,229.00 | SL | N/A | 0.00 |
| 169 | 10HP COMPRE | 02/22/01 | 10.0000 | 3,432.00 | 100.0000 | 0.00 | 343.00 | 3,070.44 | 0.00 | 3,070.44 | SL | N/A | 0.00 |
| 170 | IBM COMPUTEI | 02/28/01 | 5.0000 | 3,637.00 | 100.0000 | 0.00 | 0.00 | 3,637.00 | 0.00 | 3,637.00 | SL | N/A | 0.00 |
| 171 | CDRW BLASTE | 03/05/01 | 5.0000 | 174.00 | 100.0000 | 0.00 | 0.00 | 174.00 | 0.00 | 174.00 | SL | N/A | 0.00 |
| 172 | APPLE POWER | 03/07/01 | 5.0000 | 2,458.00 | 100.0000 | 0.00 | 0.00 | 2,458.00 | 0.00 | 2,458.00 | SL | N/A | 0.00 |
| 173 | SECURITY SYS | 03/07/01 | 10.0000 | 985.00 | 100.0000 | 0.00 | 99.00 | 877.18 | 0.00 | 877.18 | SL | N/A | 0.00 |
| 174 | OFFICE FURNI1 | 03/23/01 | 10.0000 | 1,375.00 | 100.0000 | 0.00 | 138.00 | 1,229.72 | 0.00 | 1,229.72 | SL | N/A | 0.00 |
| 175 | MEZZANINE TE | 04/03/01 | 10.0000 | 2,400.00 | 100.0000 | 0.00 | 240.00 | 2,142.00 | 0.00 | 2,142.00 | SL | N/A | 0.00 |
| 176 | SHELVING UNI1 | 04/11/01 | 10.0000 | 476.00 | 100.0000 | 0.00 | 48.00 | 423.53 | 0.00 | 423.53 | SL | N/A | 0.00 |

OFFICE EQUIPMENT

| System No. | Description | Date In Service | Life | Cost / Other Basis | Bus. / Inv. % | Sec. 179/ Bonus/ (Cur. Yr. Only) | Salvage/ Basis Adj. | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation/ (Sec. 179) | Total Depreciation/ (Sec. 179) | Method | Conv. | Special Allowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 177 | SHELVING UNIT | 04/11/01 | 10.0000 | 547.00 | 100.0000 | 0.00 | 55.00 | 486.80 | 0.00 | 486.80 | SL | N/A | 0.00 |
| 178 | SHELVING UNIT | 04/11/01 | 10.0000 | 416.00 | 100.0000 | 0.00 | 42.00 | 370.43 | 0.00 | 370.43 | SL | N/A | 0.00 |
| 179 | SHELVING UNIT | 04/11/01 | 10.0000 | 571.00 | 100.0000 | 0.00 | 57.00 | 508.77 | 0.00 | 508.77 | SL | N/A | 0.00 |
| 180 | ACER NOTEBO( | 04/24/01 | 5.0000 | 3,000.00 | 100.0000 | 0.00 | 0.00 | 3,000.00 | 0.00 | 3,000.00 | SL | N/A | 0.00 |
| 181 | PENTIUM COMI | 04/24/01 | 5.0000 | 6,428.00 | 100.0000 | 0.00 | 0.00 | 6,428.00 | 0.00 | 6,428.00 | SL | N/A | 0.00 |
| 182 | JAMES PLANTE | 05/01/01 | 10.0000 | 850.00 | 100.0000 | 0.00 | 85.00 | 758.63 | 0.00 | 758.63 | SL | N/A | 0.00 |
| 183 | QUILL SHELVIN | 05/07/01 | 10.0000 | 1,056.00 | 100.0000 | 0.00 | 106.00 | 940.75 | 0.00 | 940.75 | SL | N/A | 0.00 |
| 184 | COMP EQUIPM | 05/08/01 | 5.0000 | 1,382.00 | 100.0000 | 0.00 | 0.00 | 1,382.00 | 0.00 | 1,382.00 | SL | N/A | 0.00 |
| 185 | COMPUTER SC | 05/17/01 | 3.0000 | 109.00 | 100.0000 | 0.00 | 0.00 | 109.00 | 0.00 | 109.00 | SL | N/A | 0.00 |
| 186 | PATY'S ANTIQL | 05/28/01 | 10.0000 | 1,287.00 | 100.0000 | 0.00 | 129.00 | 1,150.00 | 0.00 | 1,150.00 | SL | N/A | 0.00 |
| 187 | CHAIR QP0099 | 06/05/01 | 10.0000 | 400.00 | 100.0000 | 0.00 | 40.00 | 357.00 | 0.00 | 357.00 | SL | N/A | 0.00 |
| 188 | PRINTER | 06/13/01 | 5.0000 | 157.00 | 100.0000 | 0.00 | 0.00 | 157.00 | 0.00 | 157.00 | SL | N/A | 0.00 |
| 189 | SHELVES | 08/06/01 | 10.0000 | 566.00 | 100.0000 | 0.00 | 57.00 | 504.15 | 0.00 | 504.15 | SL | N/A | 0.00 |
| 190 | BENCHES | 08/13/01 | 10.0000 | 800.00 | 100.0000 | 0.00 | 80.00 | 712.00 | 0.00 | 712.00 | SL | N/A | 0.00 |
| 191 | PLANTER | 08/20/01 | 10.0000 | 1,065.00 | 100.0000 | 0.00 | 107.00 | 953.28 | 0.00 | 953.28 | SL | N/A | 0.00 |
| 192 | PC ANYWHERE | 08/24/01 | 3.0000 | 1,052.00 | 100.0000 | 0.00 | 0.00 | 1,052.00 | 0.00 | 1,052.00 | SL | N/A | 0.00 |
| 193 | SHELVING UNIT | 09/07/01 | 10.0000 | 14,932.00 | 100.0000 | 0.00 | 1,493.00 | 13,306.64 | 0.00 | 13,306.64 | SL | N/A | 0.00 |
| 194 | HP 3200 LASEF | 09/20/01 | 5.0000 | 605.00 | 100.0000 | 0.00 | 0.00 | 605.00 | 0.00 | 605.00 | SL | N/A | 0.00 |
| 195 | SOFTWARE | 10/05/01 | 3.0000 | 375.00 | 100.0000 | 0.00 | 0.00 | 375.00 | 0.00 | 375.00 | SL | N/A | 0.00 |
| 196 | PRINTERS | 10/05/01 | 5.0000 | 1,154.00 | 100.0000 | 0.00 | 0.00 | 1,154.00 | 0.00 | 1,154.00 | SL | N/A | 0.00 |
| 197 | COMPUTER | 10/05/01 | 5.0000 | 1,506.00 | 100.0000 | 0.00 | 0.00 | 1,506.00 | 0.00 | 1,506.00 | SL | N/A | 0.00 |
| 198 | SIGN | 11/20/01 | 10.0000 | 745.00 | 100.0000 | 0.00 | 75.00 | 666.83 | 0.00 | 666.83 | SL | N/A | 0.00 |
| 199 | FILE CABINET | 12/17/01 | 10.0000 | 119.00 | 100.0000 | 0.00 | 12.00 | 107.00 | 0.00 | 107.00 | SL | N/A | 0.00 |
| 200 | COMPUTER | 12/28/01 | 5.0000 | 1,795.00 | 100.0000 | 0.00 | 0.00 | 1,795.00 | 0.00 | 1,795.00 | SL | N/A | 0.00 |
| 201 | PAIR OF CREST | 04/30/01 | 10.0000 | 270.00 | 100.0000 | 0.00 | 27.00 | 240.98 | 0.00 | 240.98 | SL | N/A | 0.00 |
| 202 | DIGITAL CAMEI | 11/02/01 | 5.0000 | 269.00 | 100.0000 | 0.00 | 0.00 | 269.00 | 0.00 | 269.00 | SL | N/A | 0.00 |
| 203 | PRIMARY RED I | 04/07/01 | 10.0000 | 270.00 | 100.0000 | 0.00 | 27.00 | 240.95 | 0.00 | 240.95 | SL | N/A | 0.00 |
| 204 | ALUMINUM LAI | 04/07/01 | 10.0000 | 298.00 | 100.0000 | 0.00 | 30.00 | 265.87 | 0.00 | 265.87 | SL | N/A | 0.00 |
| 205 | BLACK PILLOW | 04/07/01 | 10.0000 | 200.00 | 100.0000 | 0.00 | 20.00 | 178.00 | 0.00 | 178.00 | SL | N/A | 0.00 |
| 206 | TOTEM TABLE | 04/07/01 | 10.0000 | 311.00 | 100.0000 | 0.00 | 31.00 | 277.67 | 0.00 | 277.67 | SL | N/A | 0.00 |
| 207 | LIBRARY TABLI | 04/07/01 | 10.0000 | 141.00 | 100.0000 | 0.00 | 14.00 | 126.22 | 0.00 | 126.22 | SL | N/A | 0.00 |
| 208 | AMERICAN DRI | 04/07/01 | 10.0000 | 260.00 | 100.0000 | 0.00 | 26.00 | 232.10 | 0.00 | 232.10 | SL | N/A | 0.00 |
| 209 | DINING ROOM : | 04/07/01 | 10.0000 | 1,102.00 | 100.0000 | 0.00 | 110.00 | 982.13 | 0.00 | 982.13 | SL | N/A | 0.00 |
| 210 | SMALL GEAR N | 04/07/01 | 10.0000 | 130.00 | 100.0000 | 0.00 | 13.00 | 116.05 | 0.00 | 116.05 | SL | N/A | 0.00 |
| 211 | LARGE GEAR N | 04/07/01 | 10.0000 | 500.00 | 100.0000 | 0.00 | 50.00 | 445.50 | 0.00 | 445.50 | SL | N/A | 0.00 |
| 212 | TRAMP ART | 04/07/01 | 10.0000 | 543.00 | 100.0000 | 0.00 | 54.00 | 483.85 | 0.00 | 483.85 | SL | N/A | 0.00 |
| 213 | CHAISE MALIBL | 04/07/01 | 10.0000 | 965.00 | 100.0000 | 0.00 | 97.00 | 859.87 | 0.00 | 859.87 | SL | N/A | 0.00 |
| 214 | BREUER NESTI | 04/07/01 | 10.0000 | 265.00 | 100.0000 | 0.00 | 27.00 | 235.37 | 0.00 | 235.37 | SL | N/A | 0.00 |
| 215 | JUNIPER MEDII | 04/07/01 | 10.0000 | 212.00 | 100.0000 | 0.00 | 21.00 | 189.48 | 0.00 | 189.48 | SL | N/A | 0.00 |
| 216 | METEOR MEDII | 04/07/01 | 10.0000 | 212.00 | 100.0000 | 0.00 | 21.00 | 189.48 | 0.00 | 189.48 | SL | N/A | 0.00 |
| 217 | JAZZ GLASS T/ | 04/07/01 | 10.0000 | 84.00 | 100.0000 | 0.00 | 8.00 | 75.07 | 0.00 | 75.07 | SL | N/A | 0.00 |
| 218 | FOOTED HURRI | 04/07/01 | 10.0000 | 120.00 | 100.0000 | 0.00 | 12.00 | 107.20 | 0.00 | 107.20 | SL | N/A | 0.00 |
| 219 | ALONG THE W/ | 04/07/01 | 10.0000 | 70.00 | 100.0000 | 0.00 | 7.00 | 61.95 | 0.00 | 61.95 | SL | N/A | 0.00 |
| 220 | TAX | 04/07/01 | 10.0000 | 341.00 | 100.0000 | 0.00 | 34.00 | 304.22 | 0.00 | 304.22 | SL | N/A | 0.00 |
| 221 | COMPUTER | 02/06/02 | 5.0000 | 2,123.00 | 100.0000 | 0.00 | 0.00 | 2,123.00 | 0.00 | 2,123.00 | SL | N/A | 0.00 |
| 222 | PORTIS TABLE: | 02/13/02 | 10.0000 | 597.00 | 100.0000 | 0.00 | 60.00 | 530.80 | 0.00 | 530.80 | SL | N/A | 0.00 |
| 223 | APC REPLACEI | 03/20/02 | 10.0000 | 395.00 | 100.0000 | 0.00 | 40.00 | 352.92 | 0.00 | 352.92 | SL | N/A | 0.00 |
| 224 | COMPUTER | 04/05/02 | 5.0000 | 1,298.00 | 100.0000 | 0.00 | 0.00 | 1,298.00 | 0.00 | 1,298.00 | SL | N/A | 0.00 |
| 225 | COMPUTER | 05/07/02 | 5.0000 | 912.00 | 100.0000 | 0.00 | 0.00 | 912.00 | 0.00 | 912.00 | SL | N/A | 0.00 |
| 226 | ORIGINAL STO( | 05/31/02 | 10.0000 | 1,400.00 | 100.0000 | 0.00 | 140.00 | 1,250.00 | 0.00 | 1,250.00 | SL | N/A | 0.00 |

# OFFICE EQUIPMENT

| System No. | Description | Date In Service | Life | Cost / Other Basis | Bus./ Inv. % | Sec. 179/ Bonus/ (Cur. Yr. Only) | Salvage/ Basis Adj. | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation/ (Sec. 179) | Total Depreciation/ (Sec. 179) | Method | Conv. | Special Allowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 227 | COW HORN CH | 06/07/02 | 10.0000 | 6,986.00 | 100.0000 | 0.00 | 699.00 | 6,226.37 | 0.00 | 6,226.37 | SL | N/A | 0.00 |
| 228 | SONIC FIREWA | 06/12/02 | 5.0000 | 1,710.00 | 100.0000 | 0.00 | 0.00 | 1,710.00 | 0.00 | 1,710.00 | SL | N/A | 0.00 |
| 229 | WAREHOUSE S | 06/21/02 | 10.0000 | 905.00 | 100.0000 | 0.00 | 91.00 | 809.52 | 0.00 | 809.52 | SL | N/A | 0.00 |
| 230 | DATABASE SOl | 07/19/02 | 3.0000 | 424.00 | 100.0000 | 0.00 | 0.00 | 424.00 | 0.00 | 424.00 | SL | N/A | 0.00 |
| 231 | FAX MACHINE | 08/01/02 | 10.0000 | 411.00 | 100.0000 | 0.00 | 41.00 | 367.50 | 0.00 | 367.50 | SL | N/A | 0.00 |
| 232 | OFFICE FURNIT | 08/01/02 | 10.0000 | 3,877.00 | 100.0000 | 0.00 | 388.00 | 3,461.05 | 0.00 | 3,461.05 | SL | N/A | 0.00 |
| 233 | PLYWOOD FOR | 08/02/02 | 10.0000 | 345.00 | 100.0000 | 0.00 | 35.00 | 307.50 | 0.00 | 307.50 | SL | N/A | 0.00 |
| 234 | COMPUTER MC | 08/19/02 | 5.0000 | 585.00 | 100.0000 | 0.00 | 0.00 | 585.00 | 0.00 | 585.00 | SL | N/A | 0.00 |
| 235 | COMPUTER | 09/05/02 | 5.0000 | 557.00 | 100.0000 | 0.00 | 0.00 | 557.00 | 0.00 | 557.00 | SL | N/A | 0.00 |
| 236 | GPS TRACKINC | 09/05/02 | 3.0000 | 977.00 | 100.0000 | 0.00 | 0.00 | 977.00 | 0.00 | 977.00 | SL | N/A | 0.00 |
| 237 | HP 940C PRINT | 09/18/02 | 5.0000 | 182.00 | 100.0000 | 0.00 | 0.00 | 182.00 | 0.00 | 182.00 | SL | N/A | 0.00 |
| 238 | OFFICE FURNIT | 09/20/02 | 10.0000 | 5,798.00 | 100.0000 | 0.00 | 580.00 | 5,191.07 | 0.00 | 5,191.07 | SL | N/A | 0.00 |
| 239 | LICENSE PLATI | 09/20/02 | 10.0000 | 1,745.00 | 100.0000 | 0.00 | 175.00 | 1,561.67 | 0.00 | 1,561.67 | SL | N/A | 0.00 |
| 240 | COMPUTER MC | 09/26/02 | 5.0000 | 390.00 | 100.0000 | 0.00 | 0.00 | 390.00 | 0.00 | 390.00 | SL | N/A | 0.00 |
| 241 | REDO PHONE S | 10/08/02 | 10.0000 | 1,336.00 | 100.0000 | 0.00 | 134.00 | 1,189.93 | 0.00 | 1,189.93 | SL | N/A | 0.00 |
| 242 | VIDEO PROJEC | 10/08/02 | 5.0000 | 1,803.00 | 100.0000 | 0.00 | 0.00 | 1,803.00 | 0.00 | 1,803.00 | SL | N/A | 0.00 |
| 243 | RAINBOW POD | 10/18/02 | 10.0000 | 2,008.00 | 100.0000 | 0.00 | 201.00 | 1,799.33 | 0.00 | 1,799.33 | SL | N/A | 0.00 |
| 244 | COMPUTER - JI | 10/29/02 | 5.0000 | 2,046.00 | 100.0000 | 0.00 | 0.00 | 2,046.00 | 0.00 | 2,046.00 | SL | N/A | 0.00 |
| 245 | LASERJET 3200 | 11/04/02 | 5.0000 | 381.00 | 100.0000 | 0.00 | 0.00 | 381.00 | 0.00 | 381.00 | SL | N/A | 0.00 |
| 246 | OFFICE FURNIT | 11/18/02 | 10.0000 | 8,116.00 | 100.0000 | 0.00 | 812.00 | 7,270.27 | 0.00 | 7,270.27 | SL | N/A | 0.00 |
| 247 | CUBOARDS/M | 12/02/02 | 10.0000 | 1,320.00 | 100.0000 | 0.00 | 132.00 | 1,178.20 | 0.00 | 1,178.20 | SL | N/A | 0.00 |
| 248 | SONIC FIREWA | 12/06/02 | 5.0000 | 1,681.00 | 100.0000 | 0.00 | 0.00 | 1,681.00 | 0.00 | 1,681.00 | SL | N/A | 0.00 |
| 249 | TWIG OAK CHA | 12/04/02 | 10.0000 | 308.00 | 100.0000 | 0.00 | 31.00 | 274.88 | 0.00 | 274.88 | SL | N/A | 0.00 |
| 250 | DRIFTWOOD B/ | 12/04/02 | 10.0000 | 196.00 | 100.0000 | 0.00 | 20.00 | 174.07 | 0.00 | 174.07 | SL | N/A | 0.00 |
| 251 | TOURIST POTS | 12/04/02 | 10.0000 | 255.00 | 100.0000 | 0.00 | 26.00 | 226.68 | 0.00 | 226.68 | SL | N/A | 0.00 |
| 252 | NORWAY CHAII | 12/04/02 | 10.0000 | 600.00 | 100.0000 | 0.00 | 60.00 | 535.00 | 0.00 | 535.00 | SL | N/A | 0.00 |
| 253 | COMPUTER | 12/06/02 | 5.0000 | 516.00 | 100.0000 | 0.00 | 0.00 | 516.00 | 0.00 | 516.00 | SL | N/A | 0.00 |
| 666 | DESKS, FILE CA | 01/03/03 | 10.0000 | 21,390.00 | 100.0000 | 0.00 | 2,139.00 | 19,080.08 | 0.00 | 19,080.08 | SL | N/A | 0.00 |
| 667 | AREA RUGS | 01/23/03 | 10.0000 | 1,307.00 | 100.0000 | 0.00 | 131.00 | 1,169.00 | 0.00 | 1,169.00 | SL | N/A | 0.00 |
| 668 | OFFICE DESK | 01/10/03 | 10.0000 | 4,638.00 | 100.0000 | 0.00 | 464.00 | 4,129.22 | 0.00 | 4,129.22 | SL | N/A | 0.00 |
| 670 | RUG | 02/19/03 | 10.0000 | 2,160.00 | 100.0000 | 0.00 | 216.00 | 1,934.20 | 0.00 | 1,934.20 | SL | N/A | 0.00 |
| 671 | OFFICE CHAIRS | 02/20/03 | 10.0000 | 9,326.00 | 100.0000 | 0.00 | 933.00 | 8,348.44 | 0.00 | 8,348.44 | SL | N/A | 0.00 |
| 672 | REFRIGERATOF | 03/07/03 | 10.0000 | 1,519.00 | 100.0000 | 0.00 | 152.00 | 1,353.89 | 0.00 | 1,353.89 | SL | N/A | 0.00 |
| 673 | PHONE SYSTEI | 04/23/03 | 10.0000 | 11,406.00 | 100.0000 | 0.00 | 1,141.00 | 10,207.13 | 0.00 | 10,207.13 | SL | N/A | 0.00 |
| 674 | STORAGE shelv | 06/18/03 | 10.0000 | 1,480.00 | 100.0000 | 0.00 | 148.00 | 1,326.50 | 0.00 | 1,326.50 | SL | N/A | 0.00 |
| 675 | RACKS FOR CL | 07/11/03 | 10.0000 | 24,776.00 | 100.0000 | 0.00 | 2,478.00 | 22,060.08 | 0.00 | 22,060.08 | SL | N/A | 0.00 |
| 676 | SHELVES | 07/14/03 | 10.0000 | 6,517.00 | 100.0000 | 0.00 | 652.00 | 5,797.88 | 0.00 | 5,797.88 | SL | N/A | 0.00 |
| 677 | ANTIQUE CASH | 08/07/03 | 10.0000 | 400.00 | 100.0000 | 0.00 | 40.00 | 356.00 | 0.00 | 356.00 | SL | N/A | 0.00 |
| 678 | HP 5500N PRIN | 08/18/03 | 5.0000 | 4,433.00 | 100.0000 | 0.00 | 0.00 | 4,433.00 | 0.00 | 4,433.00 | SL | N/A | 0.00 |
| 680 | COMPUTERS | 09/24/03 | 5.0000 | 2,360.00 | 100.0000 | 0.00 | 0.00 | 2,360.00 | 0.00 | 2,360.00 | SL | N/A | 0.00 |
| 681 | COMPUTERS | 09/24/03 | 5.0000 | 1,733.00 | 100.0000 | 0.00 | 0.00 | 1,733.00 | 0.00 | 1,733.00 | SL | N/A | 0.00 |
| 682 | SHOP VAC | 10/29/03 | 10.0000 | 373.00 | 100.0000 | 0.00 | 37.00 | 333.20 | 0.00 | 333.20 | SL | N/A | 0.00 |
| 683 | LAPTOP COMP | 10/30/03 | 5.0000 | 2,070.00 | 100.0000 | 0.00 | 0.00 | 2,070.00 | 0.00 | 2,070.00 | SL | N/A | 0.00 |
| 686 | 2004 TOYOTA 4 | 12/27/03 | 5.0000 | 31,384.00 | 100.0000 | 0.00 | 0.00 | 31,384.00 | 0.00 | 31,384.00 | SL | N/A | 0.00 |
| 687 | EXTND WRTY - | 12/27/03 | 5.0000 | 1,499.00 | 100.0000 | 0.00 | 0.00 | 1,499.00 | 0.00 | 1,499.00 | SL | N/A | 0.00 |
| 688 | PRINTER/FAX | 12/29/03 | 5.0000 | 1,116.00 | 100.0000 | 0.00 | 0.00 | 1,116.00 | 0.00 | 1,116.00 | SL | N/A | 0.00 |
| 689 | CHANDELIER | 12/31/03 | 10.0000 | 540.00 | 100.0000 | 0.00 | 54.00 | 482.55 | 0.00 | 482.55 | SL | N/A | 0.00 |
| 706 | OFFICE CHAIRS | 02/09/04 | 10.0000 | 2,337.00 | 100.0000 | 0.00 | 234.00 | 2,080.80 | 0.00 | 2,080.80 | SL | N/A | 0.00 |
| 707 | DESK, FILE CAE | 02/19/04 | 10.0000 | 6,930.00 | 100.0000 | 0.00 | 693.00 | 6,205.17 | 0.00 | 6,205.17 | SL | N/A | 0.00 |
| 709 | COMPUTER MC | 03/04/04 | 5.0000 | 925.00 | 100.0000 | 0.00 | 0.00 | 908.41 | 0.00 | 908.41 | SL | N/A | 0.00 |

# OFFICE EQUIPMENT

| System No. | Description | Date in Service | Life | Cost / Other Basis | Bus./Inv. % | Sec. 179/ Bonus/(Cur. Yr. Only) | Salvage/ Basis Adj. | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation/ (Sec. 179) | Total Depreciation/ (Sec. 179) | Method | Conv. | Special Allowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 710 | COMPUTER | 03/23/04 | 5.0000 | 452.00 | 100.0000 | 0.00 | 0.00 | 446.46 | 0.00 | 446.46 | SL | N/A | 0.00 |
| 713 | COMPUTERS (2 | 05/11/04 | 5.0000 | 4,241.00 | 100.0000 | 0.00 | 0.00 | 4,148.23 | 0.00 | 4,148.23 | SL | N/A | 0.00 |
| 714 | RICOH COPIER | 05/19/04 | 10.0000 | 3,295.00 | 100.0000 | 0.00 | 330.00 | 2,950.83 | 0.00 | 2,950.83 | SL | N/A | 0.00 |
| 715 | HYPERCOM W/ | 06/15/04 | 10.0000 | 637.00 | 100.0000 | 0.00 | 64.00 | 565.90 | 0.00 | 565.90 | SL | N/A | 0.00 |
| 716 | ARTWORK PAIN | 07/08/04 | 10.0000 | 4,000.00 | 100.0000 | 0.00 | 400.00 | 3,564.00 | 0.00 | 3,564.00 | SL | N/A | 0.00 |
| 717 | SHELVES | 07/30/04 | 10.0000 | 899.00 | 100.0000 | 0.00 | 90.00 | 802.85 | 0.00 | 802.85 | SL | N/A | 0.00 |
| 718 | BASKET | 08/04/04 | 10.0000 | 1,195.00 | 100.0000 | 0.00 | 120.00 | 1,064.75 | 0.00 | 1,064.75 | SL | N/A | 0.00 |
| 719 | COMPUTER MC | 08/05/04 | 5.0000 | 379.00 | 100.0000 | 0.00 | 0.00 | 371.69 | 0.00 | 371.69 | SL | N/A | 0.00 |
| 720 | DIGITAL CAMEI | 08/31/04 | 10.0000 | 260.00 | 100.0000 | 0.00 | 26.00 | 232.05 | 0.00 | 232.05 | SL | N/A | 0.00 |
| 723 | RAINBOW VACI | 10/05/04 | 10.0000 | 1,806.00 | 100.0000 | 0.00 | 181.00 | 1,609.33 | 0.00 | 1,609.33 | SL | N/A | 0.00 |
| 724 | TELEPHONES (: | 10/06/04 | 10.0000 | 518.00 | 100.0000 | 0.00 | 52.00 | 461.67 | 0.00 | 461.67 | SL | N/A | 0.00 |
| 725 | WOOD COVERII | 10/14/04 | 10.0000 | 981.00 | 100.0000 | 0.00 | 98.00 | 872.67 | 0.00 | 872.67 | SL | N/A | 0.00 |
| 727 | DIGITAL CAMEI | 10/30/04 | 10.0000 | 1,500.00 | 100.0000 | 0.00 | 150.00 | 1,339.25 | 0.00 | 1,339.25 | SL | N/A | 0.00 |
| 728 | COMPUTERS | 10/30/04 | 10.0000 | 3,630.00 | 100.0000 | 0.00 | 363.00 | 3,241.23 | 0.00 | 3,241.23 | SL | N/A | 0.00 |
| 729 | SONIC FIREWA | 11/22/04 | 10.0000 | 611.00 | 100.0000 | 0.00 | 61.00 | 546.83 | 0.00 | 546.83 | SL | N/A | 0.00 |
| 731 | DELL SERVER | 12/21/04 | 5.0000 | 11,053.00 | 100.0000 | 0.00 | 0.00 | 10,928.91 | 0.00 | 10,928.91 | SL | N/A | 0.00 |
| 732 | FLAT MONITOR | 12/21/04 | 5.0000 | 528.00 | 100.0000 | 0.00 | 0.00 | 522.40 | 0.00 | 522.40 | SL | N/A | 0.00 |
| 733 | HP 8150N PRIN | 12/23/04 | 5.0000 | 2,764.00 | 100.0000 | 0.00 | 0.00 | 2,730.52 | 0.00 | 2,730.52 | SL | N/A | 0.00 |
| 734 | ROAMING LAPT | 12/30/04 | 5.0000 | 1,667.00 | 100.0000 | 0.00 | 0.00 | 1,640.00 | 0.00 | 1,640.00 | SL | N/A | 0.00 |
| 735 | COMPUTER | 12/31/04 | 5.0000 | 2,118.00 | 100.0000 | 0.00 | 0.00 | 2,082.89 | 0.00 | 2,082.89 | SL | N/A | 0.00 |
| 755 | COMPUTER - D | 02/17/05 | 5.0000 | 1,534.00 | 100.0000 | 0.00 | 0.00 | 1,519.16 | 0.00 | 1,519.16 | SL | N/A | 0.00 |
| 756 | RACKS-311 S W | 02/23/05 | 5.0000 | 3,171.00 | 100.0000 | 0.00 | 317.00 | 2,835.58 | 0.00 | 2,835.58 | SL | N/A | 0.00 |
| 757 | PLANTERS | 05/11/05 | 10.0000 | 3,227.00 | 100.0000 | 0.00 | 323.00 | 2,872.40 | 0.00 | 2,872.40 | SL | N/A | 0.00 |
| 759 | OFFICE CHAIR: | 03/23/05 | 10.0000 | 3,601.00 | 100.0000 | 0.00 | 360.00 | 3,221.72 | 0.00 | 3,221.72 | SL | N/A | 0.00 |
| 760 | DELL BACKUP | 03/31/05 | 5.0000 | 864.00 | 100.0000 | 0.00 | 0.00 | 850.39 | 0.00 | 850.39 | SL | N/A | 0.00 |
| 761 | NETWORK SER | 03/31/05 | 5.0000 | 732.00 | 100.0000 | 0.00 | 0.00 | 720.20 | 0.00 | 720.20 | SL | N/A | 0.00 |
| 762 | DELL 1700N PF | 03/31/05 | 5.0000 | 349.00 | 100.0000 | 0.00 | 0.00 | 343.23 | 0.00 | 343.23 | SL | N/A | 0.00 |
| 765 | COMPUTER DE | 04/21/05 | 5.0000 | 1,488.00 | 100.0000 | 0.00 | 0.00 | 1,471.59 | 0.00 | 1,471.59 | SL | N/A | 0.00 |
| 766 | CHUCK LAPTO | 04/21/05 | 5.0000 | 1,872.00 | 100.0000 | 0.00 | 0.00 | 1,851.39 | 0.00 | 1,851.39 | SL | N/A | 0.00 |
| 768 | 1600N PRINTEF | 04/21/05 | 5.0000 | 424.00 | 100.0000 | 0.00 | 0.00 | 419.79 | 0.00 | 419.79 | SL | N/A | 0.00 |
| 769 | SERVER EQUIP | 05/19/05 | 5.0000 | 839.00 | 100.0000 | 0.00 | 0.00 | 830.53 | 0.00 | 830.53 | SL | N/A | 0.00 |
| 770 | 16 PORT BOAR | 05/19/05 | 10.0000 | 3,331.00 | 100.0000 | 0.00 | 333.00 | 2,983.53 | 0.00 | 2,983.53 | SL | N/A | 0.00 |
| 771 | ART WORK -FIE | 06/02/05 | 10.0000 | 3,757.00 | 100.0000 | 0.00 | 376.00 | 3,352.40 | 0.00 | 3,352.40 | SL | N/A | 0.00 |
| 772 | SAFE | 06/16/05 | 10.0000 | 507.00 | 100.0000 | 0.00 | 51.00 | 454.20 | 0.00 | 454.20 | SL | N/A | 0.00 |
| 773 | 1600N PRINTEF | 06/20/05 | 5.0000 | 613.00 | 100.0000 | 0.00 | 0.00 | 606.28 | 0.00 | 606.28 | SL | N/A | 0.00 |
| 774 | 1700N PRINTEF | 06/20/05 | 5.0000 | 443.00 | 100.0000 | 0.00 | 0.00 | 438.11 | 0.00 | 438.11 | SL | N/A | 0.00 |
| 775 | COMPUTER OF | 06/20/05 | 5.0000 | 1,502.00 | 100.0000 | 0.00 | 0.00 | 1,485.95 | 0.00 | 1,485.95 | SL | N/A | 0.00 |
| 776 | COMPUTER OF | 06/20/05 | 5.0000 | 1,502.00 | 100.0000 | 0.00 | 0.00 | 1,502.00 | 0.00 | 1,502.00 | SL | N/A | 0.00 |
| 777 | 1998 CHEVY VA | 06/27/05 | 5.0000 | 4,293.00 | 100.0000 | 0.00 | 0.00 | 4,231.92 | 0.00 | 4,231.92 | SL | N/A | 0.00 |
| 780 | ACCTG WRK S' | 08/16/05 | 5.0000 | 1,352.00 | 100.0000 | 0.00 | 0.00 | 1,317.99 | 0.00 | 1,317.99 | SL | N/A | 0.00 |
| 781 | FILE SERVER E | 08/16/05 | 5.0000 | 3,164.00 | 100.0000 | 0.00 | 0.00 | 3,084.98 | 0.00 | 3,084.98 | SL | N/A | 0.00 |
| 782 | RACKMOUNT K | 08/16/05 | 5.0000 | 1,115.00 | 100.0000 | 0.00 | 0.00 | 1,087.50 | 0.00 | 1,087.50 | SL | N/A | 0.00 |
| 783 | WEB SWITCH | 08/16/05 | 5.0000 | 286.00 | 100.0000 | 0.00 | 0.00 | 278.99 | 0.00 | 278.99 | SL | N/A | 0.00 |
| 784 | TAPE DRIVE | 08/16/05 | 5.0000 | 1,062.00 | 100.0000 | 0.00 | 0.00 | 1,035.99 | 0.00 | 1,035.99 | SL | N/A | 0.00 |
| 786 | SHELVING | 08/23/05 | 10.0000 | 2,210.00 | 100.0000 | 0.00 | 221.00 | 1,977.32 | 0.00 | 1,977.32 | SL | N/A | 0.00 |
| 787 | FILE CABINETS | 08/26/05 | 10.0000 | 8,015.00 | 100.0000 | 0.00 | 802.00 | 7,163.86 | 0.00 | 7,163.86 | SL | N/A | 0.00 |
| 788 | ROLLING FILE ( | 08/26/05 | 10.0000 | 3,316.00 | 100.0000 | 0.00 | 332.00 | 2,963.87 | 0.00 | 2,963.87 | SL | N/A | 0.00 |
| 789 | WAREHOUSE s | 08/31/05 | 10.0000 | 1,224.00 | 100.0000 | 0.00 | 122.00 | 1,092.68 | 0.00 | 1,092.68 | SL | N/A | 0.00 |
| 790 | PHONE 12 LINE | 09/06/05 | 10.0000 | 313.00 | 100.0000 | 0.00 | 31.00 | 278.85 | 0.00 | 278.85 | SL | N/A | 0.00 |
| 793 | PRINTERS | 10/21/05 | 5.0000 | 265.00 | 100.0000 | 0.00 | 0.00 | 261.74 | 0.00 | 261.74 | SL | N/A | 0.00 |

# OFFICE EQUIPMENT

| System No. | Description | Date In Service | Life | Cost / Other Basis | Bus./Inv. % | Sec. 179/ Bonus/ (Cur. Yr. Only) | Salvage/ Basis Adj. | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation/ (Sec. 179) | Total Depreciation/ (Sec. 179) | Method | Conv. | Special Allowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 794 | DESKS / FILE C | 10/31/05 | 10.0000 | 13,978.00 | 100.0000 | 0.00 | 1,398.00 | 12,475.50 | 0.00 | 12,475.50 | SL | N/A | 0.00 |
| 795 | SHADES (GRAF | 11/09/05 | 10.0000 | 720.00 | 100.0000 | 0.00 | 72.00 | 641.20 | 0.00 | 641.20 | SL | N/A | 0.00 |
| 798 | PHONE /AMY'S | 12/30/05 | 10.0000 | 443.00 | 100.0000 | 0.00 | 44.00 | 395.88 | 0.00 | 395.88 | SL | N/A | 0.00 |
| 807 | WALL HANGINC | 02/07/06 | 10.0000 | 630.00 | 100.0000 | 0.00 | 63.00 | 560.60 | 0.00 | 560.60 | SL | N/A | 0.00 |
| 808 | COMPUTER | 02/09/06 | 5.0000 | 2,474.00 | 100.0000 | 0.00 | 0.00 | 2,419.40 | 0.00 | 2,419.40 | SL | N/A | 0.00 |
| 809 | COMPUTER | 02/09/06 | 5.0000 | 977.00 | 100.0000 | 0.00 | 0.00 | 955.20 | 0.00 | 955.20 | SL | N/A | 0.00 |
| 810 | COMPUTER | 02/09/06 | 5.0000 | 1,980.00 | 100.0000 | 0.00 | 0.00 | 1,937.00 | 0.00 | 1,937.00 | SL | N/A | 0.00 |
| 811 | FREESTANDINC | 04/04/06 | 10.0000 | 824.00 | 100.0000 | 0.00 | 82.00 | 734.97 | 0.00 | 734.97 | SL | N/A | 0.00 |
| 812 | CASH REGISTE | 04/12/06 | 10.0000 | 750.00 | 100.0000 | 0.00 | 75.00 | 667.25 | 0.00 | 667.25 | SL | N/A | 0.00 |
| 813 | STONE SIGN | 04/13/06 | 10.0000 | 494.00 | 100.0000 | 0.00 | 49.00 | 439.42 | 0.00 | 439.42 | SL | N/A | 0.00 |
| 814 | WRAY COMPU | 04/30/06 | 10.0000 | 2,051.00 | 100.0000 | 0.00 | 205.00 | 1,831.95 | 0.00 | 1,831.95 | SL | N/A | 0.00 |
| 815 | PAINTING | 05/04/06 | 10.0000 | 1,800.00 | 100.0000 | 0.00 | 180.00 | 1,605.50 | 0.00 | 1,605.50 | SL | N/A | 0.00 |
| 816 | WORK CHAIRS | 06/01/06 | 10.0000 | 1,563.00 | 100.0000 | 0.00 | 156.00 | 1,395.50 | 0.00 | 1,395.50 | SL | N/A | 0.00 |
| 817 | GRAPHICS PRII | 06/13/06 | 10.0000 | 1,009.00 | 100.0000 | 0.00 | 101.00 | 897.67 | 0.00 | 897.67 | SL | N/A | 0.00 |
| 818 | NOTEBOOK - KI | 06/16/06 | 5.0000 | 1,214.00 | 100.0000 | 0.00 | 0.00 | 1,204.56 | 0.00 | 1,204.56 | SL | N/A | 0.00 |
| 819 | BOOM LIFT | 07/26/06 | 10.0000 | 10,800.00 | 100.0000 | 0.00 | 1,080.00 | 9,655.00 | 0.00 | 9,655.00 | SL | N/A | 0.00 |
| 820 | COMPUTER - N | 08/31/06 | 5.0000 | 2,114.00 | 100.0000 | 0.00 | 0.00 | 2,079.02 | 0.00 | 2,079.02 | SL | N/A | 0.00 |
| 823 | COPIER | 10/16/06 | 10.0000 | 5,315.00 | 100.0000 | 0.00 | 532.00 | 4,723.27 | 0.00 | 4,723.27 | SL | N/A | 0.00 |
| 825 | SERVER BETTE | 10/25/06 | 5.0000 | 1,105.00 | 100.0000 | 0.00 | 0.00 | 1,090.74 | 0.00 | 1,090.74 | SL | N/A | 0.00 |
| 827 | LAPTOP - STEV | 10/31/06 | 5.0000 | 1,539.00 | 100.0000 | 0.00 | 0.00 | 1,513.24 | 0.00 | 1,513.24 | SL | N/A | 0.00 |
| 831 | APPLE COMPU | 12/30/06 | 5.0000 | 2,491.00 | 100.0000 | 0.00 | 0.00 | 2,451.27 | 0.00 | 2,451.27 | SL | N/A | 0.00 |
| 832 | APPLE COMPU | 01/05/06 | 5.0000 | 17,649.00 | 100.0000 | 0.00 | 0.00 | 17,306.13 | 0.00 | 17,306.13 | SL | N/A | 0.00 |
| 838 | TRAVEL LAPTO | 01/22/07 | 5.0000 | 1,672.00 | 100.0000 | 0.00 | 0.00 | 1,651.60 | 0.00 | 1,651.60 | SL | N/A | 0.00 |
| 839 | LAPTOP - WRA` | 04/17/07 | 5.0000 | 2,626.00 | 100.0000 | 0.00 | 0.00 | 2,603.08 | 0.00 | 2,603.08 | SL | N/A | 0.00 |
| 840 | BABY SHRINK\ | 06/26/07 | 10.0000 | 2,543.00 | 100.0000 | 0.00 | 254.00 | 2,178.10 | 95.38 | 2,273.48 | SL | N/A | 0.00 |
| 841 | BAR STOOLS | 07/11/07 | 10.0000 | 1,485.00 | 100.0000 | 0.00 | 149.00 | 1,265.40 | 55.67 | 1,321.07 | SL | N/A | 0.00 |
| 842 | COMPUTER - B | 11/26/07 | 5.0000 | 1,047.00 | 100.0000 | 0.00 | 0.00 | 1,032.10 | 0.00 | 1,032.10 | SL | N/A | 0.00 |
| 843 | LAPTOP - JAYS | 11/26/07 | 5.0000 | 1,930.00 | 100.0000 | 0.00 | 0.00 | 1,902.65 | 0.00 | 1,902.65 | SL | N/A | 0.00 |
| 847 | PAINTING | 02/06/08 | 10.0000 | 1,120.00 | 100.0000 | 0.00 | 112.00 | 898.80 | 100.80 | 999.60 | SL | N/A | 0.00 |
| 848 | MAC COMPUTE | 03/31/08 | 5.0000 | 3,056.00 | 100.0000 | 0.00 | 0.00 | 3,056.00 | 0.00 | 3,056.00 | SL | N/A | 0.00 |
| 849 | 13" MACBOOK | 04/30/08 | 5.0000 | 1,328.00 | 100.0000 | 0.00 | 0.00 | 1,328.00 | 0.00 | 1,328.00 | SL | N/A | 0.00 |
| 850 | MAC LAPTOP - | 04/30/08 | 5.0000 | 2,605.00 | 100.0000 | 0.00 | 0.00 | 2,605.00 | 0.00 | 2,605.00 | SL | N/A | 0.00 |
| 851 | MAC PRO COM | 08/30/08 | 5.0000 | 4,833.00 | 100.0000 | 0.00 | 0.00 | 4,833.00 | 0.00 | 4,833.00 | SL | N/A | 0.00 |
| 852 | ROLLING LADD | 12/31/08 | 10.0000 | 2,000.00 | 100.0000 | 0.00 | 200.00 | 1,440.00 | 180.00 | 1,620.00 | SL | N/A | 0.00 |
| 853 | SET DESKS, FIL | 12/01/08 | 10.0000 | 5,000.00 | 100.0000 | 0.00 | 500.00 | 3,637.50 | 450.00 | 4,087.50 | SL | N/A | 0.00 |
| 855 | OFFICE FURNIT | 12/01/08 | 10.0000 | 89,334.00 | 100.0000 | 0.00 | 8,933.00 | 64,990.81 | 8,040.10 | 73,030.91 | SL | N/A | 0.00 |
| 947 | TELEPHONE SY | 12/17/09 | 10.0000 | 38,869.00 | 100.0000 | 0.00 | 3,887.00 | 28,277.12 | 3,498.20 | 31,775.32 | SL | N/A | 0.00 |
| 949 | NEW LAPTOP ( | 12/17/09 | 5.0000 | 1,630.00 | 100.0000 | 0.00 | 163.00 | 1,467.00 | 0.00 | 1,467.00 | SL | N/A | 0.00 |
| 950 | DELL COMPUT | 12/29/09 | 5.0000 | 1,255.00 | 100.0000 | 0.00 | 126.00 | 1,129.00 | 0.00 | 1,129.00 | SL | N/A | 0.00 |
| 960 | GRAPHIC PRIN | 02/23/10 | 10.0000 | 5,004.54 | 100.0000 | 0.00 | 500.00 | 3,078.07 | 450.45 | 3,528.52 | SL | N/A | 0.00 |
| 961 | PLAINVILLE - FI | 08/25/10 | 10.0000 | 4,028.47 | 100.0000 | 0.00 | 0.00 | 4,028.47 | 0.00 | 4,028.47 | SL | N/A | 0.00 |
| 962 | JAYSON LAPTC | 11/30/10 | 10.0000 | 1,941.04 | 100.0000 | 0.00 | 0.00 | 1,941.04 | 0.00 | 1,941.04 | SL | N/A | 0.00 |
| 965 | REFRIGERATO | 08/15/11 | 10.0000 | 1,406.82 | 100.0000 | 0.00 | 140.68 | 685.80 | 126.61 | 812.41 | SL | N/A | 0.00 |
| 966 | APPLE LAPTOF | 10/31/11 | 5.0000 | 1,918.00 | 100.0000 | 0.00 | 0.00 | 1,918.00 | 0.00 | 1,918.00 | SL | N/A | 0.00 |
| 967 | Warehouse She | 01/31/12 | 10.0000 | 2,733.02 | 100.0000 | 0.00 | 0.00 | 1,343.73 | 273.30 | 1,617.03 | SL | N/A | 0.00 |
| 968 | Warehouse She | 05/31/12 | 10.0000 | 2,441.32 | 100.0000 | 0.00 | 0.00 | 1,118.93 | 244.13 | 1,363.06 | SL | N/A | 0.00 |
| 973 | Order Processin | 01/25/13 | 10.0000 | 2,300.00 | 100.0000 | 0.00 | 230.00 | 810.75 | 207.00 | 1,017.75 | SL | N/A | 0.00 |
| 974 | Network Switch | 08/23/13 | 5.0000 | 3,858.00 | 100.0000 | 0.00 | 386.00 | 2,314.67 | 694.40 | 3,009.07 | SL | N/A | 0.00 |
| 975 | Security Plus Fii | 08/31/13 | 5.0000 | 1,780.00 | 100.0000 | 0.00 | 0.00 | 1,780.00 | 0.00 | 1,780.00 | MSL | HY | 0.00 |
| 977 | 2 Apple MacBoc | 01/31/14 | 5.0000 | 7,324.00 | 100.0000 | 0.00 | 0.00 | 4,272.33 | 1,464.80 | 5,737.13 | SL | N/A | 0.00 |

**OFFICE EQUIPMENT**

| System No. | Description | Date in Service | Life | Cost / Other Basis | Bus. / Inv. % | Sec. 179/ Bonus/ (Cur. Yr. Only) | Salvage/ Basis Adj. | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation/ (Sec. 179) | Total Depreciation/ (Sec. 179) | Method | Conv. | Special Allowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 978 | Laptop Comput | 01/14/14 | 5.0000 | 1,017.00 | 100.0000 | 0.00 | 0.00 | 610.20 | 203.40 | 813.60 | SL | N/A | 0.00 |
| 979 | Credenza in Tro | 04/17/14 | 10.0000 | 4,642.00 | 100.0000 | 0.00 | 464.00 | 1,114.13 | 417.80 | 1,531.93 | SL | N/A | 0.00 |
| 980 | Storage Contain | 12/12/14 | 10.0000 | 5,299.00 | 100.0000 | 0.00 | 530.00 | 993.54 | 476.90 | 1,470.44 | SL | N/A | 0.00 |
| 981 | 2013 Ford Trans | 02/28/14 | 5.0000 | 13,001.00 | 100.0000 | 0.00 | 0.00 | 7,367.23 | 2,600.20 | 9,967.43 | SL | N/A | 0.00 |
| 983 | Laptop Comput | 01/14/14 | 5.0000 | 1,028.00 | 100.0000 | 0.00 | 0.00 | 616.80 | 205.60 | 822.40 | SL | N/A | 0.00 |
| 984 | Brad Comeau C | 12/16/14 | 5.0000 | 1,157.00 | 100.0000 | 0.00 | 0.00 | 482.08 | 231.40 | 713.48 | SL | N/A | 0.00 |
| 985 | Savin Copier | 06/16/15 | 5.0000 | 2,607.60 | 100.0000 | 0.00 | 0.00 | 1,355.95 | 500.66 | 1,856.61 | M | HY | 0.00 |
| 986 | iMac Graphics C | 06/30/15 | 5.0000 | 2,217.54 | 100.0000 | 0.00 | 0.00 | 665.27 | 443.51 | 1,108.78 | SL | N/A | 0.00 |
| 987 | Surface Pro 3 La | 07/31/15 | 5.0000 | 1,467.11 | 100.0000 | 0.00 | 0.00 | 415.68 | 293.42 | 709.10 | SL | N/A | 0.00 |
| 988 | iMac Computer | 10/31/15 | 5.0000 | 1,273.12 | 100.0000 | 0.00 | 0.00 | 297.06 | 254.62 | 551.68 | SL | N/A | 0.00 |
| 989 | MAS200 Server | 12/18/15 | 5.0000 | 1,996.31 | 100.0000 | 0.00 | 0.00 | 399.26 | 399.26 | 798.52 | SL | N/A | 0.00 |
| 990 | 3 Area Rugs and | 04/30/16 | 10.0000 | 8,500.71 | 100.0000 | 0.00 | 850.00 | 510.05 | 765.07 | 1,275.12 | SL | N/A | 0.00 |
| 991 | 40' Storage Con | 07/31/16 | 10.0000 | 4,142.00 | 100.0000 | 0.00 | 414.00 | 155.33 | 372.80 | 528.13 | SL | N/A | 0.00 |
| **Subtotal: OFFICE EQUIPMENT** | | | | 1,104,869.60 | | 0.00 | 70,122.68 | 964,812.35 | 23,045.48 | 987,857.83 | | | 0.00 |
| Less dispositions and exchanges: | | | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| **Net for: OFFICE EQUIPMENT** | | | | 1,104,869.60 | | 0.00 | 70,122.68 | 964,812.35 | 23,045.48 | 987,857.83 | | | 0.00 |

**SHOWROOM MODELS**

| System No. | Description | Date in Service | Life | Cost / Other Basis | Bus. / Inv. % | Sec. 179/ Bonus/ (Cur. Yr. Only) | Salvage/ Basis Adj. | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation/ (Sec. 179) | Total Depreciation/ (Sec. 179) | Method | Conv. | Special Allowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 281 | ELTON SOFA | 09/01/93 | 10.0000 | 2,200.00 | 100.0000 | 0.00 | 220.00 | 1,980.00 | 0.00 | 1,980.00 | SL | N/A | 0.00 |
| 285 | LOUIS XVI SIDE | 09/01/93 | 10.0000 | 1,094.00 | 100.0000 | 0.00 | 109.00 | 985.00 | 0.00 | 985.00 | SL | N/A | 0.00 |
| 299 | MODENA TABL | 07/01/94 | 10.0000 | 569.00 | 100.0000 | 0.00 | 57.00 | 512.00 | 0.00 | 512.00 | SL | N/A | 0.00 |
| 300 | ORLEANS TABL | 07/01/94 | 10.0000 | 894.00 | 100.0000 | 0.00 | 89.00 | 805.00 | 0.00 | 805.00 | SL | N/A | 0.00 |
| 301 | SOMERSET BRI | 09/17/94 | 10.0000 | 4,704.00 | 100.0000 | 0.00 | 470.00 | 4,234.00 | 0.00 | 4,234.00 | SL | N/A | 0.00 |
| 303 | GEORGIAN DIN | 11/22/94 | 10.0000 | 3,649.00 | 100.0000 | 0.00 | 365.00 | 3,284.00 | 0.00 | 3,284.00 | SL | N/A | 0.00 |
| 305 | WENTWORTH S | 12/01/94 | 10.0000 | 522.00 | 100.0000 | 0.00 | 52.00 | 470.00 | 0.00 | 470.00 | SL | N/A | 0.00 |
| 309 | LOUIS XVI SIDE | 11/28/94 | 10.0000 | 1,078.00 | 100.0000 | 0.00 | 108.00 | 970.00 | 0.00 | 970.00 | SL | N/A | 0.00 |
| 311 | MODENA TABL | 09/17/94 | 10.0000 | 569.00 | 100.0000 | 0.00 | 57.00 | 512.00 | 0.00 | 512.00 | SL | N/A | 0.00 |
| 313 | WILKINSON FLC | 09/17/94 | 10.0000 | 659.00 | 100.0000 | 0.00 | 66.00 | 593.00 | 0.00 | 593.00 | SL | N/A | 0.00 |
| 327 | BROOKE SIDEC | 03/14/95 | 10.0000 | 533.00 | 100.0000 | 0.00 | 53.00 | 480.00 | 0.00 | 480.00 | SL | N/A | 0.00 |
| 331 | FREMONT SIDI | 10/13/95 | 10.0000 | 1,150.00 | 100.0000 | 0.00 | 115.00 | 1,035.00 | 0.00 | 1,035.00 | SL | N/A | 0.00 |
| 335 | LINLEY CLUB C | 03/14/95 | 10.0000 | 1,209.00 | 100.0000 | 0.00 | 121.00 | 1,088.00 | 0.00 | 1,088.00 | SL | N/A | 0.00 |
| 336 | ORLEANS TABL | 03/14/95 | 10.0000 | 820.00 | 100.0000 | 0.00 | 82.00 | 738.00 | 0.00 | 738.00 | SL | N/A | 0.00 |
| 337 | DUVAUX CHAN | 03/14/95 | 10.0000 | 5,116.00 | 100.0000 | 0.00 | 512.00 | 4,604.00 | 0.00 | 4,604.00 | SL | N/A | 0.00 |
| 346 | WERTH SIDEC- | 06/28/96 | 10.0000 | 350.00 | 100.0000 | 0.00 | 35.00 | 315.00 | 0.00 | 315.00 | SL | N/A | 0.00 |
| 348 | WERTH SIDEC- | 04/26/96 | 10.0000 | 500.00 | 100.0000 | 0.00 | 50.00 | 450.00 | 0.00 | 450.00 | SL | N/A | 0.00 |
| 349 | ELLIOTT BERGI | 04/26/96 | 10.0000 | 365.00 | 100.0000 | 0.00 | 37.00 | 328.00 | 0.00 | 328.00 | SL | N/A | 0.00 |
| 353 | WERTH SIDEC- | 05/03/96 | 10.0000 | 500.00 | 100.0000 | 0.00 | 50.00 | 450.00 | 0.00 | 450.00 | SL | N/A | 0.00 |
| 356 | WERTH SIDEC- | 03/15/96 | 10.0000 | 500.00 | 100.0000 | 0.00 | 50.00 | 450.00 | 0.00 | 450.00 | SL | N/A | 0.00 |
| 359 | OTLEY MIRROF | 08/16/96 | 10.0000 | 1,932.00 | 100.0000 | 0.00 | 193.00 | 1,739.00 | 0.00 | 1,739.00 | SL | N/A | 0.00 |
| 361 | COLERIDGE DII | 01/15/96 | 10.0000 | 2,370.00 | 100.0000 | 0.00 | 237.00 | 2,133.00 | 0.00 | 2,133.00 | SL | N/A | 0.00 |
| 363 | BROOKE SIDEC | 01/15/96 | 10.0000 | 465.00 | 100.0000 | 0.00 | 47.00 | 418.00 | 0.00 | 418.00 | SL | N/A | 0.00 |
| 364 | WERTH SIDEC- | 05/10/96 | 10.0000 | 500.00 | 100.0000 | 0.00 | 50.00 | 450.00 | 0.00 | 450.00 | SL | N/A | 0.00 |
| 365 | NELSON BERGI | 01/15/96 | 10.0000 | 1,324.00 | 100.0000 | 0.00 | 132.00 | 1,192.00 | 0.00 | 1,192.00 | SL | N/A | 0.00 |
| 366 | FREMONT SIDI | 01/15/96 | 10.0000 | 1,150.00 | 100.0000 | 0.00 | 115.00 | 1,035.00 | 0.00 | 1,035.00 | SL | N/A | 0.00 |
| 370 | ELLINGTON WII | 01/15/96 | 10.0000 | 735.00 | 100.0000 | 0.00 | 74.00 | 661.00 | 0.00 | 661.00 | SL | N/A | 0.00 |
| 371 | MODENA TABL | 01/15/96 | 10.0000 | 550.00 | 100.0000 | 0.00 | 55.00 | 495.00 | 0.00 | 495.00 | SL | N/A | 0.00 |
| 376 | AVIGNON CHES | 10/18/96 | 10.0000 | 3,218.00 | 100.0000 | 0.00 | 322.00 | 2,896.00 | 0.00 | 2,896.00 | SL | N/A | 0.00 |
| 377 | WERTH ARMCH | 10/18/96 | 10.0000 | 495.00 | 100.0000 | 0.00 | 50.00 | 445.00 | 0.00 | 445.00 | SL | N/A | 0.00 |
| 383 | ST. GERMAIN F | 01/01/96 | 10.0000 | 683.00 | 100.0000 | 0.00 | 68.00 | 615.00 | 0.00 | 615.00 | SL | N/A | 0.00 |

**SHOWROOM MODELS**

| System No. | Description | Date In Service | Life | Cost / Other Basis | Bus./ Inv. % | Sec. 179/ Bonus/ (Cur. Yr. Only) | Salvage/ Basis Adj. | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation/ (Sec. 179) | Total Depreciation/ (Sec. 179) | Method | Conv. | Special Allowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 384 | OSTERLY GUE | 09/13/96 | 10.0000 | 1,060.00 | 100.0000 | 0.00 | 106.00 | 954.00 | 0.00 | 954.00 | SL | N/A | 0.00 |
| 387 | WAKEFIELD AR | 12/23/96 | 10.0000 | 735.00 | 100.0000 | 0.00 | 74.00 | 661.00 | 0.00 | 661.00 | SL | N/A | 0.00 |
| 388 | WERTH ARMCH | 12/03/96 | 10.0000 | 495.00 | 100.0000 | 0.00 | 50.00 | 445.00 | 0.00 | 445.00 | SL | N/A | 0.00 |
| 389 | BROOKE ARMC | 02/06/97 | 10.0000 | 480.00 | 100.0000 | 0.00 | 48.00 | 432.00 | 0.00 | 432.00 | SL | N/A | 0.00 |
| 390 | BEATON ARMC | 01/31/97 | 10.0000 | 645.00 | 100.0000 | 0.00 | 65.00 | 580.00 | 0.00 | 580.00 | SL | N/A | 0.00 |
| 391 | LAMBERT SIDE | 02/26/97 | 10.0000 | 705.00 | 100.0000 | 0.00 | 71.00 | 634.00 | 0.00 | 634.00 | SL | N/A | 0.00 |
| 392 | LEMONT ARMC | 02/19/97 | 10.0000 | 860.00 | 100.0000 | 0.00 | 86.00 | 774.00 | 0.00 | 774.00 | SL | N/A | 0.00 |
| 393 | LEBEAU CLUB | 02/05/97 | 10.0000 | 1,335.00 | 100.0000 | 0.00 | 134.00 | 1,201.00 | 0.00 | 1,201.00 | SL | N/A | 0.00 |
| 399 | KEW FLOOR LA | 03/27/97 | 10.0000 | 925.00 | 100.0000 | 0.00 | 93.00 | 832.00 | 0.00 | 832.00 | SL | N/A | 0.00 |
| 401 | WAKEFIELD AR | 01/21/97 | 10.0000 | 776.00 | 100.0000 | 0.00 | 78.00 | 698.00 | 0.00 | 698.00 | SL | N/A | 0.00 |
| 403 | ROMNEY TABL | 04/28/97 | 10.0000 | 940.00 | 100.0000 | 0.00 | 94.00 | 846.00 | 0.00 | 846.00 | SL | N/A | 0.00 |
| 404 | KEW FLOOR LA | 03/18/97 | 10.0000 | 925.00 | 100.0000 | 0.00 | 93.00 | 832.00 | 0.00 | 832.00 | SL | N/A | 0.00 |
| 405 | WAKEFIELD AR | 01/16/97 | 10.0000 | 735.00 | 100.0000 | 0.00 | 74.00 | 661.00 | 0.00 | 661.00 | SL | N/A | 0.00 |
| 410 | RIBBON BACK | 01/28/97 | 10.0000 | 720.00 | 100.0000 | 0.00 | 72.00 | 648.00 | 0.00 | 648.00 | SL | N/A | 0.00 |
| 412 | NELSSON BERG | 01/28/97 | 10.0000 | 1,170.00 | 100.0000 | 0.00 | 117.00 | 1,053.00 | 0.00 | 1,053.00 | SL | N/A | 0.00 |
| 418 | WILKINSON LAI | 01/28/97 | 10.0000 | 885.00 | 100.0000 | 0.00 | 89.00 | 796.00 | 0.00 | 796.00 | SL | N/A | 0.00 |
| 419 | PAXTON BOUIL | 01/28/97 | 10.0000 | 600.00 | 100.0000 | 0.00 | 60.00 | 540.00 | 0.00 | 540.00 | SL | N/A | 0.00 |
| 420 | COLERIDGE DII | 06/03/97 | 10.0000 | 2,358.00 | 100.0000 | 0.00 | 236.00 | 2,122.00 | 0.00 | 2,122.00 | SL | N/A | 0.00 |
| 422 | RIBBON BACK | 01/10/97 | 10.0000 | 720.00 | 100.0000 | 0.00 | 72.00 | 648.00 | 0.00 | 648.00 | SL | N/A | 0.00 |
| 423 | CHINESE CHIPI | 01/10/97 | 10.0000 | 1,105.00 | 100.0000 | 0.00 | 111.00 | 994.00 | 0.00 | 994.00 | SL | N/A | 0.00 |
| 425 | NELSSON BERG | 01/10/97 | 10.0000 | 1,224.00 | 100.0000 | 0.00 | 122.00 | 1,102.00 | 0.00 | 1,102.00 | SL | N/A | 0.00 |
| 432 | WILKINSON FLI | 01/10/97 | 10.0000 | 885.00 | 100.0000 | 0.00 | 89.00 | 796.00 | 0.00 | 796.00 | SL | N/A | 0.00 |
| 433 | ST GERMAIN FI | 04/24/97 | 10.0000 | 953.00 | 100.0000 | 0.00 | 95.00 | 858.00 | 0.00 | 858.00 | SL | N/A | 0.00 |
| 434 | DUVAUX CHAN | 05/15/97 | 10.0000 | 5,100.00 | 100.0000 | 0.00 | 510.00 | 4,590.00 | 0.00 | 4,590.00 | SL | N/A | 0.00 |
| 439 | WERTH ARMCI | 06/09/97 | 10.0000 | 715.00 | 100.0000 | 0.00 | 72.00 | 643.00 | 0.00 | 643.00 | SL | N/A | 0.00 |
| 444 | LEBEAU CLUB | 08/29/97 | 10.0000 | 1,449.00 | 100.0000 | 0.00 | 145.00 | 1,304.00 | 0.00 | 1,304.00 | SL | N/A | 0.00 |
| 448 | ELTON SOFA | 07/29/97 | 10.0000 | 3,375.00 | 100.0000 | 0.00 | 338.00 | 3,037.00 | 0.00 | 3,037.00 | SL | N/A | 0.00 |
| 451 | WERTH ARMCI | 01/01/99 | 10.0000 | 495.00 | 100.0000 | 0.00 | 50.00 | 445.00 | 0.00 | 445.00 | SL | N/A | 0.00 |
| 452 | BEATON ARMC | 09/15/97 | 10.0000 | 760.00 | 100.0000 | 0.00 | 76.00 | 684.00 | 0.00 | 684.00 | SL | N/A | 0.00 |
| 453 | LEMONT ARMC | 09/15/97 | 10.0000 | 1,212.00 | 100.0000 | 0.00 | 121.00 | 1,091.00 | 0.00 | 1,091.00 | SL | N/A | 0.00 |
| 456 | WERTH ARMCI | 05/08/97 | 10.0000 | 625.00 | 100.0000 | 0.00 | 63.00 | 562.00 | 0.00 | 562.00 | SL | N/A | 0.00 |
| 461 | ORLEANS TABI | 05/08/97 | 10.0000 | 815.00 | 100.0000 | 0.00 | 82.00 | 733.00 | 0.00 | 733.00 | SL | N/A | 0.00 |
| 467 | LEBEAU CLUB | 10/20/97 | 10.0000 | 1,500.00 | 100.0000 | 0.00 | 150.00 | 1,350.00 | 0.00 | 1,350.00 | SL | N/A | 0.00 |
| 468 | ANDRE BED | 01/01/98 | 10.0000 | 1,725.00 | 100.0000 | 0.00 | 173.00 | 1,552.00 | 0.00 | 1,552.00 | SL | N/A | 0.00 |
| 470 | LEMONT AC | 01/07/98 | 10.0000 | 1,257.00 | 100.0000 | 0.00 | 126.00 | 1,129.00 | 0.00 | 1,129.00 | SL | N/A | 0.00 |
| 472 | LEBEAU CHAIR | 01/12/98 | 10.0000 | 1,581.00 | 100.0000 | 0.00 | 158.00 | 1,419.00 | 0.00 | 1,419.00 | SL | N/A | 0.00 |
| 473 | LINLEY CLUB C | 01/15/98 | 10.0000 | 1,151.00 | 100.0000 | 0.00 | 115.00 | 1,032.00 | 0.00 | 1,032.00 | SL | N/A | 0.00 |
| 475 | ALCOTT COFFE | 02/27/98 | 10.0000 | 1,225.00 | 100.0000 | 0.00 | 23.00 | 199.00 | 0.00 | 199.00 | SL | N/A | 0.00 |
| 480 | PALATINE COFI | 03/10/98 | 10.0000 | 5,840.00 | 100.0000 | 0.00 | 584.00 | 5,160.00 | 0.00 | 5,160.00 | SL | N/A | 0.00 |
| 481 | HACKWOOD A( | 03/10/98 | 10.0000 | 667.00 | 100.0000 | 0.00 | 67.00 | 589.00 | 0.00 | 589.00 | SL | N/A | 0.00 |
| 482 | LONDON CLUB | 03/10/98 | 10.0000 | 1,253.00 | 100.0000 | 0.00 | 125.00 | 1,107.00 | 0.00 | 1,107.00 | SL | N/A | 0.00 |
| 484 | CHAMBERS SII | 04/09/98 | 10.0000 | 2,156.00 | 100.0000 | 0.00 | 216.00 | 1,940.00 | 0.00 | 1,940.00 | SL | N/A | 0.00 |
| 488 | LEEDS FLOOR I | 04/09/98 | 10.0000 | 740.00 | 100.0000 | 0.00 | 74.00 | 666.00 | 0.00 | 666.00 | SL | N/A | 0.00 |
| 490 | WERTH AC | 04/09/98 | 10.0000 | 809.00 | 100.0000 | 0.00 | 81.00 | 728.00 | 0.00 | 728.00 | SL | N/A | 0.00 |
| 493 | LONDON CLUB | 04/29/98 | 10.0000 | 1,101.00 | 100.0000 | 0.00 | 110.00 | 991.00 | 0.00 | 991.00 | SL | N/A | 0.00 |
| 497 | RATEAU COFFE | 05/21/98 | 10.0000 | 1,275.00 | 100.0000 | 0.00 | 128.00 | 1,147.00 | 0.00 | 1,147.00 | SL | N/A | 0.00 |
| 498 | DREHER CHAIF | 05/29/98 | 10.0000 | 1,064.00 | 100.0000 | 0.00 | 106.00 | 958.00 | 0.00 | 958.00 | SL | N/A | 0.00 |
| 500 | CHINESE CHIPI | 06/12/98 | 10.0000 | 633.00 | 100.0000 | 0.00 | 63.00 | 570.00 | 0.00 | 570.00 | SL | N/A | 0.00 |
| 501 | HACKWOOD A( | 06/12/98 | 10.0000 | 667.00 | 100.0000 | 0.00 | 67.00 | 600.00 | 0.00 | 600.00 | SL | N/A | 0.00 |
| 502 | SALON CHAIR | 06/17/98 | 10.0000 | 1,254.00 | 100.0000 | 0.00 | 125.00 | 1,129.00 | 0.00 | 1,129.00 | SL | N/A | 0.00 |

| System No. | Description | Date in Service | Life | Cost / Other Basis | Bus. / Inv. % | Sec. 179/ Bonus/ (Cur. Yr. Only) | Salvage/ Basis Adj. | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation/ (Sec. 179) | Total Depreciation/ (Sec. 179) | Method | Conv. | Special Allowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SHOWROOM MODELS** | | | | | | | | | | | | | |
| 504 | RATEAU COFFE | 09/17/98 | 10.0000 | 1,275.00 | 100.0000 | 0.00 | 128.00 | 1,147.00 | 0.00 | 1,147.00 | SL | N/A | 0.00 |
| 506 | CHINESE CHIPI | 09/18/98 | 10.0000 | 633.00 | 100.0000 | 0.00 | 63.00 | 570.00 | 0.00 | 570.00 | SL | N/A | 0.00 |
| 518 | LEEDS FLOOR I | 11/16/98 | 10.0000 | 752.00 | 100.0000 | 0.00 | 75.00 | 677.00 | 0.00 | 677.00 | SL | N/A | 0.00 |
| 519 | MODENA TABL | 11/16/98 | 10.0000 | 472.00 | 100.0000 | 0.00 | 47.00 | 425.00 | 0.00 | 425.00 | SL | N/A | 0.00 |
| 520 | ORLEANS TABL | 11/16/98 | 10.0000 | 805.00 | 100.0000 | 0.00 | 81.00 | 724.00 | 0.00 | 724.00 | SL | N/A | 0.00 |
| 522 | PAXTON BOUIL | 11/16/98 | 10.0000 | 586.00 | 100.0000 | 0.00 | 59.00 | 527.00 | 0.00 | 527.00 | SL | N/A | 0.00 |
| 530 | ELLINGTON WII | 12/03/98 | 10.0000 | 1,205.00 | 100.0000 | 0.00 | 121.00 | 1,084.00 | 0.00 | 1,084.00 | SL | N/A | 0.00 |
| 536 | LAMBERT SC | 12/22/98 | 10.0000 | 731.00 | 100.0000 | 0.00 | 73.00 | 658.00 | 0.00 | 658.00 | SL | N/A | 0.00 |
| 538 | ALCOTT COFFE | 07/01/98 | 10.0000 | 2,443.00 | 100.0000 | 0.00 | 244.00 | 2,199.00 | 0.00 | 2,199.00 | SL | N/A | 0.00 |
| 539 | CAMROSE SIDE | 07/01/98 | 10.0000 | 960.00 | 100.0000 | 0.00 | 96.00 | 864.00 | 0.00 | 864.00 | SL | N/A | 0.00 |
| 540 | KEW TABLE LA | 07/01/98 | 10.0000 | 1,210.00 | 100.0000 | 0.00 | 121.00 | 1,089.00 | 0.00 | 1,089.00 | SL | N/A | 0.00 |
| 544 | JANSEN BARST | 04/23/99 | 10.0000 | 826.00 | 100.0000 | 0.00 | 83.00 | 741.13 | 0.00 | 741.13 | SL | N/A | 0.00 |
| 546 | COURBIN GUEI | 04/28/99 | 10.0000 | 775.00 | 100.0000 | 0.00 | 78.00 | 692.13 | 0.00 | 692.13 | SL | N/A | 0.00 |
| 549 | JANSEN BARST | 05/13/99 | 10.0000 | 828.00 | 100.0000 | 0.00 | 83.00 | 737.13 | 0.00 | 737.13 | SL | N/A | 0.00 |
| 550 | COLONNA SIDE | 05/17/99 | 10.0000 | 933.00 | 100.0000 | 0.00 | 93.00 | 837.00 | 0.00 | 837.00 | SL | N/A | 0.00 |
| 553 | BOYLE SIDE TA | 05/13/99 | 10.0000 | 720.00 | 100.0000 | 0.00 | 72.00 | 641.00 | 0.00 | 641.00 | SL | N/A | 0.00 |
| 555 | ORLEANS TABL | 01/15/99 | 10.0000 | 720.00 | 100.0000 | 0.00 | 72.00 | 645.80 | 0.00 | 645.80 | SL | N/A | 0.00 |
| 563 | CHINESE CHIP | 04/01/99 | 10.0000 | 688.00 | 100.0000 | 0.00 | 69.00 | 614.22 | 0.00 | 614.22 | SL | N/A | 0.00 |
| 565 | BROOKE ARMC | 05/03/99 | 10.0000 | 901.00 | 100.0000 | 0.00 | 90.00 | 804.38 | 0.00 | 804.38 | SL | N/A | 0.00 |
| 569 | NELSON BERGI | 05/03/99 | 10.0000 | 1,773.00 | 100.0000 | 0.00 | 177.00 | 1,582.50 | 0.00 | 1,582.50 | SL | N/A | 0.00 |
| 571 | LONDON CHAII | 03/01/99 | 10.0000 | 1,570.00 | 100.0000 | 0.00 | 157.00 | 1,402.07 | 0.00 | 1,402.07 | SL | N/A | 0.00 |
| 654 | PERTH WRITINI | 05/02/95 | 10.0000 | 2,478.00 | 100.0000 | 0.00 | 248.00 | 2,230.00 | 0.00 | 2,230.00 | SL | N/A | 0.00 |
| 655 | ASHTON CHES | 12/15/95 | 10.0000 | 2,411.00 | 100.0000 | 0.00 | 241.00 | 2,170.00 | 0.00 | 2,170.00 | SL | N/A | 0.00 |
| 657 | GARDINER DINI | 04/23/95 | 10.0000 | 640.00 | 100.0000 | 0.00 | 64.00 | 576.00 | 0.00 | 576.00 | SL | N/A | 0.00 |
| 660 | DUVAUX CHAN | 06/22/95 | 10.0000 | 5,100.00 | 100.0000 | 0.00 | 510.00 | 4,590.00 | 0.00 | 4,590.00 | SL | N/A | 0.00 |
| Subtotal: SHOWROOM MODELS | | | | 132,520.00 | | 0.00 | 13,263.00 | 119,051.36 | 0.00 | 119,051.36 | | | 0.00 |
| Less dispositions and exchanges: | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Net for: SHOWROOM MODELS | | | | 132,520.00 | | 0.00 | 13,263.00 | 119,051.36 | 0.00 | 119,051.36 | | | 0.00 |
| **UPHOLSTERY SHOP EQUIP - (CA) DFU** | | | | | | | | | | | | | |
| 254 | FABRIC STEAM | 02/17/94 | 10.0000 | 171.00 | 100.0000 | 0.00 | 17.00 | 154.00 | 0.00 | 154.00 | SL | N/A | 0.00 |
| 255 | COMPRESSOR | 03/30/94 | 10.0000 | 941.00 | 100.0000 | 0.00 | 94.00 | 847.00 | 0.00 | 847.00 | SL | N/A | 0.00 |
| 256 | 3/8" DRILL | 03/22/94 | 10.0000 | 57.00 | 100.0000 | 0.00 | 6.00 | 51.00 | 0.00 | 51.00 | SL | N/A | 0.00 |
| 257 | STAPLE GUN | 03/24/94 | 10.0000 | 119.00 | 100.0000 | 0.00 | 12.00 | 107.00 | 0.00 | 107.00 | SL | N/A | 0.00 |
| 258 | OFFICE CHAIRS | 04/06/94 | 10.0000 | 379.00 | 100.0000 | 0.00 | 38.00 | 341.00 | 0.00 | 341.00 | SL | N/A | 0.00 |
| 259 | LOCKING FILE ( | 04/06/94 | 10.0000 | 173.00 | 100.0000 | 0.00 | 17.00 | 156.00 | 0.00 | 156.00 | SL | N/A | 0.00 |
| 260 | COPIER | 04/06/94 | 10.0000 | 758.00 | 100.0000 | 0.00 | 0.00 | 758.00 | 0.00 | 758.00 | SL | N/A | 0.00 |
| 261 | COMPUTER PR | 04/06/94 | 10.0000 | 732.00 | 100.0000 | 0.00 | 0.00 | 732.00 | 0.00 | 732.00 | SL | N/A | 0.00 |
| 262 | DESK | 04/06/94 | 10.0000 | 214.00 | 100.0000 | 0.00 | 21.00 | 193.00 | 0.00 | 193.00 | SL | N/A | 0.00 |
| 263 | SINGER SEWIN | 10/17/94 | 10.0000 | 295.00 | 100.0000 | 0.00 | 30.00 | 265.00 | 0.00 | 265.00 | SL | N/A | 0.00 |
| 264 | BROTHER SEW | 09/20/96 | 10.0000 | 1,723.00 | 100.0000 | 0.00 | 172.00 | 1,551.00 | 0.00 | 1,551.00 | SL | N/A | 0.00 |
| 265 | CESAR SEWINC | 08/12/98 | 10.0000 | 500.00 | 100.0000 | 0.00 | 50.00 | 450.00 | 0.00 | 450.00 | SL | N/A | 0.00 |
| 266 | TOP STITCH SE | 09/01/99 | 10.0000 | 1,600.00 | 100.0000 | 0.00 | 160.00 | 1,429.00 | 0.00 | 1,429.00 | SL | N/A | 0.00 |
| 267 | SEWING MACH | 12/17/99 | 10.0000 | 1,000.00 | 100.0000 | 0.00 | 100.00 | 896.50 | 0.00 | 896.50 | SL | N/A | 0.00 |
| 801 | SEWING MACH | 06/30/05 | 10.0000 | 1,341.00 | 100.0000 | 0.00 | 134.00 | 1,197.19 | 0.00 | 1,197.19 | SL | N/A | 0.00 |
| 802 | NEW COMPRES | 12/30/05 | 10.0000 | 3,101.00 | 100.0000 | 0.00 | 310.00 | 2,768.54 | 0.00 | 2,768.54 | SL | N/A | 0.00 |
| 976 | Juki Sewing Ma | 01/31/13 | 10.0000 | 2,945.00 | 100.0000 | 0.00 | 295.00 | 1,037.92 | 265.00 | 1,302.92 | SL | N/A | 0.00 |
| Subtotal: UPHOLSTERY SHOP EQUIP - (CA) DFU | | | | 16,049.00 | | 0.00 | 1,456.00 | 12,934.15 | 265.00 | 13,199.15 | | | 0.00 |
| Less dispositions and exchanges: | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |

| System No. | Description | Date In Service | Life | Cost / Other Basis | Bus./ Inv. % | Sec. 179/ Bonus/ (Cur. Yr. Only) | Salvage/ Basis Adj. | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation/ (Sec. 179) | Total Depreciation/ (Sec. 179) | Method | Conv. | Special Allowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net for: UPHOLSTERY SHOP EQUIP - (CA) DFU | | | | 16,049.00 | | 0.00 | 1,456.00 | 12,934.15 | 265.00 | 13,199.15 | | | 0.00 |
| **UPHOLSTERY SHOP FIX (CA) DFU** | | | | | | | | | | | | | |
| 268 | BENCHES, TAB | 03/30/94 | 10.0000 | 850.00 | 100.0000 | 0.00 | 85.00 | 765.00 | 0.00 | 765.00 | SL | N/A | 0.00 |
| 269 | TIME CLOCK | 03/16/94 | 10.0000 | 244.00 | 100.0000 | 0.00 | 24.00 | 220.00 | 0.00 | 220.00 | SL | N/A | 0.00 |
| 270 | PHONE SYSTEI | 03/18/94 | 10.0000 | 261.00 | 100.0000 | 0.00 | 26.00 | 235.00 | 0.00 | 235.00 | SL | N/A | 0.00 |
| 271 | LIGHTING & WII | 03/22/94 | 10.0000 | 186.00 | 100.0000 | 0.00 | 19.00 | 167.00 | 0.00 | 167.00 | SL | N/A | 0.00 |
| 272 | SHELVING | 04/01/94 | 10.0000 | 536.00 | 100.0000 | 0.00 | 54.00 | 482.00 | 0.00 | 482.00 | SL | N/A | 0.00 |
| 273 | AIR LINES & HC | 04/01/94 | 10.0000 | 46.00 | 100.0000 | 0.00 | 5.00 | 41.00 | 0.00 | 41.00 | SL | N/A | 0.00 |
| 274 | FURNACE FOR | 12/10/96 | 31.5000 | 1,380.00 | 100.0000 | 0.00 | 138.00 | 790.87 | 39.43 | 830.30 | SL | N/A | 0.00 |
| 275 | SHELVING | 08/22/00 | 10.0000 | 2,500.00 | 100.0000 | 0.00 | 250.00 | 2,237.25 | 0.00 | 2,237.25 | SL | N/A | 0.00 |
| 276 | CABINET DFU | 06/31/00 | 10.0000 | 766.00 | 100.0000 | 0.00 | 77.00 | 683.99 | 0.00 | 683.99 | SL | N/A | 0.00 |
| 277 | SECURITY SYS | 02/14/01 | 10.0000 | 1,775.00 | 100.0000 | 0.00 | 178.00 | 1,578.10 | 0.00 | 1,578.10 | SL | N/A | 0.00 |
| 278 | WAREHOUSE S | 07/29/02 | 10.0000 | 2,308.00 | 100.0000 | 0.00 | 231.00 | 2,061.65 | 0.00 | 2,061.65 | SL | N/A | 0.00 |
| 279 | ROLLING STAFF | 09/06/02 | 10.0000 | 487.00 | 100.0000 | 0.00 | 49.00 | 433.75 | 0.00 | 433.75 | SL | N/A | 0.00 |
| 280 | LIGHTS FOR SI | 09/30/02 | 10.0000 | 1,530.00 | 100.0000 | 0.00 | 153.00 | 1,366.60 | 0.00 | 1,366.60 | SL | N/A | 0.00 |
| Subtotal: UPHOLSTERY SHOP FIX (CA) DFU | | | | 12,869.00 | | 0.00 | 1,289.00 | 11,062.21 | 39.43 | 11,101.64 | | | 0.00 |
| Less dispositions and exchanges: | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Net for: UPHOLSTERY SHOP FIX (CA) DFU | | | | 12,869.00 | | 0.00 | 1,289.00 | 11,062.21 | 39.43 | 11,101.64 | | | 0.00 |
| Subtotal: | | | | 3,733,639.87 | | 0.00 | 321,824.68 | 2,088,600.34 | 77,980.19 | 2,166,580.53 | | | 0.00 |
| Less dispositions and exchanges: | | | | 0.00 | | | | | 0.00 | 0.00 | | | 0.00 |
| Grand Totals: | | | | 3,733,639.87 | | 0.00 | 321,824.68 | 2,088,600.34 | 77,980.19 | 2,166,580.53 | | | 0.00 |

**Fill in this information to identify the case:**

Debtor name **Dessin Fournir, Inc.**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Astra Bank** | Describe debtor's property that is subject to a lien | **$952,183.64** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**207 Eagle Dr.**
**Abilene, KS 67410**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Real Estate located at 308 W. Mill St., 111 N. Jefferson St., Plainville, KS 67663 Leasehold Interest**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Bank of Hays** | Describe debtor's property that is subject to a lien | **$7,563,729.25** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**1000 W 27th St**
**P O Box 640**
**Hays, KS 67601**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**All real estate, all inventory and assets, life insurance policy on Charles G. Comeau worth $6,000,000.00 owned by Dessin Fournir, Inc.**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

| Debtor | Dessin Fournir, Inc. | | Case number (if known) | |
|--------|---------|---|---------|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Sunflower Bank** | Describe debtor's property that is subject to a lien | $449,940.17 | $0.00 |
|-----|--------------------|-----|-----|-----|

Creditor's Name

**Property located at 211 W. Mill St., Plainville, KS 67663**

**3025 Cortland Circle**
**Salina, KS 67401**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $8,965,853.06 |
|----|-----|-----|

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Aaron O. Martin**<br>**129 South Eighth Street**<br>**Salina, KS 67402** | Line **2.3** | |
| **Creath L. Pollak**<br>**8080 E Central Ave., #300**<br>**Wichita, KS 67206** | Line **2.2** | |
| **Timothy Girard**<br>**5611 SW Barrington Ct. S**<br>**Topeka, KS 66614** | Line **2.1** | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Dessin Fournir, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Alex Comeau**<br>**503 SE 6th**<br>**Plainville, KS 67663** | $3,437.51 | $3,437.51 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Alisa Dreher**<br>**305 S Jefferson**<br>**Plainville, KS 67663** | $2,812.50 | $2,812.50 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Dessin Fournir, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,062.51 | $4,062.51 |
|---|---|---|---|---|

**Amy Brown**
**104 NW 6th**
**Plainville, KS 67663**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,000.01 | $5,000.01 |
|---|---|---|---|---|

**Ashley Comeau**
**203 S Plainville Ave**
**Plainville, KS 67663**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.01 | $2,500.01 |
|---|---|---|---|---|

**Bailey Bogart**
**498 5th St.**
**Phillipsburg, KS 67661**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,000.01 | $5,000.01 |
|---|---|---|---|---|

**Brad Comeau**
**1117 E Carson St.**
**Long Beach, CA 90807**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Dessin Fournir, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,371.39 | $15,371.39 |
|---|---|---|---|---|

**California Department of Tax
and Fee Administration
P O Box 942879
Sacramento, CA 94279**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33,000.00 | $33,000.00 |
|---|---|---|---|---|

**Charles Comeau
400 S Jefferson
Plainville, KS 67663**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,860.01 | $2,860.01 |
|---|---|---|---|---|

**Gonzalo Hernandez
12207 Hadley St
Apt. B
Whittier, CA 90601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,750.00 | $3,750.00 |
|---|---|---|---|---|

**Gwendolyn Hitchcock
3705 Canal Blvd., #A
Hays, KS 67601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Dessin Fournir, Inc.**
_____ Case number (if known) _____
Name

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,031.26 | $2,031.26 |
|------|---|---|---|---|

**Holly Buss**
**3270 N Road**
**Bogue, KS 67625**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $274,447.60 | $274,447.60 |
|------|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency**
**P O Box 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,281.25 | $3,281.25 |
|------|---|---|---|---|

**Ismael Lopez**
**16974 Malaga St.**
**Fontana, CA 92336**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,656.25 | $2,656.25 |
|------|---|---|---|---|

**Jaycelyn Barten**
**207 S Section Line**
**Plainville, KS 67663**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

Case 19-10549    Doc# 1    Filed 04/08/19    Page 36 of 150

| Debtor | Dessin Fournir, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,523.45 | $2,523.45 |
|---|---|---|---|---|

**Jeffery J. Johnson**
**606 S Broadway**
**Plainville, KS 67663**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $451.20 | $451.20 |
|---|---|---|---|---|

**John Luna**
**600 S Plainville Ave**
**Plainville, KS 67663**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,865.00 | $2,865.00 |
|---|---|---|---|---|

**Jose Uribe**
**4816 Cogswell Rd.**
**El Monte, CA 91732**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,932.41 | $7,932.41 |
|---|---|---|---|---|

**Kansas Department of Revenue**
**Civil Tax Enforcement**
**PO Box 12005**
**Topeka, KS 66612-2005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| | |
|---|---|
| Debtor | **Dessin Fournir, Inc.** |
| | Name |

Case number (if known)

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $10,416.68 | $0.00 |
|---|---|---|---|---|

**Kelli D. Hansen**
**605 S Main**
**Plainville, KS 67663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,048.75 | $3,048.75 |
|---|---|---|---|---|

**Lenice Larson**
**859 Easton Drive**
**Pasadena, CA 91107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,281.25 | $3,281.25 |
|---|---|---|---|---|

**Luis Bribiesca Aranda**
**7060 Sylvia Ave.**
**Reseda, CA 91335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $688.00 | $688.00 |
|---|---|---|---|---|

**Michelle L. Albert**
**2845 W Road**
**Natoma, KS 67651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Dessin Fournir, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.23** Priority creditor's name and mailing address

**Nancy Handley**
**208 E 2nd Street**
**Palco, KS 67657**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,375.01    $4,375.01

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.24** Priority creditor's name and mailing address

**Pamela M. Luna**
**600 S Plainville Ave.**
**Plainville, KS 67663**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$471.51    $471.51

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.25** Priority creditor's name and mailing address

**Rogelio Ramirez**
**15400 Francisquito Ave**
**Apt 257**
**La Puente, CA 91744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$565.78    $565.78

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.26** Priority creditor's name and mailing address

**Ronald Hamel**
**P O Box 33**
**308 S Commercial**
**Plainville, KS 67663**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,218.75    $4,218.75

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Dessin Fournir, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**2.27** | Priority creditor's name and mailing address

**Scott J. Gross**
**210 W 24th Street**
**Hays, KS 67601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,593.75 | $3,593.75

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.28** | Priority creditor's name and mailing address

**Shirley Comeau**
**400 S Jefferson**
**Plainville, KS 67663**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,468.75 | $5,468.75

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.29** | Priority creditor's name and mailing address

**Steve R. Dreher**
**605 S Jefferson**
**Plainville, KS 67663**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,187.75 | $2,187.75

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.30** | Priority creditor's name and mailing address

**Tammy S Werner**
**300 S Plainville**
**Plainville, KS 67663**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,187.50 | $2,187.50

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

| Debtor | **Dessin Fournir, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,250.01 | $6,250.01 |
|---|---|---|---|---|

**Timothy Norris**
**2005 Lincoln Drive**
**Hays, KS 67601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $423.08 | $423.08 |
|---|---|---|---|---|

**Todd Van Schuyver**
**507 S Madison**
**Plainville, KS 67663**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $540.00 | $540.00 |
|---|---|---|---|---|

**Tracy Hunt**
**511 S Section Line St**
**Plainville, KS 67663**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,668.00 |
|---|---|---|---|

**1 800 Got Junk**
**14262 Valley Blvd, Suite B**
**La Puente, CA 91746**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,940.00 |
|---|---|---|---|

**Abode**
**Fern Santini Design**
**4414 Burnet Road**
**Austin, TX 78756**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Deposits

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Dessin Fournir, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,410.00** |
|---|---|---|---|

**Adams, Brown, Beren & Ball**
**2006 Broadway, Suite 2A**
**P O Drawer J**
**Great Bend, KS 67530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,252.27** |
|---|---|---|---|

**Affordable Moving Co, Inc**
**2060 N Kolmar**
**Chicago, IL 60639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,766.99** |
|---|---|---|---|

**AFLAC Group Insurance**
**PO Box 84069**
**Columbus, GA 31908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **2819**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,040.00** |
|---|---|---|---|

**Ainsworth-Noah & Associates**
**351 Peachtree Hills Ave**
**Suite 518**
**Atlanta, GA 30305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,247.51** |
|---|---|---|---|

**AirSea Packing Group Inc**
**Attn: Carmen Robles**
**40-35 22nd Street**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,242.00** |
|---|---|---|---|

**AJ Wood Finish**
**18652 E Petunia St**
**Azusa, CA 91702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,770.00** |
|---|---|---|---|

**Alvaro Cruz Rodelo**
**4906 Fortin Street**
**Baldwin Park, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dessin Fournir, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,660.00 |
|---|---|---|---|

**Alveary Architecture & Design**
303 West 20th Street
New York, NY 10011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Customer Deposits__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,342.50 |
|---|---|---|---|

**Ambiente**
**Einrichtungskonzepte AG**
Marktgasse 6
Rapperswil, CH-8640

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,105.36 |
|---|---|---|---|

**AmeriPride Service, Inc**
P O Box 908
Bemidji, MN 56619

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,430.13 |
|---|---|---|---|

**Amy Cassell Atelier**
Attn: Victoria
2836 North Greenview
Chicago, IL 60657

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Customer Deposits__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,992.50 |
|---|---|---|---|

**Anderson Interiors**
334 East Bay Street
Suite 164
Charleston, SC 29401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Customer Deposits__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,960.00 |
|---|---|---|---|

**Andrew Frank Interiors**
60 Old Saugatuck Road
Norwalk, CT 06855

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Customer Deposits__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,980.00 |
|---|---|---|---|

**Ann Peterhans Interior Design**
1360 N. Lake Shore Drive
Suite 604
Chicago, IL 60610

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Customer Deposits__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Dessin Fournir, Inc.**     Case number *(if known)* _____
Name

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,900.00 |
|---|---|---|---|

**Argentina Footprints LLC**
**6 Ralston Hill Road**
**Mendham, NJ 07945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Deposits__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,686.00 |
|---|---|---|---|

**Armand Lee & Company, LTD**
**840 North Milwaukee Ave**
**Chicago, IL 60642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,335.00 |
|---|---|---|---|

**Ascher Brothers**
**3033 West Fletcher Street**
**Chicago, IL 60618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Deposits__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,290.00 |
|---|---|---|---|

**ASI Interiors**
**325 West Huron Street**
**Suite 601**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Deposits__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,405.38 |
|---|---|---|---|

**Assurance Partners**
**2090 S Ohio**
**P O Box 1213**
**Salina, KS 67402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,028,234.87 |
|---|---|---|---|

**Astra Bank**
**207 Eagle Dr.**
**Abilene, KS 67410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Loans 121692 and Industrial Revenue Bonds__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $835.00 |
|---|---|---|---|

**Audrey White Interiors**
**2214 Sunset Boulevard**
**Houston, TX 77005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Deposits__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Dessin Fournir, Inc.** | Case number (if known) | |
|--------|--------------------------|------------------------|--|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,445.04 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------|

**Azusa Light & Water Dept.**
**P O Box 7030**
**Artesia, CA 90702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,324.96 |

**B & R Commerce**
**1951 Staunton Ave**
**Los Angeles, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,440.00 |

**BAMO**
**1000 Brannan Street**
**Ste 300**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer Deposits__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153,012.39 |

**Bank One**
**Cardmember Services**
**P O Box 94014**
**Palatine, IL 60094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,960.00 |

**Barbara Leiter Ltd.**
**131 Detweiller Drive**
**Peoria, IL 61615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer Deposits__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,090.00 |

**Benson Interiors, Inc**
**P O Box 700**
**Hamilton, MA 01936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer Deposits__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,610.00 |

**Benson Interiors, Inc.**
**P O Box 700**
**Hamilton, MA 01936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer Deposits__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Dessin Fournir, Inc.** | Case number (if known) | |
| | Name | | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,080.00 |

**Berta Shapiro Interior Design**
**925 West Huron Street**
**Suite 117**
**Chicago, IL 60642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer Deposits__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,640.00 |

**Beth Joy Goldstein**
**Interior Design**
**68-36 108th Street**
**#B48**
**Forest Hills, NY 11375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer Deposits__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,595.00 |

**Beth Webb Interiors**
**425 Peachtree Hills Ave**
**Suite 11B-4**
**Atlanta, GA 30305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer Deposits__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,190.00 |

**Betsy Dailey Interior Design**
**2629 SW Alta Vista Place**
**Portland, OR 97201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer Deposits__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,772.81 |

**Beverly Packing Inc**
**9072 Rosecrans Ave**
**Bellflower, CA 90706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,075.00 |

**BHFTI-DCA/State of CA**
**1625 North Market Blvd.**
**Suite N 112**
**Sacramento, CA 95834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138.00 |

**BL Custom Upholstery/Leopoldo**
**5760 Rodeo Drive**
**Los Angeles, CA 90016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dessin Fournir, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$140.77** |
|---|---|---|---|

**Boyles-Snyder Co., Inc**
**3446 John Street**
**Los Angeles, CA 90026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,278.50** |
|---|---|---|---|

**Bruce Fox Interior Design**
**Attn: Jonathan Carnright**
**440 North Wells Street**
**Suite 620**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Deposits__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,880.00** |
|---|---|---|---|

**Bruce Palmer LLC**
**Three Mill Road**
**Suite 208**
**Wilmington, DE 19806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Deposits__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**Brusic Rose**
**7300 S Central Park Ave**
**Bedford Park, IL 60638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,405.00** |
|---|---|---|---|

**Buckingham Interiors & Design**
**1820 West Grand Avenue**
**Chicago, IL 60622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Deposits__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,400.00** |
|---|---|---|---|

**Bunny Williams**
**306 East 61st Street**
**5th Floor**
**New York, NY 10065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Deposits__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**C.R. Creative Services**
**1400 Calzona Street**
**Los Angeles, CA 90023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Dessin Fournir, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.58 |
|---|---|---|---|

**Carmichael True Value**
P O Box 146
Plainville, KS 67663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,420.00 |
|---|---|---|---|

**Carol Belz & Associates**
275 Market Street
Suite 269
Minneapolis, MN 55405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,510.00 |
|---|---|---|---|

**Catherine Fellowes**
20398 Micheltorena Street
Los Angeles, CA 90039

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,485.00 |
|---|---|---|---|

**CBG Interiors**
5120 Woodway
Suite 5029
Houston, TX 77006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.30 |
|---|---|---|---|

**Century Link**
P O Box 52187
Phoenix, AZ 85072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,805.00 |
|---|---|---|---|

**Chad James Group**
1200 Villa Place
Suite 411
Nashville, TN 37212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,167.50 |
|---|---|---|---|

**Chantal Lamberto**
**Interior Design**
3376 Sacramento Street
San Francisco, CA 94118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Dessin Fournir, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,515.60** |
|---|---|---|---|

**Charles F. Nichols**
**13470 Dalewood**
**Baldwin Park, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,560.00** |
|---|---|---|---|

**Christopher Welsh Designs**
**9500 Springmont Place**
**Louisville, KY 40241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Deposits__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$181.30** |
|---|---|---|---|

**Cintas Corporation LOC 449**
**1200 S 2nd Ave**
**Dodge City, KS 67801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,520.55** |
|---|---|---|---|

**City of Azusa**
**Attn: Business License Div**
**213 E Foothill Blvd.**
**Azusa, CA 91702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,448.12** |
|---|---|---|---|

**Classic Cloth, Inc.**
**308 W Mill**
**Plainville, KS 67663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,010.60** |
|---|---|---|---|

**Classic Design Services**
**125 Ottley Drive NE**
**Atlanta, GA 30324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$638.02** |
|---|---|---|---|

**Classic Printing Sales**
**8440 E Yarrow Street**
**Rosemead, CA 91770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dessin Fournir, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,340.00** |
|---|---|---|---|

**Clerel Design**
**1200 Newport Center Drive**
**Suite 260**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer Deposits__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,633.50** |
|---|---|---|---|

**Clive Lonstein Inc.**
**611 Broadway**
**Suite 626**
**New York, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer Deposits__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,040.00** |
|---|---|---|---|

**Coach House Design**
**4404 North Meridian Street**
**Indianapolis, IN 46208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer Deposits__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$543.18** |
|---|---|---|---|

**Computer Aided Technology, LLC**
**165 N Arlington Heights Rd**
**Suite 101**
**Buffalo Grove, IL 60089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$225.00** |
|---|---|---|---|

**Craftsmen Services**
**1838 Witt Circle**
**Austell, GA 30168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,816.38** |
|---|---|---|---|

**Craters & Freighters**
**2220 Merritt Drive, Ste 200**
**Garland, TX 75041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,640.00** |
|---|---|---|---|

**Cravotta Studios**
**701 Brazos Street**
**Suite 300**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer Deposits__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Dessin Fournir, Inc.**
Name

Case number (if known) _____

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $870.00 |

**Creative Leathers**
**Viadella Concia, 43**
**36071 Arzignano**
**Italy**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,435.00 |

**Cricket Greenwald Interior LTD**
**4710 Quail Canyon Drive**
**Charlotte, NC 28226**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Dalia Gonzalez**
**11149 Mildred St.**
**El Monte, CA 91731**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: **Work Comp Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,260.00 |

**Dan Fink Studio**
**220 Lexington Ave**
**Suite 1500**
**New York, NY 10016**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |

**Dan Franzen, Inc**
**10690 Johnson Road**
**Phelan, CA 92371**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,460.00 |

**Dana Jacob**
**31855 Brandingham**
**Franklin, MI 48025**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,465.00 |

**Dans Custom Metal**
**7324 Petterson Lane**
**Paramount, CA 90723**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Dessin Fournir, Inc.**
       Name

Case number *(if known)* _____

| | |
|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address** |

**3.73**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*     **$4,220.00**

**David Kleinberg Design**
**330 East 59th STreet**
**5th Floor**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer Deposits**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*     **$16,980.00**

**David M. Berg Ltd.**
**1057 Goodale Blvd.**
**Columbus, OH 43212**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer Deposits**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*     **$4,990.00**

**David Michael Miller Assoc.**
**7034 East First Ave**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer Deposits**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*     **$4,990.00**

**David Salem Interiors**
**4600 Southern Ave**
**Dallas, TX 75209**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer Deposits**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*     **$5,430.00**

**De Sousa Hughes, LLC**
**2 Henry Adams St**
**#220**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*     **$21,765.56**

**Dell Business Credit**
**Payment Processing Center**
**P O Box 5275**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

**Dennis Hunt**
**351 Peachtree Hills Ave NE**
**Ste 518**
**Atlanta, GA 30305**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer Deposits**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dessin Fournir, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,292.50 |
|---|---|---|---|

**Diane Young Interiors, Inc.**
14181 69th Drive N
Palm Beach Gardens, FL 33418

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,309.44 |
|---|---|---|---|

**DMS Leathers Inc**
15 W 20th St
New York, NY 10011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175.00 |
|---|---|---|---|

**Dogfork Lamp Arts**
1000 Quesada Ave
San Francisco, CA 94124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,090.00 |
|---|---|---|---|

**Dorothy Mattiessen Interiors**
329 Wigmore Drive
Pasadena, CA 91105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,420.00 |
|---|---|---|---|

**Dumais I D**
231 West 29th Street
Suite 1106
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,540.00 |
|---|---|---|---|

**Dwight Loren Field**
3601 SW 29th Terrace
Apt 1
Topeka, KS 66614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,440.00 |
|---|---|---|---|

**Eberlein Design Consultation**
1809 Delancey Place
Philadelphia, PA 19103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Dessin Fournir, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,930.00** |
|---|---|---|---|

**Edwin J. Maldonado**
**2605 S Robertson Blvd**
**Los Angeles, CA 90034**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,980.00** |
|---|---|---|---|

**Elizabeth Khazzam**
**4830 N Grand View Drive**
**Peoria Heights, IL 61616**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,602.00** |
|---|---|---|---|

**Embellishments**
**99 Meriam Street**
**Lexington, MA 02420**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,400.60** |
|---|---|---|---|

**Equipworks Inc**
**125 South 9th Avenue, Unit G**
**P O Box 2601**
**La Puente, CA 91746**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,690.00** |
|---|---|---|---|

**Eric Hilton, Ltd**
**330 East 59th Street**
**8th Floor**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,835.00** |
|---|---|---|---|

**Evencio Mayo-Tacuba**
**2267 Yates Ave**
**Commerce, CA 90040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,180.00** |
|---|---|---|---|

**Fogel Interiors**
**1206 North Cypress Ave**
**Hermosa Beach, CA 90254**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Dessin Fournir, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,292.05**

Freightquote. Inc.
1495 Paysphere Circle
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,609.41**

Fromental
Ground Floor
2 Kimberly Road
London

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66.60**

Frontier Communications
P O Box 740407
Cincinnati, OH 45274

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,904.00**

Fuentes Artisans Manufacturing
300 Hyde Park Blvd
Los Angeles, CA 90043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,637.00**

G&A Glass & Antique Mirrors
6815 Somerset Blvd.
Paramount, CA 90723

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,864.00**

Gaeta Custom Fur
6085 Del Rosa Road
Phelan, CA 92329

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,360.00**

Gary McBournie Inc
71 Newbury Street
Suite 300
Boston, MA 02116

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Customer Deposits_

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Dessin Fournir, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,081.70 |
|---|---|---|---|

**Gella's Diner & LBB Co**
**308 W Mill**
**Plainville, KS 67663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,834.87 |
|---|---|---|---|

**Geltman Industries, Rezex Inc**
**Rezex Corporation**
**1914 Bay St**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,168.00 |
|---|---|---|---|

**Gemma Parker Design**
**133 N. Jefferson Street**
**Suite 600**
**Chicago, IL 60661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,680.00 |
|---|---|---|---|

**George Terbovich, Inc.**
**5510 Oak Street**
**Kansas City, MO 64113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $768.20 |
|---|---|---|---|

**Giati Designs Inc.**
**6398 Cindy Lane**
**Carpinteria, CA 93013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,960.00 |
|---|---|---|---|

**Gibbons Fortman & Associates**
**900 North Franklin Street**
**Suite 612**
**Chicago, IL 60610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,519.00 |
|---|---|---|---|

**Gonzalo N. Lopez**
**A-G Custom Upholstery**
**1308 Maine Ave, Unit F**
**Baldwin Park, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Dessin Fournir, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,634.00 |
|---|---|---|---|

**Good Moves Delivery Inc**
**720 Harbour Way South**
**Richmond, CA 94804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,080.00 |
|---|---|---|---|

**Greer Interiors**
**3403 Glenview Ave**
**Unit A**
**Austin, TX 78703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Customer Deposits_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,520.00 |
|---|---|---|---|

**Gregory Carmichael**
**Interior Design**
**P O Box 80863**
**Seattle, WA 98108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Customer Deposits_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,520.00 |
|---|---|---|---|

**GS Hinsen Co**
**2034 Richard Jones Rd**
**Nashville, TN 37215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Customer Deposits_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,038.00 |
|---|---|---|---|

**Guillermo Valdez Design**
**1033 Vineyard Drive**
**San Gabriel, CA 91775**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Customer Deposits_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.60 |
|---|---|---|---|

**Hanes Converting Co.**
**L & P Financial Services Co.**
**P O Box 60984**
**Charlotte, NC 28260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,270.00 |
|---|---|---|---|

**Heather Wells**
**359 Boylston Street**
**Suite 2**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Customer Deposits_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Dessin Fournir, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$81,834.84**

Holly Hunt, LTD
801 W Adams Street
Suite 700
Chicago, IL 60607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,761.00**

House of Charnock
315 East 69th Street
New York, NY 10021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,150.00**

House of Heydenryk
601 West 26th Street
Suite 305
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$855.82**

Industry Tire Service, Inc.
121 Workman Mill Road
P O Box 3993
City of Industry, CA 91746

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00**

Inspire Arts & Music
P O Box 51391
Boston, MA 02205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,916.00**

International Market Place Inc
400 Monroe Street
8th Floor
Detroit, MI 48226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$353.81**

Irwindale Ind. Clinic
6000 N Irwindale Ave., Suite A
Azusa, CA 91702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Dessin Fournir, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.122** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ismael Lopez**
**16974 Malaga St.**
**Fontana, CA**
**Fontana, CA 92336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Work Comp Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,481.00**

**J & J Antique Furniture Finish**
**1320 W Gladstone**
**Azusa, CA 91702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,362.50**

**J Nelson FL LLC**
**2866 Pershing St.**
**Hollywood, FL 33020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,610.00**

**J. Randall Powers, Inc**
**c/o Randy Powers**
**5120 Woodway Drive**
**Suite 5029**
**Houston, TX 77056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,790.00**

**Jackson Warren Interiors**
**1739 LaMonte Lane**
**Houston, TX 77018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,700.95**

**Jacobs/Schneider Design, Inc.**
**1012 East 75th Street**
**Indianapolis, IN 46240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,640.00**

**JAGR Projects LLC**
**818 Paper Mill Road**
**Wyndmoor, PA 19038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 19-10549   Doc# 1   Filed 04/08/19   Page 59 of 150

| Debtor | **Dessin Fournir, Inc.** | Case number *(if known)* | |
| | Name | | |

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,180.00 |
| | **James Daniels Design, Inc**<br>**3759 North Ravenswood Ave**<br>**Suite 226-D**<br>**Chicago, IL 60613** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Customer Deposits** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **James Lumsden, Inc.**<br>**Attn: Karen**<br>**2274 Century Hill**<br>**Los Angeles, CA 90067** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Customer Deposits** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,697.50 |
| | **Jared Hughes Design**<br>**18 Peachtree Circle**<br>**Suite #1**<br>**Atlanta, GA 30309** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Customer Deposits** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $240.00 |
| | **JB Wood Finish**<br>**15012 Arrow Hwy**<br>**Suite B**<br>**Baldwin Park, CA 91706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Jeannine Dal Pra Interiors**<br>**3100 North Sheridan Road**<br>**Apt 9C**<br>**Chicago, IL 60657** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Customer Deposits** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82,721.00 |
| | **Jessica Jubelirer Design**<br>**Attn: Purchasing**<br>**427 East Silver Spring Drive**<br>**Whitefish Bay, WI 53217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Customer Deposits** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,960.00 |
| | **Joan Behnke Design**<br>**9215 West Olympic Boulevard**<br>**Beverly Hills, CA 90212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Customer Deposits** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Dessin Fournir, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.136** | Nonpriority creditor's name and mailing address
**Joanne Kim**
**11771 Coorsgold Ln**
**Porter Ranch, CA 91326**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$675.00**

---

**3.137** | Nonpriority creditor's name and mailing address
**John R Ames, CTA**
**Dallas County Tax Office**
**P O Box 139066**
**Dallas, TX 75313**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$569.05**

---

**3.138** | Nonpriority creditor's name and mailing address
**Jose Carlino Design**
**600 N Broadway**
**Suite 200**
**Milwaukee, WI 53202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposits__

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.139** | Nonpriority creditor's name and mailing address
**Jose Ochoa**
**18331 E Gladstone Street**
**Azusa, CA 91702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$139.99**

---

**3.140** | Nonpriority creditor's name and mailing address
**Josh Greene Design**
**1133 Broadway**
**Suite 220**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposits__

Is the claim subject to offset? ■ No ☐ Yes

**$5,101.00**

---

**3.141** | Nonpriority creditor's name and mailing address
**Josie McCarthy Associates**
**4438 Travis Street**
**Dallas, TX 75205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposits__

Is the claim subject to offset? ■ No ☐ Yes

**$40,770.00**

---

**3.142** | Nonpriority creditor's name and mailing address
**Juan's Custom Frames, Inc**
**1409 Virginia Ave**
**Units C & D**
**Baldwin Park, CA 91706**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$17,490.00**

| Debtor | **Dessin Fournir, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**Julie Nini**
P O Box 492203
Los Angeles, CA 90049

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,380.00 |
|---|---|---|---|

**Julie Thomas**
c/o Koselig
2911 E Madison St
Seattle, WA 98112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,010.00 |
|---|---|---|---|

**June Price Interiors Ltd**
225 Ottley Drive
Ste 210
Atlanta, GA 30324

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,840.00 |
|---|---|---|---|

**K Company**
1711 Mohle Drive
Austin, TX 78703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,459.00 |
|---|---|---|---|

**Kaleidoscope Design**
2765 S Colorado Boulevard
Suite 203
Denver, CO 80210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,490.00 |
|---|---|---|---|

**Kaufman Segal Design**
900 North Franklin Street
Suite 710
Chicago, IL 60610

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

**Ken Adam**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Dessin Fournir, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.150**

**Nonpriority creditor's name and mailing address**

Kenneth Meyer

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.151**

**Nonpriority creditor's name and mailing address**

Kevin Corn Design
9074 Nemo Street
West Hollywood, CA 90069

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Deposits

Is the claim subject to offset? ■ No ☐ Yes

$3,640.00

---

**3.152**

**Nonpriority creditor's name and mailing address**

Kipp & Keeler
600 Green Bay Road
Kenilworth, IL 60043

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Deposits

Is the claim subject to offset? ■ No ☐ Yes

$1,050.00

---

**3.153**

**Nonpriority creditor's name and mailing address**

Kneedler-Fauchere - Denver
595 South Broadway
Suite 108-S
Denver, CO 80209

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$512.00

---

**3.154**

**Nonpriority creditor's name and mailing address**

Kristin Paton Interior, LLC
152 Mount Auburn Street
Cambridge, MA 02138

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Deposits

Is the claim subject to offset? ■ No ☐ Yes

$11,840.00

---

**3.155**

**Nonpriority creditor's name and mailing address**

Lake Line Deliveries
2100 Greenleaf Street
Evanston, IL 60202

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$403.99

---

**3.156**

**Nonpriority creditor's name and mailing address**

Lana'i Resorts, LLC
dba Pulama Lana'i
Project Dynamics Inc
5275 S Arville, Suite 100
Las Vegas, NV 89118

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Deposits

Is the claim subject to offset? ■ No ☐ Yes

$9,716.00

---

| Debtor | **Dessin Fournir, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,230.00 |

**Leah Bolger Design**
142 Green Bay Road
Winnetka, IL 60093

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Deposits__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |

**Leather Care Services**
12400 Penn Street
Whittier, CA 90602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,980.00 |

**Leblanc Design**
560 Harrison Ave
Unit 407
Boston, MA 02118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Deposits__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,990.00 |

**LeeAnn Baker Interiors, Ltd**
3121 East Madison Street
Suite 206
Seattle, WA 98112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Deposits__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $353.44 |

**Liberty Group, LLC**
308 W Mill Street
Plainville, KS 67663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,680.00 |

**Lionel Richie**
Attn: Rosa Canepa
145 Copley Place
Beverly Hills, CA 90210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Deposits__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,445.00 |

**Liza Bryan Interiors**
2300 Peach Tree road
Suite B205
Atlanta, GA 30309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Deposits__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dessin Fournir, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$54,549.00** |
|---|---|---|---|

**Luis Watkins Cstm Wright IrnLL**
3737 Durango Ave
Los Angeles, CA 90034

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$555.00** |
|---|---|---|---|

**Mahs Transport Inc**
8851 Muraoka Dr
Ste B
Gilroy, CA 95020

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,135.00** |
|---|---|---|---|

**Marcus Mohon**
2525 South Lamar Boulevard
Suite 13
Austin, TX 78704

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer Deposits__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,650.00** |
|---|---|---|---|

**Marianna Bernardi**
2 Bow Lane
Barrington, IL 60010

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer Deposits__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Maricela Lopez**
10430 Virginia Ave
South Gate, CA 90280

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Work Comp Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$84,466.95** |
|---|---|---|---|

**Marina Packing, Inc**
741 Lairport Street
El Segundo, CA 90245

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,790.00** |
|---|---|---|---|

**Mark D. Sikes Inc**
721 1/2 N. La Cienega Blvd
West Hollywood, CA 90069

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer Deposits__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dessin Fournir, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,220.00** |
|---|---|---|---|

**Mark Weaver & Associates**
**519 N La Cienega Blvd**
**Ste 12**
**Los Angeles, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,138.52** |
|---|---|---|---|

**Martin Group**
**Boston Design Center**
**1 Design Center Place**
**Ste 515**
**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,820.00** |
|---|---|---|---|

**Mary McDonald Interiors**
**511 N La Cienega Blvd Ste 216**
**Los Angeles, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,180.00** |
|---|---|---|---|

**Massucco Warner Miller**
**4600 Union Bay PL NE**
**Suite C**
**Seattle, WA 98105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,780.00** |
|---|---|---|---|

**MB Designs**
**8960 Dicks Street**
**West Hollywood, CA 90069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,840.00** |
|---|---|---|---|

**Meg Braff Interiors, Inc**
**92 Forest Ave**
**Locust Valley, NY 11560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,919.58** |
|---|---|---|---|

**Mercedes-Benz Financial Servic**
**P O Box 5209**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Dessin Fournir, Inc.**  Case number (if known) _____
_____
Name

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,760.00 |
|---|---|---|---|

**MGI, Inc.**
**1475 Lombardy Road**
**Pasadena, CA 91106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer Deposits**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,960.00 |
|---|---|---|---|

**Michael S Smith, Inc**
**1646 Nineteenth Street**
**Santa Monica, CA 90404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer Deposits**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,684.00 |
|---|---|---|---|

**Michael Smith Inc**
**270 Lafayette Street**
**3rd Floor**
**New York, NY 10112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer Deposits**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $817.49 |
|---|---|---|---|

**Midwest Energy**
**1330 Centerbury Road**
**Hays, KS 67601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,412.00 |
|---|---|---|---|

**Mile Fine Furniture Inc**
**197 Hillcrest Drive**
**La Puente, CA 91744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $702.90 |
|---|---|---|---|

**MJ Atelier & Construction Inc**
**FKA Apelo Cruz Decorative Art**
**Maria Apelo Cruz**
**Van Nuys, CA 91406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,510.00 |
|---|---|---|---|

**Mollie Johnson Interiors, Inc**
**One Hollis Street**
**Suite 102**
**Wellesley, MA 02482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer Deposits**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Dessin Fournir, Inc.**      Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.185 | **Nonpriority creditor's name and mailing address**<br>**Morgante Wilson Architects**<br>**2834 Central**<br>**Evanston, IL 60201** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$15,990.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Customer Deposits_<br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.186 | **Nonpriority creditor's name and mailing address**<br>**Morris Laing**<br>**300 N Mead**<br>**Suite 200**<br>**Wichita, KS 67202** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$20.50**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.187 | **Nonpriority creditor's name and mailing address**<br>**Moya's Gilden Finishing Inc**<br>**2267 Yates Ave**<br>**Los Angeles, CA 90040** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$32,190.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.188 | **Nonpriority creditor's name and mailing address**<br>**N&G Interiors**<br>**4163 Green Meadow Court**<br>**Encino, CA 91316** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$3,790.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Customer Deposits_<br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.189 | **Nonpriority creditor's name and mailing address**<br>**Nancy Ruzicka Design**<br>**5513 East Mission Drive**<br>**Prairie Village, KS 66208** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$12,630.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Customer Deposits_<br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.190 | **Nonpriority creditor's name and mailing address**<br>**Nantucket House, Inc**<br>**2 South Beach Street**<br>**P O Box 368**<br>**Nantucket, MA 02554** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$5,840.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Customer Deposits_<br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.191 | **Nonpriority creditor's name and mailing address**<br>**Nathan Grebowiec**<br>**205 S Wyoming St.**<br>**Plainville, KS 67663** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$1,537.50**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Dessin Fournir, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,939.00** |
|---|---|---|---|

**Nelson Collective**
**426 North Wolcott Ave**
**Chicago, IL 60622**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Customer Deposits**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$952.66** |
|---|---|---|---|

**New Day Woodwork Inc**
**88-61 76 Avenue**
**Glendale, NY 11385**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nex-Tech**
**P O Box 126**
**Norton, KS 67654**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,730.00** |
|---|---|---|---|

**Nicholas Marmet**
**3815 Aloha Street**
**Los Angeles, CA 90027**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Customer Deposits**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,132.00** |
|---|---|---|---|

**NYC Interior Design**
**2440 Broadway**
**Suite 7**
**New York, NY 10024**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,890.67** |
|---|---|---|---|

**Palecek**
**601 Parr Boulevard**
**Richmond, CA 94801**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |
|---|---|---|---|

**PDF Systems Inc**
**186 Princeton-Hightstown Road**
**Building 3B, Suite 13**
**Princeton Junction, NJ 08550**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dessin Fournir, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.199** Nonpriority creditor's name and mailing address
**Peabody Office Furniture Corp**
**234 Congress St**
**Boston, MA 02110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$305.00**

---

**3.200** Nonpriority creditor's name and mailing address
**Peace Design**
**349 Peachtree Hills Avenue NE**
**Suite C-2**
**Atlanta, GA 30305**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

**$5,295.00**

---

**3.201** Nonpriority creditor's name and mailing address
**Phillips 66 Co/SyncB**
**P O Box 530970**
**Atlanta, GA 30353**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,199.20**

---

**3.202** Nonpriority creditor's name and mailing address
**Pierce Allen Inc.**
**80 8th Avenue**
**Suite #1601**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

**$6,565.00**

---

**3.203** Nonpriority creditor's name and mailing address
**Pineapple Post Inc**
**The Pineapple Post**
**111 N Jefferson**
**Plainville, KS 67663**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$930.56**

---

**3.204** Nonpriority creditor's name and mailing address
**Pixie Peppers Empire**
**616 B. San Vincente Boulevard**
**Santa Monica, CA 90402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

**$14,580.00**

---

**3.205** Nonpriority creditor's name and mailing address
**Plan B Interior Design**
**85 Avenue A**
**#4C**
**New York, NY 10009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

**$39,821.20**

---

Debtor **Dessin Fournir, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.206 | **Nonpriority creditor's name and mailing address** |

**Porter Design Group**
**133 Center Mill Road**
**Chadds Ford, PA 19317**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

$1,180.00

---

| | |
|---|---|
| 3.207 | **Nonpriority creditor's name and mailing address** |

**Primavera Interior Furnishings**
**160 Pears Ave**
**Suite 110**
**Can**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$23,941.58

---

| | |
|---|---|
| 3.208 | **Nonpriority creditor's name and mailing address** |

**Professional Fire Equipment Co**
**P O Box 96**
**Hays, KS 67601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$167.24

---

| | |
|---|---|
| 3.209 | **Nonpriority creditor's name and mailing address** |

**Randal Netley Designs**
**4821 Chicago Street #18**
**Omaha, NE 68132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

$5,060.00

---

| | |
|---|---|
| 3.210 | **Nonpriority creditor's name and mailing address** |

**Rariden Schumacher - Mio & Co**
**231 S. Old Woodward #219**
**Birmingham, MI 48009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

$2,490.00

---

| | |
|---|---|
| 3.211 | **Nonpriority creditor's name and mailing address** |

**Raul Yanez**
**9232 Bermudez Street**
**Pico Rivera, CA 90660**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,760.00

---

| | |
|---|---|
| 3.212 | **Nonpriority creditor's name and mailing address** |

**Regal Designer Delivery, LLC**
**P O Box 1997**
**Forney, TX 75126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$57,741.35

---

| Debtor | **Dessin Fournir, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,440.00** |
|---|---|---|---|

**Renvy Graves Pittman**
**364 St. Cloud Road**
**Los Angeles, CA 90077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Deposits__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,490.00** |
|---|---|---|---|

**Renvy Graves Pittman**
**364 St. Cloud Road**
**Los Angeles, CA 90077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Deposits__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$282.50** |
|---|---|---|---|

**Rest Assured, Inc**
**4006 S 21st Street**
**Phoenix, AZ 85040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,490.00** |
|---|---|---|---|

**Robert A.M. Stern Int. LLC**
**460 W 34th St**
**18th Floor**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Deposits__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,095.00** |
|---|---|---|---|

**Robert Borwn Interior Design**
**425 Peachtree Hills Ave**
**Suite 32**
**Atlanta, GA 30305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Deposits__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,520.00** |
|---|---|---|---|

**Robert Passal Interiors**
**333 Park Avenue South 4A**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Deposits__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,110.00** |
|---|---|---|---|

**Robyn Shapiro Design, Inc.**
**330 West Diversey Parkway**
**Suite 1501**
**Chicago, IL 60610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Deposits__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dessin Fournir, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $107.82 |

**Rockler Woodworking & Hardware**
**4365 Willow Dr**
**P O Box 500**
**Hamel, MN 55340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,980.00 |

**Rod Mickley Interiors**
**3351 Ocean Drive**
**Suite 9**
**Vero Beach, FL 32963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Customer Deposits_

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,174.65 |

**Rooks County Treasurer**
**P O Box 525**
**Stockton, KS 67669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Rose Cumming Chintzes**
**308 W Mill**
**Plainville, KS 67663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |

**Russ Bryant**
**10866 Washington Blvd. #12**
**Culver City, CA 90232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,796.54 |

**S & S Warehousing Inc**
**57-10 49th Place**
**Unit C**
**Maspeth, NY 11378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,400.00 |

**S. R. Gambrel Inc.**
**15 Watts Street**
**4th Floor**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Customer Deposits_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Dessin Fournir, Inc.**                              Case number (if known) _____
        Name

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,140.00 |
|---|---|---|---|

**Sarah Rogers Design, Inc**
2418 Iroquios Road
Wilmette, IL 60091

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Savio's Custom Furniture**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SBA Global Logistics**
P O Box 844722
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,790.00 |
|---|---|---|---|

**Schermerhorn Interior Design**
52 East End Avenue
Apartment 7B
New York, NY 10028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,500.00 |
|---|---|---|---|

**Sean Yasher**
**The Cluture Creative**
1608 S Hayworth Ave
Los Angeles, CA 90035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Secretary of State**
**WHICH ONE???**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,040.00 |
|---|---|---|---|

**See's Design**
1818 North Western Ave
Oklahoma City, OK 73106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Dessin Fournir, Inc.**                                   Case number (if known) _____
_____
Name

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,017.50 |

**3.234**  Nonpriority creditor's name and mailing address

**Settlers West**
**Melody Johnson**
**6420 North Campbell Ave**
**Tucson, AZ 85718**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **$8,017.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.235**  Nonpriority creditor's name and mailing address

**Sharp Electronics Corporation**
**DBA Sharp Business Systems**
**Dept. LA 21565**
**Pasadena, CA 91185**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **$705.60**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.236**  Nonpriority creditor's name and mailing address

**Shazalyn Cavin-Winfrey**
**516 North Washington Street**
**Alexandria, VA 22314**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **$7,680.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.237**  Nonpriority creditor's name and mailing address

**Shears & Window**
**SFDC**
**101 Henry Adams St., Ste 256**
**San Francisco, CA 94103-5277**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **$50,227.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238**  Nonpriority creditor's name and mailing address

**Shelby Wagner Design, LLC**
**25 Highland Park Village**
**#100-316**
**Dallas, TX 75225**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **$8,487.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.239**  Nonpriority creditor's name and mailing address

**Shred-it USA INC, Wichita**
**28883 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **$1,090.51**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.240**  Nonpriority creditor's name and mailing address

**Signature Designs**
**502 Palm Street**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **$150.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **Dessin Fournir, Inc.** |
| | Name |

Case number (if known) _____

---

**3.241** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,210.00**

**Signature Interiors**
**121 State Street**
**Framingham, MA 01702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.242** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,992.50**

**Slifer Designs, Inc.**
**216 Main Street**
**Suite C-100**
**Edwards, CO 81632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$103.88**

**Sparklets 25152207306935**
**DS Water of America**
** P O Box 660579**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$226.59**

**Sparkletts 26211684608984**
**P O Box 660579**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,380.00**

**Stephen Knollenberg, Inc.**
**327 Southfield Road**
**Suite 1AS**
**Birmingham, MI 48009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.246** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,400.00**

**Stephen Knollenberg, Inc.**
**327 Southfield Road**
**Suite 1 AS**
**Birmingham, MI 48009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,360.00**

**Stuart Silk Architects, Ltd**
**2400 North 45th Street**
**Suite 200**
**Seattle, WA 98103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 19-10549    Doc# 1    Filed 04/08/19    Page 76 of 150

| Debtor | **Dessin Fournir, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,768.00** |
|---|---|---|---|

**Susan Erickson Design**
**1840 Mass Avenue**
**Lexington, MA 02421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer Deposits__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,670.00** |
|---|---|---|---|

**Susan Young Interiors**
**5833 6th Avenue South**
**Seattle, WA 98108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer Deposits__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,450.00** |
|---|---|---|---|

**Suzanne Kasler Interiors**
**425 Peachtree Hills Ave**
**Suite #21B**
**Atlanta, GA 30305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer Deposits__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,121.00** |
|---|---|---|---|

**Swanson-Ollis Interiors**
**435 North Las Palmas Ave**
**Los Angeles, CA 90004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer Deposits__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,780.00** |
|---|---|---|---|

**Swanson-Ollis Interiors**
**435 North Las Palmas Ave**
**Los Angeles, CA 90004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer Deposits__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,920.00** |
|---|---|---|---|

**Taylor Interior Design Inc.**
**125 Benefit Street**
**Providence, RI 02903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer Deposits__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,307.82** |
|---|---|---|---|

**The Basics LLC**
**308 W Mill**
**Plainville, KS 67663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dessin Fournir, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$180.00** |
|---|---|---|---|

**The Light Touch**
**#9 The Plaza**
**Locust Valley, NY 11560**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,685.00** |
|---|---|---|---|

**The Westgate Hotel**
**1055 Second Ave**
**San Diego, CA 92101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,707.50** |
|---|---|---|---|

**The Wiseman Group**
**Interior Design, Inc**
**301 Pennsylvania Ave**
**San Francisco, CA 94107**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24.00** |
|---|---|---|---|

**The World Design Corporation**
**10554 Progress Way**
**Suite E**
**Cypress, CA 90630**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,050.00** |
|---|---|---|---|

**Titan Electric**
**1050 Spring Lake Drive**
**Itasca, IL 60143**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,349.00** |
|---|---|---|---|

**TLC Delivery**
**1338 Ross Street**
**Petaluma, CA 94954**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,190.00** |
|---|---|---|---|

**TLC Packing**
**13020 Yukno Ave**
**Unit H**
**Hawthorne, CA 90250**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  **Dessin Fournir, Inc.**                                   Case number *(if known)* _____
     Name

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,488.80** |
|---|---|---|---|

**TLC Packing & Shipping Inc**
**11733 E Slauson Ave**
**Santa Fe Springs, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tod Carson, Inc**
**449 North Robertson**
**Los Angeles, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Customer Deposits_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,633.00** |
|---|---|---|---|

**Todd Alexander Romano, LLC**
**141 Patterson Avenue**
**San Antonio, TX 78209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Customer Deposits_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,185.00** |
|---|---|---|---|

**Tom Stringer Design Partners**
**919 North Michigan Avenue**
**Suite 320**
**Chicago, IL 60611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Customer Deposits_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,530.00** |
|---|---|---|---|

**Tom Stringer Design Partners**
**919 North Michigan Ave**
**Suite 320**
**Chicago, IL 60611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Customer Deposits_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,730.00** |
|---|---|---|---|

**Town Studio, LLC**
**Robeson Design**
**2837 Presidio Drive**
**San Diego, CA 92110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Customer Deposits_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,373.12** |
|---|---|---|---|

**Town Studio, LLC**
**601 South Broadway**
**Suite A**
**Denver, CO 80209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Customer Deposits_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Dessin Fournir, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Town, LLC**
**601 S Broadway**
**Ste A**
**Denver, CO 80209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,358.90 |
|---|---|---|---|

**Tramo@Home**
**24640 S Main Street**
**Carson, CA 90745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,180.00 |
|---|---|---|---|

**Transformations**
**6600 W Shore Drive**
**Weidman, MI 48893**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $428.15 |
|---|---|---|---|

**Tri Central Office Supply Inc**
**Box 517**
**Ellinwood, KS 67526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,492.50 |
|---|---|---|---|

**Trish Mills Interiors**
**349 Peachtree Hills Ave**
**Suite D1A**
**Atlanta, GA 30305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,486.30 |
|---|---|---|---|

**Uline, Inc**
**Attn: Accounts Receivable**
**P O Box 88741**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $396.20 |
|---|---|---|---|

**United Imaging Inc**
**21201 Oxnard Street**
**Woodland Hills, CA 91367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Dessin Fournir, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$795.00** |
|---|---|---|---|

**USA Alarm Systems, Inc**
**138 East Chestnut Ave**
**Monrovia, CA 91016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$514.00** |
|---|---|---|---|

**Victory Exterminating Inc**
**P O Box 8596**
**Alta Loma, CA 91701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,240.00** |
|---|---|---|---|

**Villa Merchu**
**8255 Beverly Boulevard**
**Suite 225**
**Los Angeles, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,941.25** |
|---|---|---|---|

**Vita DeBellis Studio**
**310 North 11th Street**
**Suite 2B**
**Philadelphia, PA 19107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$692.95** |
|---|---|---|---|

**WDI Co of Oregon Inc**
**7342 SW Kable Lane**
**Portland, OR 97224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,490.00** |
|---|---|---|---|

**Wendi Young Design**
**3990 Westerly Place**
**Suite 150**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,562.00** |
|---|---|---|---|

**Wendy Hawoth Design**
**1301 N Harper Ave**
**Studio B**
**Los Angeles, CA 90046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 19-10549    Doc# 1    Filed 04/08/19    Page 81 of 150

| Debtor | **Dessin Fournir, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $887.15 |
|---|---|---|---|

**Western Cooperative Electric**
635 S 13th Street
P O Box 278
Wakeeney, KS 67672

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,990.00 |
|---|---|---|---|

**William McIntosh Design**
54 West 21st Street
Suite 609
New York, NY 10010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,480.00 |
|---|---|---|---|

**Woodhouse Tinucci Architecture**
230 W Superior
6th Floor
Chicago, IL 60610

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,517.50 |
|---|---|---|---|

**Wright Simpkins**
2211 Blucher Valley Road
Sebastopol, CA 95472

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**     List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **CNA Financial Corporation**<br>P O Box 8317<br>Chicago, IL 60680 | Line **3.122**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **CNA Financial Corporation**<br>P O Box 8317<br>Chicago, IL 60680 | Line **3.68**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **CNA Financial Corportaion**<br>P O Box 8317<br>Chicago, IL 60680 | Line **3.168**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Kansas Attorney General**<br>Derek Schmidt<br>120 SW 10th Ave., 2nd Floor | Line **2.18**<br>☐ Not listed. Explain ____ | _ |

---

| Debtor | **Dessin Fournir, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **US Attorneys Office**<br>**301 N. Main Ste 1200**<br>**Wichita, KS 67202** | Line __2.12__<br><br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 421,698.94 |
| **5b. Total claims from Part 2** | 5b. + | $ | 3,617,246.16 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,038,945.10 |

**Fill in this information to identify the case:**

Debtor name  **Dessin Fournir, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Showroom Representation Agreement (Consigns products with showroom for a commission fee)** | |
| | State the term remaining | **Ongoing, provides for a 60 or 90 day notice of termination.** | **Ainsworth Noah, ADAC**<br>**351 Peachtree Hills Ave.**<br>**Suite 518**<br>**Atlanta, GA 30305** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor Leased Real Property located at 308 W. Mill St. Plainville, KS 67663 and 111 Jefferson St. Plainville, KS 67663** | |
| | State the term remaining | | **City of Plainville**<br>**222 W. Mill**<br>**P O Box 266**<br>**Plainville, KS 67663** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease for Apple products including a printer, macbooks, and ipad. 236.65/month** | |
| | State the term remaining | **10 months** | **Direct Capital**<br>**155 Commerce Way**<br>**Portsmouth, NH 03801** |
| | List the contract number of any government contract | | |

Debtor 1    **Dessin Fournir, Inc.**                                      Case number *(if known)* _____
         _____
         First Name        Middle Name        Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Showroom Representation Agreement (Consigns products with showroom for a commission fee)** | |
|---|---|---|---|
| | State the term remaining | **Ongoing, provides for a 60 or 90 day notice of termination.** | **Fromental Ground Floor 2 Kimberley Rd. London, England NW6 7SG** |
| | List the contract number of any government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Showroom Representation Agreement (Consigns products with showroom for a commission fee)** | |
|---|---|---|---|
| | State the term remaining | **Ongoing, provides for a 60 or 90 day notice of termination.** | **Holly Hunt 1099 14th St. NW, #240 Washington, DC 20005** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Showroom Representation Agreement (Consigns products with showroom for a commission fee)** | |
|---|---|---|---|
| | State the term remaining | **Ongoing, provides for a 60 or 90 day notice of termination.** | **J. Nelson 2866 Pershing St. Hollywood, FL 33020** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Showroom Representation Agreement (Consigns products with showroom for a commission fee)** | |
|---|---|---|---|
| | State the term remaining | **Ongoing, provides for a 60 or 90 day notice of termination.** | **Kimberley Expertise LTS Malaya Bronnaya dom 10, stroenie 2, 25 Moscow, Russia 123104** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Phone Service** | |
|---|---|---|---|
| | State the term remaining | | **Ring Central** |

Debtor 1   **Dessin Fournir, Inc.**                                    Case number *(if known)* _____
    First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | _____ |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Showroom Representation Agreement (Consigns products with showroom for a commission fee)** | |
|---|---|---|---|
| | State the term remaining | **Ongoing but provides for a 60 or 90 day notice of termination.** | **Shears & Window, SFDC** |
| | List the contract number of any government contract | | **101 Henry Adams St. Ste 256 San Francisco, CA 94103** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Showroom Representation Agreement (Consigns products with showroom for a commission fee)** | |
|---|---|---|---|
| | State the term remaining | **Ongoing but provides for a 60 or 90 day notice of termination.** | **Susan Mills, SDC** |
| | List the contract number of any government contract | | **5701 6th Ave. Suite 200 Seattle, WA 98108** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease for copier** | |
|---|---|---|---|
| | State the term remaining | | **Tri-Central Office Supply, Inc** |
| | List the contract number of any government contract | | **1101 Main St. P O Box 1014 Hays, KS 67601** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Leased Real Property 6231 Santos Diaz St. Irwindale, CA 91702** | |
|---|---|---|---|
| | State the term remaining | **Expires April 30, 2019** | **Virginia Industrial Prop Amanda Cameron & Co., LLC** |
| | List the contract number of any government contract | | **13470 Dalewood St. Baldwin Park, CA 91706** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Showroom Representation Agreement (Consigns products with showroom for a commission fee)** | **Vita Debellis 310 N. 11th St. Philadelphia, PA 19107** |
|---|---|---|---|

Case 19-10549    Doc# 1    Filed 04/08/19    Page 86 of 150

Debtor 1  **Dessin Fournir, Inc.**
    First Name        Middle Name        Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining     **Ongoing, provides for a 60 or 90 day notice of termination.** | |
| List the contract number of any government contract    _____ | |

|  |  |  |
|---|---|---|
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Showroom Representation Agreement (Consigns products with showroom for a commission fee)** |
| | State the term remaining | **Ongoing, provides for a 60 or 90 day notice of termination.** |
| | List the contract number of any government contract | _____ |

**Wells Abbott**
**1025 N. Stemmons Fwy, #749**
**Dallas, TX 75207**

**Fill in this information to identify the case:**

Debtor name    **Dessin Fournir, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Charles Comeau** | **400 S. Jefferson St.**<br>**Plainville, KS 67663** | | ☐ D \_\_\_\_\_<br>☐ E/F \_\_\_\_\_<br>☐ G \_\_\_\_\_ |
| 2.2 | **Christopher Mraz** | **265 Second Street**<br>**Belmont, MS 38827** | | ☐ D \_\_\_\_\_<br>☐ E/F \_\_\_\_\_<br>☐ G \_\_\_\_\_ |
| 2.3 | **DFC Holdings, Inc.** | **308 W. Mill St.**<br>**Plainville, KS 67663** | | ☐ D \_\_\_\_\_<br>☐ E/F \_\_\_\_\_<br>☐ G \_\_\_\_\_ |
| 2.4 | **Lenice Larson** | **859 Eaton Dr.**<br>**Pasadena, CA 91107-1837** | | ☐ D \_\_\_\_\_<br>☐ E/F \_\_\_\_\_<br>☐ G \_\_\_\_\_ |
| 2.5 | **Robert Plante** | **101 SW 5th St.**<br>**Plainville, KS 67663** | | ☐ D \_\_\_\_\_<br>☐ E/F \_\_\_\_\_<br>☐ G \_\_\_\_\_ |

Case 19-10549    Doc# 1    Filed 04/08/19    Page 88 of 150

Debtor   **Dessin Fournir, Inc.**                                Case number *(if known)* _____

| | |
|---|---|
| ▮ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                          *Column 2:* **Creditor**

2.6    **Shirley Comeau**        **400 S. Jefferson St.**                          ☐ D _____
                                 **Plainville, KS 67663**                          ☐ E/F _____
                                                                                   ☐ G _____

Fill in this information to identify the case:

Debtor name    **Dessin Fournir, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known)   _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

---

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................................   $    **1,414,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................................   $    **5,208,058.08**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................................   $    **6,622,058.08**

---

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $    **8,965,853.06**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $    **421,698.94**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$    **3,617,246.16**

4.   **Total liabilities** ................................................................................................
    Lines 2 + 3a + 3b      $    **13,004,798.16**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Dessin Fournir, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 8, 2019**      X **/s/ Charles G. Comeau**
                                           Signature of individual signing on behalf of debtor

                                           **Charles G. Comeau**
                                           Printed name

                                           **President**
                                           Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Dessin Fournir, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br><br>☐ Other _____ | **$3,459,324.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
   |---|---|---|

---

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer**<br>Check all that apply |
   |---|---|---|---|---|
   | 3.1. | **Lakeview Loan Servicing LLC**<br>**4425 Ponce de Leon Blvd.**<br>**MS 5-251**<br>**Coral Gables, FL 33146** | | **$6,682.77** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

---

Debtor **Dessin Fournir, Inc.**      Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2. **Palmer Hargrave**<br>308 W. Mill<br>Plainville, KS 67663 | | $8,748.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Internal Payable Transfer** |
| 3.3. **Moya's Gilden Finishing, Inc**<br>2267 Yates Ave.<br>Los Angeles, CA 90040 | | $8,811.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **AFLAC Group Insurance**<br>P O Box 84069<br>Columbus, GA 31908 | | $8,825.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Kansas Department of Revenue**<br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka, KS 66612-2005 | | $11,814.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Metlife New England Financial, Inc**<br>200 Park Avenue<br>New York, NY 10166 | | $12,700.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Evencio May-Tacuba**<br>2267 Yates Ave<br>Los Angeles, CA 90040 | | $17,754.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Amanda Cameron & Co**<br>13470 Dalewood St.<br>Baldwin Park, CA 91706 | | $19,098.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. **Mile Fine Furniture, Inc.**<br>197 Hillcrest Drive<br>La Puente, CA 91744 | | $23,322.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Dessin Fournir, Inc.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.10. **The Rien Corp, LLC**<br>**308 W. Mill**<br>**Plainville, KS 67663** | | $26,387.47 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Internal Payable Transfer** |
| 3.11. **DFC Holdings Inc.**<br>**308 W. Mill**<br>**Plainville, KS 67663** | | $32,126.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Internal Payable Transfer** |
| 3.12. **Classic Cloth, Inc.**<br>**308 W. Mill**<br>**Plainville, KS 67663** | | $36,344.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Internal Payable Transfer** |
| 3.13. **Internal Revenue Service**<br>**Centralized Insolvency**<br>**P O Box 7346**<br>**Philadelphia, PA 19101-7346** | | $48,334.02 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. **Blue Cross Blue Shield**<br>**1133 SW Topeka Boulevard**<br>**Topeka, KS 66629-0001** | | $66,995.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **Therien LLC**<br>**308 W. Mill**<br>**Plainville, KS 67663** | | $67,277.45 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Internal Payable Transfer** |
| 3.16. **Bank One**<br>**P O Box 94014**<br>**Palatine, IL 60094-4014** | | $92,867.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Dessin Fournir, Inc.**                                Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.17<br>**Kerry Joyce Associates**<br>**2900 Rowena Ave**<br>**Los Angeles, CA 90039** | | $94,886.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18<br>**George Cameron Nash**<br>**1025 N Stemmons Fwy**<br>**Dallas, TX 75207** | | $100,209.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Internal Payable Transfer** |
| 3.19<br>**The Rien Corp LLC**<br>**308 W. Mill**<br>**Plainville, KS 67663** | | $101,411.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Internal Payable Transfer** |
| 3.20<br>**DFC Corp.**<br>**308 W. Mill**<br>**Plainville, KS 67663** | | $120,574.37 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Internal Payable Transfer** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See Attached Cash Disbursement Ledger** | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
List any property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Debtor   **Dessin Fournir, Inc.**                                     Case number *(if known)* _____

| | | | |
|---|---|---|---|
| ■ None | | | |
| **Creditor's name and address** | **Description of the action creditor took** | **Date action was taken** | **Amount** |

---

**Part 3:   Legal Actions or Assignments**

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | **Case title**<br>**Case number** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| 7.1. | **Bank of Hays**<br>**2018-CV-000150** | **Civil** | **Ellis County District Court**<br>**107 W. 12th Street**<br>**Hays, KS 67601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Sunflower Bank, N.A.**<br>**2018-CV-000039** | **Civil** | **Ellis County District Court**<br>**107 W. 12th Street**<br>**Hays, KS 67601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Astra Bank**<br>**2019-CV-000002** | **Civil** | **Rooks County District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Freightquote.com**<br>**pending** | | **Hennepin County District Court**<br>**300 South 6th Street**<br>**Minneapolis, MN 55487** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| **Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value** |
|---|---|---|---|

---

**Part 5:   Certain Losses**

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| **Description of the property lost and how the loss occurred** | **Amount of payments received for the loss**<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | **Dates of loss** | **Value of property lost** |
|---|---|---|---|

---

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **5**

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Aaron Capital, Inc.** **12340 Seal Beach Blvd., Ste B348** **Seal Beach, CA 90740** | | **4/10/18, 5/17/18, 6/20/18, 7/18/18, 8/30/18, 9/30/18** | **$60,655.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Big Sky Partners LLC** **800 Fifth Ave, 6B** **New York, NY 10065** | | **11/30/18** | **$10,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Noel Richard Fox** **19501 S. State Route 291** **Pleasant Hill, MO 64080** | | **1/9/19, 2/25/19** | **$10,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **Hinkle Law Firm LLC** **1617 N. Waterfront Parkway, Suite 400** **Wichita, KS 67206** | | **3/20/19, 4/3/19, 4/8/19** | **$32,035.80** |
| | Email or website address **enazar@hinklaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

Debtor    **Dessin Fournir, Inc.**      Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.5. | **Glass Ratner** | | **3/15/19** | **$25,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Gonzalo Lopez** | **2009 Honda Pilot transferred to release product in February, 2019** | **02/19** | **$8,000.00** |
| | Relationship to debtor | | | |
| 13.2. | **Kerry Joyce** | **Furniture designed by him against royalties owen upon termination of licensing agreement in January 2019.** | **01/19** | **Unknown** |
| | Relationship to debtor | | | |

---

**Part 7:**    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor      **Dessin Fournir, Inc.**                                    Case number *(if known)*

☐ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Astra Bank**<br>**201 S Main Street**<br>**Plainville, KS 67663** | **Unknown** | **Safe Deposit Box** | ☐ No<br>☑ Yes |
| **Astra Bank**<br>**201 S. Main St.**<br>**Plainville, KS 67663** | **Unknown** | **Safe Deposit Box** | ☐ No<br>☑ Yes |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

---

Debtor    **Dessin Fournir, Inc.**                                    Case number *(if known)*

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Storage Warehouse**<br>**6231 Santos Diaz St.**<br>**Irwindale, CA 91702** | **Dessin Fournir staff in California** | **Furniture Inventory** | ☐ No<br>■ Yes |

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

---

Debtor    Dessin Fournir, Inc.            Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.   **Garnell-Lake, LLC** | **Investor in Textile Mill in Belgium** | **EIN:**   47-2846791 |
| | | **From-To**   2015-2019 |

26. **Books, records, and financial statements**

    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

      ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Nancy Handley**<br>**308 W. Mill**<br>**Plainville, KS 67663** | **1/17/2000 - Present** |
| 26a.2.   **Tim Norris**<br>**308 W. Mill**<br>**Plainville, KS 67663** | **10/8/18 - Present** |
| 26a.3.   **Austin Rice**<br>**14932 Rhodes Cir.**<br>**Lenexa, KS 66215** | **8/16/18 - 10/5/18** |
| 26a.4.   **John Garvert**<br>**809 S. Commercial St.**<br>**Plainville, KS 67663** | **2/7/2000 - 7/25/18** |
| 26a.5.   **Sheila Hachmeister**<br>**2515 31 Rd.**<br>**Natoma, KS 67651** | **5/18/1998 - 4/30/18** |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

      ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Adams, Brown, Beran & Ball Chtd.**<br>**Certified Public Accountants**<br>**P O Box 1186**<br>**718 Main St., Ste 2246**<br>**Hays, KS 67601** | |

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

      ☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.   **Dessin Fournir, Inc.**<br>**308 W. Mill**<br>**Plainville, KS 67663** | |
| 26c.2.   **Nancy Handley**<br>**308 W. Mill**<br>**Plainville, KS 67663** | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Dessin Fournir, Inc. | Case number *(if known)* | |
|--------|----------------------|--------------------------|--|

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|
| 26c.3. **Tim Norris**<br>**308 W. Mill**<br>**Plainville, KS 67663** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|------------------|
| 26d.1. **Bank of Hays**<br>**1000 West 27th Street**<br>**Hays, KS 67601** |
| 26d.2. **Astra Bank**<br>**301 S. Main St.**<br>**Plainville, KS 67663** |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|--|---------------------------------------------------------------|-------------------|------------------------------------------------------------------------------|
| 27.1. | **Chris Hansen** | **12/30/17** | **174,556.29** |
| | Name and address of the person who has possession of inventory records<br>**Chris Hansen**<br>**308 W Mill**<br>**Plainville, KS 67663** | | |
| 27.2. | **Chris Hansen** | **12/31/18** | **191,777.65** |
| | Name and address of the person who has possession of inventory records<br>**Chris Hansen**<br>**308 W Mill**<br>**Plainville, KS 67663** | | |

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Charles Comeau** | | **CEO, Controlling Shareholder** | |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

■ Yes. Identify below.

Debtor   **Dessin Fournir, Inc.** _____   Case number *(if known)* _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| AJ Schwartz | | Board of Directors | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Kermit Birchfield | | Board of Directors | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Troy Hixon | | Board of Directors | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Anthony Schmidt | | Board of Directors | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Christopher Mraz | | Board of Directors | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Len Larsen | | Board of Directors | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐   No

☑   Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | Charles G. Comeau<br>400 S. Jefferson<br>Plainville, KS 67663 | | | Salary and Other Compensation |
| | Relationship to debtor<br>CEO | | | |
| 30.2. | Christopher Mraz<br>1140 South Crescent Heights Bl<br>Los Angeles, CA 90035 | | | Loan Payments |
| | Relationship to debtor<br>Board of Directors | | | |

Debtor     **Dessin Fournir, Inc.**                                          Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **Len Larson**<br>**Pasadena, CA** | | | **Loan Payments** |
| | **Relationship to debtor**<br>**Board of Directors** | | | |
| 30.4. | **Charles G. Comeau** | | | **Loan Payments** |
| | **Relationship to debtor**<br>**CEO** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **DFC Holdings, Inc.** | **EIN:     94-3421852** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **April  8, 2019**

**/s/ Charles G. Comeau**                                    **Charles G. Comeau**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor     **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Kansas

In re **Dessin Fournir, Inc.**

Debtor(s)

Case No.

Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

| | |
|---|---|
| For legal services, I have agreed to accept | $ |
| Prior to the filing of this statement I have received | $ |
| Balance Due | $ |

☑ **RETAINER**

| | |
|---|---|
| For legal services, I have agreed to accept and received a retainer of | $ 0.00 |
| The undersigned shall bill against the retainer at an hourly rate of | $ 350.00 |

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  $ **1,717.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☑ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **See DFC Holdings, Inc (Parent Company)**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re    **Dessin Fournir, Inc.**                                              Case No. _____
_____
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **April  8, 2019** | **/s/ Edward J. Nazar** |
| *Date* | **Edward J. Nazar** |
| | *Signature of Attorney* |
| | **Hinkle Law Firm LLC** |
| | **1617 N. Waterfront Parkway, Suite 400** |
| | **Wichita, KS 67206** |
| | **316-267-2000  Fax: 316-264-1518** |
| | **enazar@hinklaw.com** |
| | *Name of law firm* |

1 800 Got Junk
14262 Valley Blvd, Suite B
La Puente CA 91746


Aaron O. Martin
129 South Eighth Street
Salina KS 67402


Abode
Fern Santini Design
4414 Burnet Road
Austin TX 78756


Adams, Brown, Beren & Ball
2006 Broadway, Suite 2A
P O Drawer J
Great Bend KS 67530


Affordable Moving Co, Inc
2060 N Kolmar
Chicago IL 60639


AFLAC Group Insurance
PO Box 84069
Columbus GA 31908


Ainsworth Noah, ADAC
351 Peachtree Hills Ave.
Suite 518
Atlanta GA 30305


Ainsworth-Noah & Associates
351 Peachtree Hills Ave
Suite 518
Atlanta GA 30305


AirSea Packing Group Inc
Attn: Carmen Robles
40-35 22nd Street
Long Island City NY 11101


AJ Wood Finish
18652 E Petunia St
Azusa CA 91702

Alex Comeau
503 SE 6th
Plainville KS 67663


Alisa Dreher
305 S Jefferson
Plainville KS 67663


Alvaro Cruz Rodelo
4906 Fortin Street
Baldwin Park CA 91706


Alveary Architecture & Design
303 West 20th Street
New York NY 10011


Ambiente
Einrichtungskonzepte AG
Marktgasse 6
Rapperswil, CH-8640


AmeriPride Service, Inc
P O Box 908
Bemidji MN 56619


Amy Brown
104 NW 6th
Plainville KS 67663


Amy Cassell Atelier
Attn: Victoria
2836 North Greenview
Chicago IL 60657


Anderson Interiors
334 East Bay Street
Suite 164
Charleston SC 29401


Andrew Frank Interiors
60 Old Saugatuck Road
Norwalk CT 06855

Ann Peterhans Interior Design
1360 N. Lake Shore Drive
Suite 604
Chicago IL 60610


Argentina Footprints LLC
6 Ralston Hill Road
Mendham NJ 07945


Armand Lee & Company, LTD
840 North Milwaukee Ave
Chicago IL 60642


Ascher Brothers
3033 West Fletcher Street
Chicago IL 60618


Ashley Comeau
203 S Plainville Ave
Plainville KS 67663


ASI Interiors
325 West Huron Street
Suite 601
Chicago IL 60654


Assurance Partners
2090 S Ohio
P O Box 1213
Salina KS 67402


Astra Bank
207 Eagle Dr.
Abilene KS 67410


Audrey White Interiors
2214 Sunset Boulevard
Houston TX 77005


Azusa Light & Water Dept.
P O Box 7030
Artesia CA 90702

```
B & R Commerce
1951 Staunton Ave
Los Angeles CA 90058


Bailey Bogart
498 5th St.
Phillipsburg KS 67661


BAMO
1000 Brannan Street
Ste 300
San Francisco CA 94103


Bank of Hays
1000 W 27th St
P O Box 640
Hays KS 67601


Bank One
Cardmember Services
P O Box 94014
Palatine IL 60094


Barbara Leiter Ltd.
131 Detweiller Drive
Peoria IL 61615


Benson Interiors, Inc
P O Box 700
Hamilton MA 01936


Benson Interiors, Inc.
P O Box 700
Hamilton MA 01936


Berta Shapiro Interior Design
925 West Huron Street
Suite 117
Chicago IL 60642


Beth Joy Goldstein
Interior Design
68-36 108th Street
#B48
Forest Hills NY 11375
```

Beth Webb Interiors
425 Peachtree Hills Ave
Suite 11B-4
Atlanta GA 30305


Betsy Dailey Interior Design
2629 SW Alta Vista Place
Portland OR 97201


Beverly Packing Inc
9072 Rosecrans Ave
Bellflower CA 90706


BHFTI-DCA/State of CA
1625 North Market Blvd.
Suite N 112
Sacramento CA 95834


BL Custom Upholstery/Leopoldo
5760 Rodeo Drive
Los Angeles CA 90016


Boyles-Snyder Co., Inc
3446 John Street
Los Angeles CA 90026


Brad Comeau
1117 E Carson St.
Long Beach CA 90807


Bruce Fox Interior Design
Attn: Jonathan Carnright
440 North Wells Street
Suite 620
Chicago IL 60654


Bruce Palmer LLC
Three Mill Road
Suite 208
Wilmington DE 19806


Brusic Rose
7300 S Central Park Ave
Bedford Park IL 60638

Buckingham Interiors & Design
1820 West Grand Avenue
Chicago IL 60622


Bunny Williams
306 East 61st Street
5th Floor
New York NY 10065


C.R. Creative Services
1400 Calzona Street
Los Angeles CA 90023


California Department of Tax
and Fee Administration
P O Box 942879
Sacramento CA 94279


Carmichael True Value
P O Box 146
Plainville KS 67663


Carol Belz & Associates
275 Market Street
Suite 269
Minneapolis MN 55405


Catherine Fellowes
20398 Micheltorena Street
Los Angeles CA 90039


CBG Interiors
5120 Woodway
Suite 5029
Houston TX 77006


Century Link
P O Box 52187
Phoenix AZ 85072


Chad James Group
1200 Villa Place
Suite 411
Nashville TN 37212

Chantal Lamberto
Interior Design
3376 Sacramento Street
San Francisco CA 94118


Charles Comeau
400 S Jefferson
Plainville KS 67663


Charles Comeau
400 S. Jefferson St.
Plainville KS 67663


Charles F. Nichols
13470 Dalewood
Baldwin Park CA 91706


Christopher Mraz
265 Second Street
Belmont MS 38827


Christopher Welsh Designs
9500 Springmont Place
Louisville KY 40241


Cintas Corporation LOC 449
1200 S 2nd Ave
Dodge City KS 67801


City of Azusa
Attn: Business License Div
213 E Foothill Blvd.
Azusa CA 91702


City of Plainville
222 W. Mill
P O Box 266
Plainville KS 67663


Classic Cloth, Inc.
308 W Mill
Plainville KS 67663

Classic Design Services
125 Ottley Drive NE
Atlanta GA 30324


Classic Printing Sales
8440 E Yarrow Street
Rosemead CA 91770


Clerel Design
1200 Newport Center Drive
Suite 260
Newport Beach CA 92660


Clive Lonstein Inc.
611 Broadway
Suite 626
New York NY 10012


CNA Financial Corporation
P O Box 8317
Chicago IL 60680


CNA Financial Corportaion
P O Box 8317
Chicago IL 60680


Coach House Design
4404 North Meridian Street
Indianapolis IN 46208


Computer Aided Technology, LLC
165 N Arlington Heights Rd
Suite 101
Buffalo Grove IL 60089


Craftsmen Services
1838 Witt Circle
Austell GA 30168


Craters & Freighters
2220 Merritt Drive, Ste 200
Garland TX 75041

Cravotta Studios
701 Brazos Street
Suite 300
Austin TX 78701


Creath L. Pollak
8080 E Central Ave., #300
Wichita KS 67206


Creative Leathers
Viadella Concia, 43
36071 Arzignano
Italy


Cricket Greenwald Interior LTD
4710 Quail Canyon Drive
Charlotte NC 28226


Dalia Gonzalez
11149 Mildred St.
El Monte CA 91731


Dan Fink Studio
220 Lexington Ave
Suite 1500
New York NY 10016


Dan Franzen, Inc
10690 Johnson Road
Phelan CA 92371


Dana Jacob
31855 Brandingham
Franklin MI 48025


Dans Custom Metal
7324 Petterson Lane
Paramount CA 90723


David Kleinberg Design
330 East 59th STreet
5th Floor
New York NY 10022

David M. Berg Ltd.
1057 Goodale Blvd.
Columbus OH 43212


David Michael Miller Assoc.
7034 East First Ave
Scottsdale AZ 85251


David Salem Interiors
4600 Southern Ave
Dallas TX 75209


De Sousa Hughes, LLC
2 Henry Adams St
#220
San Francisco CA 94103


Dell Business Credit
Payment Processing Center
P O Box 5275
Carol Stream IL 60197


Dennis Hunt
351 Peachtree Hills Ave NE
Ste 518
Atlanta GA 30305


DFC Holdings, Inc.
308 W. Mill St.
Plainville KS 67663


Diane Young Interiors, Inc.
14181 69th Drive N
Palm Beach Gardens FL 33418


Direct Capital
155 Commerce Way
Portsmouth NH 03801


DMS Leathers Inc
15 W 20th St
New York NY 10011

Dogfork Lamp Arts
1000 Quesada Ave
San Francisco CA 94124


Dorothy Mattiessen Interiors
329 Wigmore Drive
Pasadena CA 91105


Dumais I D
231 West 29th Street
Suite 1106
New York NY 10001


Dwight Loren Field
3601 SW 29th Terrace
Apt 1
Topeka KS 66614


Eberlein Design Consultation
1809 Delancey Place
Philadelphia PA 19103


Edwin J. Maldonado
2605 S Robertson Blvd
Los Angeles CA 90034


Elizabeth Khazzam
4830 N Grand View Drive
Peoria Heights IL 61616


Embellishments
99 Meriam Street
Lexington MA 02420


Equipworks Inc
125 South 9th Avenue, Unit G
P O Box 2601
La Puente CA 91746


Eric Hilton, Ltd
330 East 59th Street
8th Floor
New York NY 10022

Evencio Mayo-Tacuba
2267 Yates Ave
Commerce CA 90040


Fogel Interiors
1206 North Cypress Ave
Hermosa Beach CA 90254


Freightquote. Inc
1495 Paysphere Circle
Chicago IL 60674


Fromental
Ground Floor
2 Kimberly Road
London


Fromental
Ground Floor
2 Kimberley Rd.
London, England NW6 7SG


Frontier Communications
P O Box 740407
Cincinnati OH 45274


Fuentes Artisans Manufacturing
300 Hyde Park Blvd
Los Angeles CA 90043


G&A Glass & Antique Mirrors
6815 Somerset Blvd.
Paramount CA 90723


Gaeta Custom Fur
6085 Del Rosa Road
Phelan CA 92329


Gary McBournie Inc
71 Newbury Street
Suite 300
Boston MA 02116

Gella's Diner & LBB Co
308 W Mill
Plainville KS 67663


Geltman Industries, Rezex Inc
Rezex Corporation
1914 Bay St
Los Angeles CA 90021


Gemma Parker Design
133 N. Jefferson Street
Suite 600
Chicago IL 60661


George Terbovich, Inc.
5510 Oak Street
Kansas City MO 64113


Giati Designs Inc.
6398 Cindy Lane
Carpinteria CA 93013


Gibbons Fortman & Associates
900 North Franklin Street
Suite 612
Chicago IL 60610


Gonzalo Hernandez
12207 Hadley St
Apt. B
Whittier CA 90601


Gonzalo N. Lopez
A-G Custom Upholstery
1308 Maine Ave, Unit F
Baldwin Park CA 91706


Good Moves Delivery Inc
720 Harbour Way South
Richmond CA 94804


Greer Interiors
3403 Glenview Ave
Unit A
Austin TX 78703

Gregory Carmichael
Interior Design
P O Box 80863
Seattle WA 98108


GS Hinsen Co
2034 Richard Jones Rd
Nashville TN 37215


Guillermo Valdez Design
1033 Vineyard Drive
San Gabriel CA 91775


Gwendolyn Hitchcock
3705 Canal Blvd., #A
Hays KS 67601


Hanes Converting Co.
L & P Financial Services Co.
P O Box 60984
Charlotte NC 28260


Heather Wells
359 Boylston Street
Suite 2
Boston MA 02116


Holly Buss
3270 N Road
Bogue KS 67625


Holly Hunt
1099 14th St. NW, #240
Washington DC 20005


Holly Hunt, LTD
801 W Adams Street
Suite 700
Chicago IL 60607


House of Charnock
315 East 69th Street
New York NY 10021

House of Heydenryk
601 West 26th Street
Suite 305
New York NY 10001


Industry Tire Service, Inc.
121 Workman Mill Road
P O Box 3993
City of Industry CA 91746


Inspire Arts & Music
P O Box 51391
Boston MA 02205


Internal Revenue Service
Centralized Insolvency
P O Box 7346
Philadelphia PA 19101-7346


International Market Place Inc
400 Monroe Street
8th Floor
Detroit MI 48226


Irwindale Ind. Clinic
6000 N Irwindale Ave., Suite A
Azusa CA 91702


Ismael Lopez
16974 Malaga St.
Fontana CA 92336


Ismael Lopez
16974 Malaga St.
Fontana, CA
Fontana CA 92336


J & J Antique Furniture Finish
1320 W Gladstone
Azusa CA 91702


J Nelson FL LLC
2866 Pershing St.
Hollywood FL 33020

J. Nelson
2866 Pershing St.
Hollywood FL 33020


J. Randall Powers, Inc
c/o Randy Powers
5120 Woodway Drive
Suite 5029
Houston TX 77056


Jackson Warren Interiors
1739 LaMonte Lane
Houston TX 77018


Jacobs/Schneider Design, Inc.
1012 East 75th Street
Indianapolis IN 46240


JAGR Projects LLC
818 Paper Mill Road
Wyndmoor PA 19038


James Daniels Design, Inc
3759 North Ravenswood Ave
Suite 226-D
Chicago IL 60613


James Lumsden, Inc.
Attn: Karen
2274 Century Hill
Los Angeles CA 90067


Jared Hughes Design
18 Peachtree Circle
Suite #1
Atlanta GA 30309


Jaycelyn Barten
207 S Section Line
Plainville KS 67663


JB Wood Finish
15012 Arrow Hwy
Suite B
Baldwin Park CA 91706

Jeannine Dal Pra Interiors
3100 North Sheridan Road
Apt 9C
Chicago IL 60657


Jeffery J. Johnson
606 S Broadway
Plainville KS 67663


Jessica Jubelirer Design
Attn: Purchasing
427 East Silver Spring Drive
Whitefish Bay WI 53217


Joan Behnke Design
9215 West Olympic Boulevard
Beverly Hills CA 90212


Joanne Kim
11771 Coorsgold Ln
Porter Ranch CA 91326


John Luna
600 S Plainville Ave
Plainville KS 67663


John R Ames, CTA
Dallas County Tax Office
P O Box 139066
Dallas TX 75313


Jose Carlino Design
600 N Boradway
Suite 200
Milwaukee WI 53202


Jose Ochoa
18331 E Gladstone Street
Azusa CA 91702


Jose Uribe
4816 Cogswell Rd.
El Monte CA 91732

Josh Greene Design
1133 Broadway
Suite 220
New York NY 10010


Josie McCarthy Associates
4438 Travis Street
Dallas TX 75205


Juan's Custom Frames, Inc
1409 Virginia Ave
Units C & D
Baldwin Park CA 91706


Julie Nini
P O Box 492203
Los Angeles CA 90049


Julie Thomas
c/o Koselig
2911 E Madison St
Seattle WA 98112


June Price Interiors Ltd
225 Ottley Drive
Ste 210
Atlanta GA 30324


K Company
1711 Mohle Drive
Austin TX 78703


Kaleidoscope Design
2765 S Colorado Boulevard
Suite 203
Denver CO 80210


Kansas Attorney General
Derek Schmidt
120 SW 10th Ave., 2nd Floor


Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 66612-2005

Kaufman Segal Design
900 North Franklin Street
Suite 710
Chicago IL 60610


Kelli D. Hansen
605 S Main
Plainville KS 67663


Ken Adam


Kenneth Meyer


Kevin Corn Design
9074 Nemo Street
West Hollywood CA 90069


Kimberley Expertise LTS
Malaya Bronnaya
dom 10, stroenie 2, 25
Moscow, Russia 123104


Kipp & Keeler
600 Green Bay Road
Kenilworth IL 60043


Kneedler-Fauchere - Denver
595 South Broadway
Suite 108-S
Denver CO 80209


Kristin Paton Interior, LLC
152 Mount Auburn Street
Cambridge MA 02138


Lake Line Deliveries
2100 Greenleaf Street
Evanston IL 60202

Lana'i Resorts, LLC
dba Pulama Lana'i
Project Dynamics Inc
5275 S Arville, Suite 100
Las Vegas NV 89118


Leah Bolger Design
142 Green Bay Road
Winnetka IL 60093


Leather Care Services
12400 Penn Street
Whittier CA 90602


Leblanc Design
560 Harrison Ave
Unit 407
Boston MA 02118


LeeAnn Baker Interiors, Ltd
3121 East Madison Street
Suite 206
Seattle WA 98112


Lenice Larson
859 Easton Drive
Pasadena CA 91107


Lenice Larson
859 Eaton Dr.
Pasadena CA 91107-1837


Liberty Group, LLC
308 W Mill Street
Plainville KS 67663


Lionel Richie
Attn: Rosa Canepa
145 Copley Place
Beverly Hills CA 90210


Liza Bryan Interiors
2300 Peach Tree road
Suite B205
Atlanta GA 30309

Luis Bribiesca Aranda
7060 Sylvia Ave.
Reseda CA 91335


Luis Watkins Cstm Wright IrnLL
3737 Durango Ave
Los Angeles CA 90034


Mahs Transport Inc
8851 Muraoka Dr
Ste B
Gilroy CA 95020


Marcus Mohon
2525 South Lamar Boulevard
Suite 13
Austin TX 78704


Marianna Bernardi
2 Bow Lane
Barrington IL 60010


Maricela Lopez
10430 Virginia Ave
South Gate CA 90280


Marina Packing, Inc
741 Lairport Street
El Segundo CA 90245


Mark D. Sikes Inc
721 1/2 N. La Cienega Blvd
West Hollywood CA 90069


Mark Weaver & Associates
519 N La Cienega Blvd
Ste 12
Los Angeles CA 90048


Martin Group
Boston Design Center
1 Design Center Place
Ste 515
Boston MA 02210

Mary McDonald Interiors
511 N La Cienega Blvd Ste 216
Los Angeles CA 90048


Massucco Warner Miller
4600 Union Bay PL NE
Suite C
Seattle WA 98105


MB Designs
8960 Dicks Street
West Hollywood CA 90069


Meg Braff Interiors, Inc
92 Forest Ave
Locust Valley NY 11560


Mercedes-Benz Financial Servic
P O Box 5209
Carol Stream IL 60197


MGI, Inc.
1475 Lombardy Road
Pasadena CA 91106


Michael S Smith, Inc
1646 Nineteenth Street
Santa Monica CA 90404


Michael Smith Inc
270 Lafayette Street
3rd Floor
New York NY 10112


Michelle L. Albert
2845 W Road
Natoma KS 67651


Midwest Energy
1330 Centerbury Road
Hays KS 67601


Mile Fine Furniture Inc
197 Hillcrest Drive
La Puente CA 91744

MJ Atelier & Construction Inc
FKA Apelo Cruz Decorative Art
Maria Apelo Cruz
Van Nuys CA 91406


Mollie Johnson Interiors, Inc
One Hollis Street
Suite 102
Wellesley MA 02482


Morgante Wilson Architects
2834 Central
Evanston IL 60201


Morris Laing
300 N Mead
Suite 200
Wichita KS 67202


Moya's Gilden Finishing Inc
2267 Yates Ave
Los Angeles CA 90040


N&G Interiors
4163 Green Meadow Court
Encino CA 91316


Nancy Handley
208 E 2nd Street
Palco KS 67657


Nancy Ruzicka Design
5513 East Mission Drive
Prairie Village KS 66208


Nantucket House, Inc
2 South Beach Street
P O Box 368
Nantucket MA 02554


Nathan Grebowiec
205 S Wyoming St.
Plainville KS 67663

Nelson Collective
426 North Wolcott Ave
Chicago IL 60622


New Day Woodwork Inc
88-61 76 Avenue
Glendale NY 11385


Nex-Tech
P O Box 126
Norton KS 67654


Nicholas Marmet
3815 Aloha Street
Los Angeles CA 90027


NYC Interior Design
2440 Broadway
Suite 7
New York NY 10024


Palecek
601 Parr Boulevard
Richmond CA 94801


Pamela M. Luna
600 S Plainville Ave.
Plainville KS 67663


PDF Systems Inc
186 Princeton-Hightstown Road
Building 3B, Suite 13
Princeton Junction NJ 08550


Peabody Office Furniture Corp
234 Congress St
Boston MA 02110


Peace Design
349 Peachtree Hills Avenue NE
Suite C-2
Atlanta GA 30305

Phillips 66 Co/SyncB
P O Box 530970
Atlanta GA 30353


Pierce Allen Inc.
80 8th Avenue
Suite #1601
New York NY 10011


Pineapple Post Inc
The Pineapple Post
111 N Jefferson
Plainville KS 67663


Pixie Peppers Empire
616 B. San Vincente Boulevard
Santa Monica CA 90402


Plan B Interior Design
85 Avenue A
#4C
New York NY 10009


Porter Design Group
133 Center Mill Road
Chadds Ford PA 19317


Primavera Interior Furnishings
160 Pears Ave
Suite 110
Can


Professional Fire Equipment Co
P O Box 96
Hays KS 67601


Randal Netley Designs
4821 Chicago Street #18
Omaha NE 68132


Rariden Schumacher - Mio & Co
231 S. Old Woodward #219
Birmingham MI 48009

Raul Yanez
9232 Bermudez Street
Pico Rivera CA 90660


Regal Designer Delivery, LLC
P O Box 1997
Forney TX 75126


Renvy Graves Pittman
364 St. Cloud Road
Los Angeles CA 90077


Rest Assured, Inc
4006 S 21st Street
Phoenix AZ 85040


Ring Central


Robert A.M. Stern Int. LLC
460 W 34th St
18th Floor
New York NY 10001


Robert Borwn Interior Design
425 Peachtree Hills Ave
Suite 32
Atlanta GA 30305


Robert Passal Interiors
333 Park Avenue South 4A
New York NY 10010


Robert Plante
101 SW 5th St.
Plainville KS 67663


Robyn Shapiro Design, Inc.
330 West Diversey Parkway
Suite 1501
Chicago IL 60610

Rockler Woodworking & Hardware
4365 Willow Dr
P O Box 500
Hamel MN 55340


Rod Mickley Interiors
3351 Ocean Drive
Suite 9
Vero Beach FL 32963


Rogelio Ramirez
15400 Francisquito Ave
Apt 257
La Puente CA 91744


Ronald Hamel
P O Box 33
308 S Commercial
Plainville KS 67663


Rooks County Treasurer
P O Box 525
Stockton KS 67669


Rose Cumming Chintzes
308 W Mill
Plainville KS 67663


Russ Bryant
10866 Washington Blvd. #12
Culver City CA 90232


S & S Warehousing Inc
57-10 49th Place
Unit C
Maspeth NY 11378


S. R. Gambrel Inc.
15 Watts Street
4th Floor
New York NY 10013


Sarah Rogers Design, Inc
2418 Iroquios Road
Wilmette IL 60091

Savio's Custom Furniture


SBA Global Logistics
P O Box 844722
Dallas TX 75284


Schermerhorn Interior Design
52 East End Avenue
Apartment 7B
New York NY 10028


Scott J. Gross
210 W 24th Street
Hays KS 67601


Sean Yasher
The Cluture Creative
1608 S Hayworth Ave
Los Angeles CA 90035


Secretary of State
WHICH ONE???


See's Design
1818 North Western Ave
Oklahoma City OK 73106


Settlers West
Melody Johnson
6420 North Campbell Ave
Tucson AZ 85718


Sharp Electronics Corporation
DBA Sharp Business Systems
Dept. LA 21565
Pasadena CA 91185


Shazalyn Cavin-Winfrey
516 North Washington Street
Alexandria VA 22314

Shears & Window
SFDC
101 Henry Adams St., Ste 256
San Francisco CA 94103-5277


Shears & Window, SFDC
101 Henry Adams St.
Ste 256
San Francisco CA 94103


Shelby Wagner Design, LLC
25 Highland Park Village
#100-316
Dallas TX 75225


Shirley Comeau
400 S Jefferson
Plainville KS 67663


Shirley Comeau
400 S. Jefferson St.
Plainville KS 67663


Shred-it USA INC, Wichita
28883 Network Place
Chicago IL 60673


Signature Designs
502 Palm Street
West Palm Beach FL 33401


Signature Interiors
121 State Street
Framingham MA 01702


Slifer Designs, Inc.
216 Main Street
Suite C-100
Edwards CO 81632


Sparklets 25152207306935
DS Water of America
 P O Box 660579
Dallas TX 75266

Sparkletts 26211684608984
P O Box 660579
Dallas TX 75266


Stephen Knollenberg, Inc.
327 Southfield Road
Suite 1AS
Birmingham MI 48009


Stephen Knollenberg, Inc.
327 Southfield Road
Suite 1 AS
Birmingham MI 48009


Steve R. Dreher
605 S Jefferson
Plainville KS 67663


Stuart Silk Architects, Ltd
2400 North 45th Street
Suite 200
Seattle WA 98103


Sunflower Bank
3025 Cortland Circle
Salina KS 67401


Susan Erickson Design
1840 Mass Avenue
Lexington MA 02421


Susan Mills, SDC
5701 6th Ave.
Suite 200
Seattle WA 98108


Susan Young Interiors
5833 6th Avenue South
Seattle WA 98108


Suzanne Kasler Interiors
425 Peachtree Hills Ave
Suite #21B
Atlanta GA 30305

Swanson-Ollis Interiors
435 North Las Palmas Ave
Los Angeles CA 90004


Tammy S Werner
300 S Plainville
Plainville KS 67663


Taylor Interior Design Inc.
125 Benefit Street
Providence RI 02903


The Basics LLC
308 W Mill
Plainville KS 67663


The Light Touch
#9 The Plaza
Locust Valley NY 11560


The Westgate Hotel
1055 Second Ave
San Diego CA 92101


The Wiseman Group
Interior Design, Inc
301 Pennsylvania Ave
San Francisco CA 94107


The World Design Corporation
10554 Progress Way
Suite E
Cypress CA 90630


Timothy Girard
5611 SW Barrington Ct. S
Topeka KS 66614


Timothy Norris
2005 Lincoln Drive
Hays KS 67601


Titan Electric
1050 Spring Lake Drive
Itasca IL 60143

TLC Delivery
1338 Ross Street
Petaluma CA 94954


TLC Packing
13020 Yukno Ave
Unit H
Hawthorne CA 90250


TLC Packing & Shipping Inc
11733 E Slauson Ave
Santa Fe Springs CA 90670


Tod Carson, Inc
449 North Robertson
Los Angeles CA 90048


Todd Alexander Romano, LLC
141 Patterson Avenue
San Antonio TX 78209


Todd Van Schuyver
507 S Madison
Plainville KS 67663


Tom Stringer Design Partners
919 North Michigan Avenue
Suite 320
Chicago IL 60611


Tom Stringer Design Partners
919 North Michigan Ave
Suite 320
Chicago IL 60611


Town Studio, LLC
Robeson Design
2837 Presidio Drive
San Diego CA 92110


Town Studio, LLC
601 South Broadway
Suite A
Denver CO 80209

Town, LLC
601 S Broadway
Ste A
Denver CO 80209


Tracy Hunt
511 S Section Line St
Plainville KS 67663


Tramo@Home
24640 S Main Street
Carson CA 90745


Transformations
6600 W Shore Drive
Weidman MI 48893


Tri Central Office Supply Inc
Box 517
Ellinwood KS 67526


Tri-Central Office Supply, Inc
1101 Main St.
P O Box 1014
Hays KS 67601


Trish Mills Interiors
349 Peachtree Hills Ave
Suite D1A
Atlanta GA 30305


Uline, Inc
Attn: Accounts Receivable
P O Box 88741
Chicago IL 60680


United Imaging Inc
21201 Oxnard Street
Woodland Hills CA 91367


US Attorneys Office
301 N. Main Ste 1200
Wichita KS 67202

USA Alarm Systems, Inc
138 East Chestnut Ave
Monrovia CA 91016


Victory Exterminating Inc
P O Box 8596
Alta Loma CA 91701


Villa Merchu
8255 Beverly Boulevard
Suite 225
Los Angeles CA 90048


Virginia Industrial Prop
Amanda Cameron & Co., LLC
13470 Dalewood St.
Baldwin Park CA 91706


Vita Debellis
310 N. 11th St.
Philadelphia PA 19107


Vita DeBellis Studio
310 North 11th Street
Suite 2B
Philadelphia PA 19107


WDI Co of Oregon Inc
7342 SW Kable Lane
Portland OR 97224


Wells Abbott
1025 N. Stemmons Fwy, #749
Dallas TX 75207


Wendi Young Design
3990 Westerly Place
Suite 150
Newport Beach CA 92660


Wendy Hawoth Design
1301 N Harper Ave
Studio B
Los Angeles CA 90046

Western Cooperative Electric
635 S 13th Street
P O Box 278
Wakeeney KS 67672


William McIntosh Design
54 West 21st Street
Suite 609
New York NY 10010


Woodhouse Tinucci Architecture
230 W Superior
6th Floor
Chicago IL 60610


Wright Simpkins
2211 Blucher Valley Road
Sebastopol CA 95472

# United States Bankruptcy Court
## District of Kansas

In re   **Dessin Fournir, Inc.**                   Case No.

                                 Debtor(s)         Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April  8, 2019**                   **/s/ Charles G. Comeau**

                                      **Charles G. Comeau/President**
                                      Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re  **Dessin Fournir, Inc.**                                    Case No. _____
                                    Debtor(s)                Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **See Attached** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **April 8, 2019**                    Signature  **/s/ Charles G. Comeau**

                                    **Charles G. Comeau**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Kansas

In re   **Dessin Fournir, Inc.**                                                 Case No.
_____     _____
                                            Debtor(s)     Chapter     **11**
                                                        _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Dessin Fournir, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**See Attached**

_____

☐ None [*Check if applicable*]

**April  8, 2019**
_____           **/s/ Edward J. Nazar**
Date                                        _____
                                            **Edward J. Nazar**
                                            Signature of Attorney or Litigant
                                            Counsel for   **Dessin Fournir, Inc.**
                                            _____
                                            **Hinkle Law Firm LLC**
                                            **1617 N. Waterfront Parkway, Suite 400**
                                            **Wichita, KS 67206**
                                            **316-267-2000 Fax:316-264-1518**
                                            **enazar@hinklaw.com**

# DESSIN FOURNIR



**DFC Holdings, Inc. (S-Corp.)**
94-3421852
Parent Company

Includes Fritsch/DFC Distribution
Owned by individual shareholders.

**DFC Holdings LLC dba Rose Cumming Chintzes**
20-3333820

(Single member LLC disregarded entity of DFC Holdings Inc.)

**Therien LLC**
46-2778093

Showroom division of Therien
(Single member LLC disregarded entity of DFC Holdings Inc.)

**The Rien Corp. LLC**
46-2809016

Manufacturing portion of Therien; includes Quatrain product line sales; (Single member LLC disregarded entity of DFC Holdings Inc.)

**EB Manufacturing LLC**
47-2034715

Erika Brunson Furniture manufacturing
(Single member LLC disregarded entity of DFC Holdings Inc.)

**Kenneth Meyer LLC**
47-4657844

Looms & sells upholstery and fabric trims
(Single member LLC disregarded entity of DFC Holdings Inc.)

**Dessin Fournir Inc. (S-Corp.)**
48-1123042

Wholly owned by DFC Holdings Inc. Includes Hand Painted Panels, DF Leathers, Kerry Joyce and Gérard furniture product lines.

**Classic Cloth Inc. (S-Corp.)**
48-1188673

Wholly owned by DFC Holdings Inc.

**Palmer Hargrave Inc. (S-Corp.)**
48-1225304

Wholly owned by DFC Holdings Inc.

**C.S. Post Inc. (S-Corp.)**
52-2116003

Wholly owned by DFC Holdings Inc.

**DFC Corp. (S-Corp.)**
20-1642344

Showroom division (Includes both Chicago and New York) wholly owned by DFC Holdings Inc.

**QR Inc. LLC**
35-2492102

Receives royalties on Quatrain sales from Therien and owns inventory from Quatrain purchase (Owned 10% Therien Manufacturing; 90% FSSW)

**Planing Mill LLC**
48-1241960

A disregarded entity of Dessin Fournir Inc. Only activity is owning & leasing building to AFLAC in Hays.

# United States Bankruptcy Court
## District of Kansas

In re **Dessin Fournir, Inc.**                          Case No. _____

_____ Debtor(s)   Chapter **11**

# BUSINESS INCOME AND EXPENSES - <u>SEE ATTACHED</u>

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u>  (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

| | | |
|---|---|---:|
| 1. Gross Income For 12 Months Prior to Filing: | $ | 0.00 |

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

| | | |
|---|---|---:|
| 2. Gross Monthly Income | $ | 0.00 |

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | | |
|---|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) | $ | 0.00 |
| 4. Payroll Taxes | | 0.00 |
| 5. Unemployment Taxes | | 0.00 |
| 6. Worker's Compensation | | 0.00 |
| 7. Other Taxes | | 0.00 |
| 8. Inventory Purchases (Including raw materials) | | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | 0.00 |
| 10. Rent (Other than debtor's principal residence) | | 0.00 |
| 11. Utilities | | 0.00 |
| 12. Office Expenses and Supplies | | 0.00 |
| 13. Repairs and Maintenance | | 0.00 |
| 14. Vehicle Expenses | | 0.00 |
| 15. Travel and Entertainment | | 0.00 |
| 16. Equipment Rental and Leases | | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | | 0.00 |
| 18. Insurance | | 0.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

DESCRIPTION                              TOTAL

21. Other (Specify):

DESCRIPTION                              TOTAL

| | | |
|---|---|---:|
| 22. Total Monthly Expenses (Add items 3-21) | $ | 0.00 |

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

| | | |
|---|---|---:|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $ | 0.00 |

| | 12/31/2017 Consolidated | 12/31/2018 Consolidated | Related Company Transactions | Dessin Fournir | Classic Cloth | Palmer Hargrave | C.S. Post (Division Closed) | DFC Holdings, Inc. | DFC Corp. | Oak Street Planing Mill (Division Closed) | Therien, LLC | The Rein Corp | EB, Inc. | Kenneth Meyer | DFC (Breakout) | Rose Cummings | Fritsch |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | | | | | | | | | | |
| Cash & Cash Equivalents | $ (182,839) | $ 37,482 | $ - | $ (41,662) | $ (6,453) | $ 296 | $ 721 | $ 120,921 | $ (17,940) | $ 75 | $ (16,325) | $ (50) | $ (1,300) | $ (800) | $ 121,496 | $ (575) | $ - |
| Accounts Receivable | 272,259 | 331,478 | (307,094) | 190,586 | 211,736 | (5,824) | 268 | 24,744 | 118,260 | - | 46,495 | 51,921 | - | 385 | 5,005 | 19,739 | |
| Bond Fund Accounts | 1,518 | 1,518 | | 741 | | 777 | | | | | | | | | | | |
| Underpayments/Overpayments | (14,866) | (57,484) | | | (57,026) | | | (471) | | | | | | 13 | (471) | | |
| Inventory | 11,133,782 | 10,252,568 | | 3,931,217 | 2,591,197 | 817,505 | 123,189 | 1,732,587 | 4,550 | 85,234 | | 837,020 | 94,712 | 35,357 | | 1,729,408 | 3,179 |
| Inventory - Unicap | 57,582 | 57,582 | | | | 57,582 | | | | | | | | | | | |
| Prepaid Invoices | 468,792 | 593,947 | | 281,433 | 3,976 | 4,621 | 6,092 | 154,320 | 38,021 | - | 53,684 | 47,495 | 3,505 | 800 | 144,626 | 30,454 | (20,759) |
| Prepaid Expenses | 800 | 800 | | | | | | | | | 800 | | | | | | |
| Work In Progress | 520,924 | 590,505 | | 436,227 | | 12,182 | | | | | | 77,546 | 64,550 | | | | |
| Construction in Progress | 11,339 | 11,339 | | | | | | | 11,339 | | | | | | | | |
| Note Receivables - Shareholders | 31,028 | 31,028 | | - | - | | | 31,028 | | | | | | | 31,028 | | |
| Note Receivables - Related Companies | - | - | (5,585,098) | | | | | 5,585,098 | | | (797,722) | 797,722 | | | 6,379,917 | (794,819) | |
| Interest Receivable - Related Companies | - | - | (617,682) | | | | | 617,682 | | | | | | | 617,682 | | |
| Other Current Assets | - | (726) | | - | (726) | | | | | - | | - | - | | | | |
| Planing Mill Capital | - | - | (1,137,637) | 1,137,637 | | | | | | | | | | | | | |
| Stock Investment | 218,997 | 218,996 | | | | | | 218,996 | | | | | | | 218,996 | | |
| Security Deposits | 221,291 | 223,359 | | 6,781 | | | | 10,251 | 150,327 | | 55,999 | | | | | 10,251 | |
| **TOTAL CURRENT ASSETS** | $ 12,740,608 | $ 12,292,393 | $ (7,647,511) | $ 5,942,961 | $ 2,742,704 | $ 887,139 | $ 130,269 | $ 8,495,158 | $ 304,557 | $ 85,309 | $ (657,069) | $ 1,811,654 | $ 161,467 | $ 35,754 | $ 7,518,280 | $ 994,458 | $ (17,580) |
| | | | | | | | | | | | | | | | | | |
| **FIXED ASSETS** | | | | | | | | | | | | | | | | | |
| Fixed Assets | $ 2,200,089 | $ 2,182,806 | $ - | $ 1,197,172 | $ 269,059 | $ 106,995 | $ 139,233 | $ 101,223 | $ 234,256 | $ 39,489 | $ 47,006 | $ 48,372 | $ - | $ - | | $ 101,223 | |
| Accumulated Depreciation | (3,956,975) | (4,194,591) | | (2,090,521) | (531,296) | (159,322) | (190,108) | (125,454) | (727,377) | (195,287) | (93,766) | (81,460) | | | | (125,454) | |
| Showroom Inventories | 177,674 | 187,676 | | 187,676 | | | | | | | | | | | | | |
| Organization Costs | 28,467 | 24,174 | | 85 | | 1,362 | | 22,727 | | | | | | | 22,727 | | |
| Building & Improvements | 3,153,355 | 3,153,355 | | 1,624,923 | 662,444 | 169,134 | | 101,619 | 55,000 | 540,234 | | | | | 101,619 | | |
| Leasehold Improvements | 1,855,135 | 2,014,045 | | 57,678 | 249,977 | | 10,866 | | 824,429 | | 742,901 | 115,000 | | 13,195 | | | |
| Accumulated Amortization | (186,405) | (206,318) | | - | (46,922) | | | (27,029) | | | (118,367) | (10,350) | | (3,650) | | (27,029) | |
| Sales Tax Bond | 50 | 50 | | | | | | | 50 | | | | | | | | |
| Prototypes | 178,065 | 178,065 | | 126,239 | | | 51,826 | | | | | | | | | | |
| **TOTAL FIXED ASSETS** | $ 3,449,455 | $ 3,339,261 | $ - | $ 1,103,251 | $ 603,261 | $ 118,170 | $ 11,818 | $ 73,087 | $ 386,358 | $ 384,437 | $ 577,774 | $ 71,562 | $ - | $ 9,545 | $ 124,346 | $ (51,260) | $ - |
| | | | | | | | | | | | | | | | | | |
| **OTHER ASSETS** | | | | | | | | | | | | | | | | | |
| Goodwill | $ 157,183 | $ 147,148 | $ - | $ - | $ - | $ 61,042 | $ 86,106 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Stock - Related Companies | - | - | (431,529) | | | | | 431,529 | | | | | | | 431,529 | | |
| Investment - Related Companies | - | - | 4,425,575 | | | | | (4,425,575) | | | | | | | (4,425,575) | | |
| Accumulated Depreciation - Org. Costs | (20,005) | (1,445) | | (85) | | (1,360) | | | | | | | | | | | |
| Bond Issue Costs | 26,142 | 26,142 | | 16,265 | | 9,876 | | | | | | | | | | | |
| Loan Origination Costs | 23,934 | 25,967 | | 12,584 | 1,842 | | 473 | 6,538 | | 644 | | - | | 4,293 | 6,538 | | |
| Other Non-Current Assets | 246,594 | 260,643 | | 11,034 | | 6,953 | | 242,446 | | | | - | | (262) | 263,446 | | |
| Trademark | 36,054 | 21,000 | | | | | | 21,000 | | | | | | | | | |
| Capital Investment - Q.R. Inc. | 70,155 | 71,422 | | (32,109) | | (12,044) | | (127,055) | | | 71,422 | | | | | (127,055) | |
| Accumulated Amortization | (143,509) | (171,208) | | | | | | | | | | - | | | | | |
| **TOTAL OTHER ASSETS** | $ 396,548 | $ 379,603 | $ 3,994,046 | $ 7,689 | $ 1,842 | $ 64,467 | $ 86,578 | $ (3,851,118) | $ - | $ 644 | $ - | $ 71,422 | $ - | $ 4,031 | $ (3,724,062) | $ (127,055) | $ - |
| **TOTAL ASSETS** | $ 16,586,610 | $ 16,011,257 | $ (3,653,465) | $ 7,053,900 | $ 3,347,808 | $ 1,069,776 | $ 228,665 | $ 4,717,127 | $ 690,915 | $ 470,389 | $ (79,295) | $ 1,954,638 | $ 161,467 | $ 49,330 | $ 3,918,564 | $ 816,143 | $ (17,580) |

CONFIDENTIAL: For Discussion Only

Case 19-10549   Doc# 1   Filed 04/08/19   Page 147 of 150

3/19/2019

| | Consolidated | Consolidated | Related Company Transactions | Dessin Fournir | Classic Cloth | Palmer Hargrave | C.S. Post | DFC Holdings, Inc. | DFC Corp. | Oak Street Planing Mill | Therien, LLC | The Rein Corp | EB, Inc. | Kenneth Meyer | DFC | Rose Cummings | Fritsch |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CURRENT LIABILITIES** | | | | | | | | | | | | | | | | | |
| Accounts Payable | $ 3,316,257 | $ 4,622,225 | $ (307,076) | $ 1,224,492 | $ 461,231 | $ 162,640 | 192,057 | $ 583,489 | $ 1,003,352 | $ 15,909 | 773,799 | $ 358,205 | $ 136,949 | $ 17,179 | $ 533 | $ 582,957 | $ - |
| Purchases Clearing | 59,514 | - | | | | | | | | | | | | | | | |
| Accrued Vacation | 199,587 | 185,774 | | 62,585 | 17,353 | 12,998 | 12,824 | | 35,097 | | 19,807 | 25,110 | | | | | |
| Accrued Payroll | 4,356 | 65,239 | | 34,972 | 823 | 1,359 | | | 29,405 | - | (1,320) | - | - | | | | |
| Contributions Payable - OFTN.com | - | - | | | | | | | | | | | | | | | |
| Outside Manufacturing Payable - OFTN.com | 751 | | | | | | | | | | | | | | | | |
| Current Portion - Long Term Debt | 1,807,988 | 1,807,988 | | 212,262 | 61,593 | 15,000 | | 476,755 | | 42,378 | | 1,000,000 | | | 476,755 | | |
| Customer Deposits | 1,797,892 | 3,196,386 | | 1,980,153 | 138,719 | 176,682 | (794) | 115,237 | 122,623 | 500 | 124,304 | 486,250 | 49,180 | 3,534 | | | |
| Gift Certificates Payable | 2,724 | (19) | | | | | (19) | | | | | - | | | | | |
| Commissions Payable | - | 103 | | - | | 103 | | | | | | - | | | - | | |
| Royalty Payable | - | 13,275 | | | | | | | | | | 13,275 | | | | | |
| Sales Tax Payable | 16,805 | 13,791 | | 8,716 | - | 1,847 | 42 | 29 | | - | 2,731 | 161 | 264 | | | 29 | |
| Payroll Taxes Withholding Payable | 57,125 | 484,807 | | 225,273 | 46,259 | 28,407 | | | 87,400 | - | 71,391 | 26,077 | | | | | |
| Garnishment Payable - Wages | - | 110 | | - | 110 | | | | | | | - | | | | | |
| Cafeteria Payable | 6,992 | 7,616 | | 1,629 | (1,367) | 479 | | | 3,532 | - | | 3,343 | | | | | |
| AFLAC | 40 | (56) | | (54) | 5 | (116) | 109 | | 0 | | - | - | | | | | |
| Employee Payables | 1,455 | - | | | | | | | | | | | | | | | |
| NY Pd family leave | - | - | | | | | | | | | | | | | - | | |
| Accrued Incentive | 37,455 | 26,087 | | | | | | | 17,735 | | 8,352 | | | | | | |
| Deferred Income | 250,000 | 250,000 | | | | | | 250,000 | | - | | - | | | 250,000 | | |
| 401-K Payable | - | 2,468 | | 1,386 | 159 | 133 | - | | 789 | - | - | - | - | - | | | |
| Insurance Proceeds | - | - | | | | | | | | | | | | | | | |
| **TOTAL CURRENT LIABILITIES** | $ 7,558,941 | $ 10,675,792 | $ (307,076) | $ 3,751,413 | $ 724,884 | $ 399,532 | $ 204,219 | $ 1,425,510 | $ 1,299,933 | $ 58,786 | $ 999,064 | $ 1,912,421 | $ 186,393 | $ 20,713 | $ 727,288 | $ 683,596 | $ 14,626 |
| **LONG-TERM LIABILITIES** | | | | | | | | | | | | | | | | | |
| Note Payable - DFC Holdings | $ - | $ - | $ (5,587,991) | $ 11,158,443 | $ (2,551,489) | $ (3,379,147) | $ 531,912 | $ (3,118,856) | $ 1,415,572 | $ - | $ 2,122,827 | $ (794,819) | $ (96,676) | $ 300,224 | $ - | $ (3,118,856) | $ - |
| Note Payable - Bank of Hays / USDA | 6,426,369 | 6,426,369 | | | | | | 6,426,369 | | | | | | | 6,426,369 | | |
| Note Payable - Bank of Hays Add'l | 915,013 | 888,481 | | | | | | 888,481 | | | | | | | 888,481 | | |
| Note Payable - Liberty Enterprises | (41) | - | | | | | | | | - | | | | | | | |
| Note Payable - FSSW, LLC | 1,000,000 | 1,000,000 | | | | | | | | | | 1,000,000 | | | | | |
| Note Payable - Therien | - | - | | | | | | | | | | | | | | | |
| Note Payable - Office Expansion/Textile Warehouse | 666,540 | 624,077 | | 389,738.32 | 234,338.32 | | | | | | | | | | | | |
| Note Payable - Shareholder | 121,462 | 222,178 | | 146,930 | | | 83 | 75,165 | | | | | | | 75,165 | - | |
| Note Payable - Sunflower Bank | - | 0 | | | | | | 0.13 | | | | | | | 0 | | |
| Note Payable - AFLAC Improvements | 68,085 | 48,299 | | | | | | | | 48,299 | | | | | | | |
| Note Payable - Sunflower Bank - Planing M. | 185,036 | 174,791 | | | | | | | | 174,791 | | | | | | | |
| Note Payable - City of Plainville | - | (1,000) | | (1,000) | | | | | | | | | | | | | |
| Note Payable - Capital Multiplier Fund | 384,674 | 392,962 | | | | | | 392,962 | | | | | | | 392,962 | | |
| Note Payable - Therien Antiques | - | - | | | | | | | | | | - | | | | | |
| Note Payable - Liberty Group | 13,777 | 12,365 | | (41) | | | | 12,406 | | | | | | | 12,406 | | |
| Note Payable - DFC Holdings | - | - | | | | | | | | | | | | | | | |
| Note Payable - Chestnut Street Food Group | - | 17,399 | | | | | | 17,399 | | | | | | | 17,399 | | |
| Bond Fund Payable - Astra | 573,000 | 546,031 | | 486,911 | | 59,120 | | | | | | | | | | | |
| Accrued Interest Payable | 65,438 | 407,837 | (617,682) | 408,324 | | 6,621 | 71,823 | 326,765 | 87,719 | | 82,860 | 25,069 | 550 | 15,789 | 326,765 | | |
| Current Portion of Long-Term Debt | (1,807,988) | (1,807,988) | | (212,262) | (61,593) | (15,000) | | (476,755) | | (42,378) | | (1,000,000) | | | (476,755) | | |
| Note Payable - Company Vehicles | 4,336 | - | | - | | | | | | | | | | | | | |
| **TOTAL LONG-TERM LIABILITIES** | $ 8,615,703 | $ 8,951,802 | $ (6,205,674) | $ 12,377,043 | $ (2,378,743) | $ (3,328,407) | $ 603,818 | $ 4,543,937 | $ 1,503,291 | $ 180,713 | $ 2,205,688 | $ (769,750) | $ (96,126) | $ 316,013 | $ 7,662,792 | $ (3,118,856) | $ - |
| **TOTAL LIABILITIES** | $ 16,174,643 | $ 19,627,594 | $ (6,512,750) | $ 16,128,456 | $ (1,653,859) | $ (2,928,875) | $ 808,037 | $ 5,969,447 | $ 2,803,224 | $ 239,499 | $ 3,204,752 | $ 1,142,670 | $ 90,267 | $ 336,726 | $ 8,390,080 | $ (2,435,260) | $ 14,626 |
| **EQUITY** | | | | | | | | | | | | | | | | | |
| Common Stock | $ 2,039,950 | $ 2,039,950 | $ (39,950) | $ 10,000 | $ 10,000 | $ 9,950 | $ 10,000 | $ 2,039,950 | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,039,950 | $ - | $ - |
| Paid in Capital | 2,639,079 | 2,639,079 | (2,438,596) | | 1,411 | | | 1,094,528 | 2,637,668 | 1,344,068 | | | | | 2,637,668 | | |
| Treasury Stock | (8,351) | (8,351) | | (7,474) | (877) | | | | | | | | | | | | |
| Retained Earnings | (4,258,711) | (8,287,080) | | 5,337,831 | (9,077,081) | 4,991,068 | 3,988,701 | (1,683,900) | (5,929,344) | (1,113,177) | (3,284,047) | 811,968 | 71,200 | (287,396) | (5,929,344) | | |
| **TOTAL EQUITY** | $ 411,967 | $ (3,616,402) | $ 2,859,285 | $ (9,074,555) | $ 5,001,602 | $ 3,998,651 | $ (579,372) | $ (1,252,320) | $ (2,112,309) | 230,890 | $ (3,284,047) | $ 811,968 | $ 71,200 | $ (287,396) | $ (1,252,320) | $ - | $ - |
| **TOTAL EQUITY & LIABILITIES** | $ 16,586,610 | $ 16,011,192 | $ (3,653,465) | $ 7,053,900 | $ 3,347,743 | $ 1,069,776 | $ 228,665 | $ 4,717,127 | $ 690,915 | $ 470,389 | $ (79,295) | $ 1,954,638 | $ 161,467 | $ 49,330 | $ 7,137,761 | $ (2,435,260) | $ 14,626 |

CONFIDENTIAL: For Discussion Only

3/19/2019

DFC Holdings, Inc.
**YTD Consolidated Income Statement**
12/31/2018

| | 12/31/2017 YTD Consolidated | 12/31/2018 YTD Consolidated | Related Company Transactions | To-The-Trade | Administrative | Liberty Group | Dessin Fournir | Classic Cloth | Palmer Hargrave | C.S. Post | DFC Holdings, Inc. | Rose Cumming Fabric | DFC CORP Chicago Showroom | DFC CORP New York Showroom | Oak Street Planing Mill (Division Closed) | THERIEN, LLC Los Angeles Showroom | THERIEN, LLC San Francisco Showroom | The Rien Corp | EB Inc. | Kenneth Meyer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | | | | | | | | | | | | | | | |
| Sales Revenue  Based on Shipped Sales only (invoiced) | 12,263,421 | 7,898,257 | | | | | 3,302,050 | 1,350,723 | 611,185 | 121,234 | | 1,127,269 | 219,292 | | | 26,370 | | 967,113 | 111,932 | 61,090 |
| Sales - Misc. Revenue | 109,007 | 134,351 | | | | | 2,366 | 111,941 | 16,322 | | (5,278) | 2,354 | | | | | | | | 3,786 |
| Commissions Revenue - OFTN | 4,230 | 155 | | | | | 155 | | | | | | | | | | | | | |
| Commission Revenue | 1,149,203 | 989,671 | (833,916) | | | | 4,238 | | | | | | 642,529 | 559,920 | | 616,900 | | | | |
| Special Discounts | (59,782) | (111,649) | | | | | (77,171) | (7,044) | (5,929) | | | (6,111) | | | | | | | | |
| Special Income | 778,479 | 415,719 | | | | | 227,686 | 63,318 | 17,744 | 3,312 | | 52,755 | | | | 1,650 | | (4,790) | (10,243) | (360) |
| Returns & Allowances | (17,489) | (33,137) | | | | | | | (3,390) | (411) | | | | | | | | (23,156) | (6,180) | |
| **TOTAL REVENUE** | 14,227,059 | 9,293,367 | (833,916) | - | - | - | 3,459,324 | 1,518,938 | 635,932 | 124,134 | (5,278) | 1,176,267 | 861,821 | 559,920 | - | 644,920 | - | 979,754 | 101,806 | 69,746 |
| | | | | | | | | | | | | | | | | | | | | |
| **COST OF SALES** | | | | | | | | | | | | | | | | | | | | |
| Cost of Sales | 4,769,376 | 3,160,611 | | | | | 1,370,811 | 484,945 | 202,030 | 90,231 | | 349,874 | 215,607 | | | 26,370 | | 364,424 | 49,920 | 6,398 |
| Cost of Sales - Freight | 91,039 | 84,346 | | | | | | 42,375 | | 403 | | 34,280 | 4,135 | | | | | | | 3,153 |
| Commission Expense | 1,781,610 | 994,824 | (833,916) | | | | 833,514 | 324,817 | 117,570 | | | 262,552 | | 25,740 | | | | 230,867 | 19,200 | 13,260 |
| Short/Long Pieces | 4,815 | 7,890 | | | | | | 3,265 | | | | 4,404 | | | | | | | | 221 |
| Shop Materials | 4,403 | 1,759 | | | | | | | | | | | | | | | | | | 36 |
| Applied Overhead | | | | | | | | | | | | | | | | | | | | |
| Royalty Expense | 93,186 | 64,309 | | | | | 28,903 | | 9,135 | | | | | | | | | | | |
| Manufacturing & P.O. Variance | 1 | 249 | | | | | | | 249 | | | | | | | | | | | |
| Inventory Adjustments | 21,945 | 22,652 | | | | | 11,706 | | 8,817 | 702 | | 264 | | | | | | 1,164 | | |
| **TOTAL COST OF SALES** | 6,766,373 | 4,336,640 | (833,916) | - | - | - | 2,244,934 | 855,402 | 339,525 | 91,336 | 1,221 | 651,374 | 219,741 | 25,740 | - | 26,370 | - | 626,562 | 65,284 | 23,068 |
| | 47.6% | 46.7% | | | | | 65% | 56% | 53% | 74% | | 55% | | | | | | 64% | 64% | 33% |
| **GROSS PROFIT** | 7,460,686 | 4,956,727 | - | - | - | - | 1,214,390 | 663,536 | 296,407 | 32,798 | (6,499) | 524,893 | 642,080 | 534,180 | - | 618,550 | - | 353,192 | 36,522 | 46,678 |
| | | | | | | | | | | | | | | | | | | | | |
| **OPERATING EXPENSE** | | | | | | | | | | | | | | | | | | | | |
| Advertising & Promotions | 18,797 | 61,436 | | | | | 50,518 | 462 | 309 | 1,611 | | 694 | | | | 7,766 | | 60 | | 16 |
| Amortization Expense | 31,626 | 31,754 | | | | | 1,670 | | 1,319 | | | 1,515 | 27,250 | | | | | | | |
| Bank Charges | 5,445 | 5,709 | | | | | 803 | 510 | 185 | 72 | 2,570 | 160 | 359 | | 148 | 657 | | 135 | 10 | 100 |
| Cash Short / (Long) | 179 | 1,350 | | | | | | | | 1,350 | | | | | | | | | | |
| Client Calls / Resolutions | 17,477 | 4,566 | | | | | 425 | | | | | 1,100 | 1,641 | 1,583 | | 242 | | | | |
| Contributions | 1,469 | 1,234 | | | | | 19,369 | | | 214 | | | | | | | | 488 | | |
| Contract Labor | 65,950 | 114,999 | | | | | 58,228 | 22,085 | 11,525 | 3,641 | | (65) | 3,125 | 53,125 | | 39,230 | | | | |
| Credit Card Processing Charges | 178,090 | 122,783 | | | | | 61,915 | 26,109 | 4,866 | 328 | | 15,218 | | | | | | 10,877 | 1,210 | |
| Depreciation Expense | 237,105 | 242,280 | | | | | 11,285 | 15 | | 140 | 2,751 | 447 | 7,620 | 60,706 | 16,177 | 16,580 | | | | 1,110 |
| Display | 57,690 | 24,550 | | | | | 2,562 | | | 324 | | | 23 | 3,463 | 65 | 9,559 | | | | 215 |
| Dues & Subscriptions | 3,413 | 3,163 | | | | | | | | | | | 1 | | | 62 | | | | |
| Education & Training Expense | 11,341 | | | | | | | | | | | 23 | | | | | | | | |
| Employee Benefits | 417,910 | 382,193 | | | | | 215,945 | 27,048 | 25,942 | 10,713 | | 46 | 17,966 | 27,855 | | 32,640 | | 18,789 | | 5,249 |
| Employee Benefits (Re- Allocated) | | | | 22,250 | 79,348 | 19,237 | (115,898) | | | | | | | (4,938) | | | | | | |
| Finish Sample Expenses | 1,783 | 1,495 | | | | | 1,025 | | 470 | | | | | | | | | | | |
| Fuel & Auto Expense | 26,856 | 13,193 | | | | | 5,997 | | | 569 | | | 2,844 | | | 1,904 | | | | |
| Freight Out - Jobs | 488,385 | 320,173 | | | | | 239,734 | | 29,328 | 659 | | | 1,549 | | | | | 37,021 | 11,883 | |
| Freight In and Out - Models | 80,065 | 97,465 | | | | | 71,123 | | 8,669 | | | | | | | | | 15,892 | 1,781 | |
| Freight - Other | 38,595 | 17,514 | | | | | 4,223 | 31 | 7,600 | 822 | | | | | | | | 727 | 200 | |
| Insurance - General | 115,417 | 104,101 | | | | | | | | 9,534 | 88,814 | | | 389 | | | 5,097 | 267 | | |
| Insurance - Workmans Comp | 118,018 | 88,808 | | | | | 0 | | | 230 | 88,572 | | | | | 6 | | | | |
| Insurance - Officers Life | 57,193 | 53,465 | | | | | 50,802 | | | | 2,663 | | | | | | | | | |
| Legal & Professional | 186,385 | 163,800 | | | | | 2,476 | 368 | 368 | | 148,025 | | | 269 | | 16,496 | | (4,200) | | |
| Lease/Rent Expense | 1,812,312 | 1,950,924 | (43,536) | | | | 201,220 | 43,536 | | 46,597 | | | 416,944 | 408,289 | | 599,157 | 143,906 | 134,811 | | |
| Maintenance & Repairs | 65,592 | 41,290 | | | | | 8,806 | 2,072 | 398 | | | 591 | 168 | 3,775 | | 14,181 | 2,845 | 4,392 | | |
| Meals & Entertainment | 35,664 | 16,591 | | | | | 13,738 | 52 | 23 | | | 873 | 558 | 200 | | 966 | | 180 | | |
| Miscellaneous Expense | 161 | 10,351 | | | | | (0) | | | | | 45 | | | | 184 | | 1,522 | 8,600 | |
| New Model Development | 3,443 | 1,629 | | | | | 487 | 727 | | | | 415 | | | | | | | | |
| Obsolete/Breakage & Spoilage | 60,697 | 1,595 | | | | | | | | 1,595 | | | | | | | | | | |
| Office Cleaning | 10,350 | 6,545 | | | | | 3,930 | | | | | | | | | 2,615 | | | | |
| Office Expense | 89,729 | 78,423 | | | | | 29,093 | 10,449 | 2,109 | 124 | 10,662 | 9,259 | 5,818 | 3,056 | | 3,212 | | 2,015 | 25 | 2,600 |
| Payroll Taxes | 334,399 | 318,167 | | | | | 155,233 | 27,187 | 17,270 | 3,871 | | | 18,584 | 37,035 | | 36,246 | | 18,891 | | 3,850 |
| Payroll Taxes (Re-allocated) | | | | 10,915 | 42,834 | 8,650 | (61,657) | | | | | (742) | | | | | | | | |
| Postage & Freight | 43,154 | 45,443 | | | | | 10,058 | 2,443 | 628 | 199 | 39 | 640 | 10,274 | 9,389 | | 6,810 | | 3,921 | 265 | 776 |
| Problem Resolutions | 148 | 269 | | | | | | | | | | | | | | 269 | | | | |
| Promotions | 22,388 | 10,273 | | | | | 360 | | | | | | 684 | 170 | | 9,059 | | | | |
| Prototype Expense | (25,901) | (25,926) | | | | | (29,022) | | 2,590 | | | | | | | | | 325 | 180 | |
| Repairs on Goods Sold | 45,993 | 15,636 | | | | | 15,966 | | 750 | | | | | | | | | (3,538) | 2,459 | |
| Repairs in Inventory | 89,765 | 62,618 | | | | | 37,628 | | | | | | | | | | | 24,990 | | |
| Royalty Expense | 12,000 | 9,000 | | | | | | | | | | 9,000 | | | | | | | | |
| Sales Incentives | 2,583 | 168 | | | | | | | | | | 168 | | | | | | | | |
| Sales & Marketing | 36,271 | 23,925 | | | | | 3,788 | 665 | | | | | | | | 19,278 | | | | 195 |
| Samples Wings / Related Freight | 81,791 | 82,824 | | | | | 3,288 | 39,361 | | | | 40,091 | | | | | | | | 85 |
| Supplies - Office | 25,225 | 12,974 | | | | | 6,500 | 1,254 | 956 | 258 | | 1,325 | 1,088 | 428 | | | | 1,167 | | |
| Supplies - Other | 54,789 | 31,446 | | | | | 6,781 | 5,184 | 7,827 | 926 | | 5,899 | | | | 3,227 | | 673 | | 929 |
| Supplies - Upholstery | (3,219) | | | | | | | | | | | | | | | | | | | |
| Supplies - Finish Shop | 136 | 477 | | | | | 477 | | | | | | | | | | | | | |

CONFIDENTIAL. For Discussion Only

3/19/2019

CONFIDENTIAL: For Discussion Only

Case 19-10549   Doc# 1   Filed 04/08/19   Page 150 of 150

| | 12/31/2017 YTD Consolidated | 12/31/2018 YTD Consolidated | Related Company Transactions | To-The-Trade | Administrative | Liberty Group | Dessin Fournir | Classic Cloth | Palmer Hargrave | C.S. Post (Division Closed) | DFC Holdings, Inc. | Rose Cumming Fabric | Chicago Showroom (DFC CORP) | New York Showroom (DFC CORP) | Oak Street Planing Mill (Division Closed) | Los Angeles Showroom (THERIEN, LLC) | San Francisco Showroom (THERIEN, LLC) | The Rien Corp | EB Inc. | Kenneth Meyer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Taxes & Licenses | 161,276 | 238,578 | | | | | 44,906 | 10,071 | 12,190 | 10,015 | 7,970 | 19,433 | 13,852 | 24,130 | | 67,536 | 13,095 | 4,893 | 149 | 50 |
| Telephone | 82,205 | 72,844 | | | | | 27,870 | 4,225 | 1,980 | 1,444 | | 1,315 | 7,797 | 7,108 | | 5,063 | - | 16,043 | - | - |
| Tools & Hardware | 925 | 687 | | | | | 24 | - | 663 | (125) | 656 | - | 2,347 | 68 | | 6,466 | - | 62 | - | - |
| Travel | 100,899 | 48,027 | | | | | 38,201 | 21,225 | 11,045 | 3,297 | | 4,032 | 8,054 | 22,855 | | 25,698 | 7,468 | 7,925 | - | - |
| Utilities | 175,284 | 153,729 | | | | | 42,130 | | | | | | | | | | | | | |
| Uniforms & Towels | 12,835 | 9,456 | | | | | 9,456 | | | | | | | | | | | | | |
| Upholstery Materials | 315 | | | | | | | | | | | | | | | | | | | |
| Wages & Salaries | 4,107,831 | 3,990,922 | | | | | 1,938,025 | 324,547 | 216,441 | 49,715 | - | - | 259,749 | 507,627 | | 410,053 | | 237,264 | | 47,500 |
| Wages & Salaries (Re-allocated) | | | 312,658 | | 557,958 | 108,125 | (793,241) | | | | | | | (185,500) | | | | | | |
| Showroom Staff - Sales Commissions | 191,997 | 20 | | | | | (291,631) | (51,831) | (70,090) | | | (19,162) | | | | | 20 | | | |
| Applied Overhead | (1,129,488) | (501,523) | | | | | (28,652) | | (34,607) | | | | | | | | | (58,242) | (10,567) | - |
| Applied Labor | (133,257) | (63,259) | | | | | | | | | | | | | | | | | | |
| **TOTAL OPERATING EXPENSES** | **8,541,673** | **8,486,339** | **(43,536)** | **345,823** | **680,140** | **136,012** | **2,044,215** | **519,234** | **266,034** | **148,441** | **379,973** | **93,413** | **784,778** | **976,942** | **26,611** | **1,367,450** | **172,412** | **509,527** | **16,195** | **62,674** |
| **NET INCOME FROM OPERATIONS** | **(1,080,987)** | **(3,529,613)** | **43,536** | **(345,823)** | **(680,140)** | **(136,012)** | **(829,825)** | **144,302** | **30,373** | **(115,643)** | **(386,472)** | **431,480** | **(142,699)** | **(442,761)** | **(26,611)** | **(748,901)** | **(172,412)** | **(156,335)** | **20,327** | **(15,997)** |
| | | | | | | | | | | | | | | | | | | | | |
| **OTHER INCOME & EXPENSE** | | | | | | | | | | | | | | | | | | | | |
| Interest Income | 1,181 | - | (412,820) | - | - | - | | - | | - | 412,820 | | - | - | | - | - | | - | - |
| Gain / Loss Sale of Assets | 119,845 | 30,354 | | | | | 29,954 | | | | 400 | | | | | | | | | |
| Scrap Account | - | - | | | | | | | | | | | | | | | | | | |
| Other Income | 47,522 | 115,595 | | | | | 42,000 | 64,000 | 927 | | | | | | 8,393 | 15 | | - | | |
| Other Income - Billed Graphics Time | 10,907 | - | | | | | | | | | | 147 | | | | | | | | |
| Lease Income | 126,534 | 107,298 | (43,536) | | | | 43,636 | (39,630) | (5,119) | 12,000 | (463,078) | (529) | (3,122) | (24,066) | (12,486) | 25,530 | (4,684) | 69,768 | | (7,907) |
| Interest Expense | (742,123) | (727,683) | 412,820 | | | | (402,647) | | | (37,510) | | | | | | (73,179) | | (66,545) | | |
| **TOTAL OTHER INCOME & EXPENSE** | **(436,136)** | **(474,437)** | **(43,536)** | **-** | **-** | **-** | **(287,157)** | **24,370** | **(4,192)** | **(24,997)** | **(50,112)** | **(529)** | **(3,122)** | **(24,066)** | **(4,092)** | **(47,634)** | **(4,684)** | **3,223** | **-** | **(7,907)** |
| | | | | | | | | | | | | | | | | | | | | |
| **NET INCOME** | **(1,517,123)** | **(4,004,049)** | **-** | **(345,823)** | **(680,140)** | **(136,012)** | **(1,116,982)** | **168,671** | **26,182** | **(140,640)** | **(436,584)** | **430,951** | **(145,821)** | **(466,828)** | **(30,704)** | **(796,535)** | **(177,097)** | **(153,112)** | **20,327** | **(23,904)** |